# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO. 23-735 |
| DENKA PERFORMANCE ELASTOMER LLC ET AL | SECTION "L" |

### ORDER

It has come to the Court's attention that the subject matter of the above-captioned case is related to that at issue in Case No. 23-147, pending in Section "J" (5) of this Court. Accordingly;

**IT IS ORDERED** that the above captioned matter be **TRANSFERRED** to Section "J" of this Court.

New Orleans, Louisiana, this 14th day of March, 2023.

UNITED STATES DISTRICT JUDGE

March 14, 2023
TRANSFERRED TO
**SECT. J**