<u>*United States v. Denka Performance Elastomer, LLC et al. (2:23-cv-735)*</u>

*United States' Motion for Preliminary Injunction*

# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DENKA PERFORMANCE ELASTOMER, LLC )<br>and DUPONT SPECIALTY PRODUCTS USA, )<br>LLC. )<br>)<br>Defendants. )<br>) | Civil Action No. 2:23-cv-735<br><br>Judge Carl J. Barbier<br><br>Magistrate Judge Michael North |

**[PROPOSED] PRELIMINARY INJUNCTION ORDER**

Upon consideration of Plaintiff United States' Motion for a Preliminary Injunction and the response of Defendant Denka Performance Elastomer, LLC ("Denka"), and for the reasons set forth in the Findings of Fact and Conclusions of Law, it is HEREBY ORDERED:

Denka must immediately cease chloroprene and neoprene production at its neoprene manufacturing operations at the Pontchartrain Works Site in St. John the Baptist Parish, Louisiana (the "Facility") unless it completes the requirements of Paragraphs 1 - 8:

1. **Access and Coordination Between Denka and DuPont to Effectuate This Order.**

Effective immediately, Denka must provide the United States and its employees, representatives, and contractors, with immediate, unimpeded access to the Facility and to areas with any ancillary operations and facilities related to the Facility that are under Denka's control, to monitor compliance with this Order, including by conducting inspections, monitoring, and sampling to evaluate the generation, storage, handling, and emission of chloroprene at and from the Facility.

1

Effective immediately, Denka must make all necessary efforts to secure DuPont Specialty Products USA, LLC's ("DuPont's") consent under the terms of their Ground Lease to all construction and other necessary actions for Denka to comply with this Order and any subsequent order issued by the Court in this matter.

**2.  Capture and Control of Chloroprene Emissions from Polymerization Kettle Strainers and Emulsion Stripper Feed Line Strainers.**

a.   By no later than 30 days after the date of this Order or sooner if Denka is able, for Large Polymerization Kettles #3, #4, and #5, each time any strainer is opened (and until all strainers are closed) and at all times when any chloroprene-containing waste material is present in the existing enclosure, Denka must:

    i.   Close the doors to the enclosure, close the enclosure's louvres, and seal the gaps in the enclosure walls where the strainers enter into the enclosure.

    ii.  Take all necessary actions to optimize operation of the negative pressure in the existing enclosure in accordance with 40 C.F.R. Part 51 Appendix M, Method 204 ("EPA Method 204") so as to prevent emissions from the enclosure into the Poly Building.

    iii. Ensure sufficient airflow at all times from the enclosure into the air rich vent header to ensure that the chloroprene emissions captured by the enclosure are routed to the Facility's existing regenerative thermal oxidizer ("RTO") or to an alternate control device that achieves at least an identical destruction efficiency. Denka must operate the RTO in accordance with its highest achievable destruction efficiency, and in no case less than the destruction efficiency required by the Facility's Title V Operating Permits.

    iv.  To the extent that the existing enclosure for Large Polymerization Kettles #3, #4, and #5 cannot immediately meet the requirements of EPA Method 204, Denka must re-design, construct, and operate this enclosure in accordance with EPA Method 204 and the requirements of this Paragraph by no later than 30 days from the date of this Order.

b.   By no later than 30 days after the date of this Order or sooner if Denka is able, for Large Polymerization Kettles #1 and #2, Denka must install a temporary enclosure or enclosures around the strainers for Large Polymerization Kettles #1 and #2 and the emulsion stripper feed

2

line strainers. This enclosure or enclosures must be used to capture emissions within the enclosure and route them via a closed vent system to the Facility's existing RTO or to an alternate control device that achieves at least an identical destruction efficiency. Each time any strainer is opened (and until all strainers are closed) and at all times when any chloroprene-containing waste material is present in the temporary enclosure, Denka must:

      i.      Close the doors to the temporary enclosure and any louvres.

      ii.     Take all necessary actions to optimize the operation of the negative pressure in the temporary enclosure so as to prevent emissions from the enclosure into the Poly Building.

      iii.    Ensure sufficient airflow at all times from the temporary enclosure directly into the air rich vent header to ensure that chloroprene emissions in the enclosure are routed to the Facility's existing RTO or to an alternate control device that achieves at least an identical destruction efficiency. Denka must operate the RTO in accordance with its highest achievable destruction efficiency, and in no case less than the destruction efficiency required by the Facility's Title V Operating Permits.

c.     By no later than 150 days after the date this Order or sooner if Denka is able, for Large Polymerization Kettles #1 and #2, Denka must design, construct, and operate a permanent enclosure or enclosures for the strainers for Large Polymerization Kettles #1 and #2 and the emulsion stripper feed line strainers in accordance with EPA Method 204. After the permanent enclosure or enclosures are built, each time any strainer is opened (and until all strainers are closed) and at all times when any chloroprene-containing waste material is present in the enclosure, Denka must:

      i.      Close the doors to the permanent enclosure and close the enclosure's louvres.

      ii.     Take all necessary actions to optimize the operation of the negative pressure in the permanent enclosure so as to prevent emissions from the enclosure into the Poly Building.

      iii.    Ensure sufficient airflow at all times from the enclosure directly into the air rich vent header to ensure that the chloroprene emissions captured in

the permanent enclosure are routed to the Facility's existing RTO or to an alternate control device that achieves at least an identical destruction efficiency. Denka must operate the RTO in accordance with its highest achievable destruction efficiency, and in no case less than the destruction efficiency required by the Facility's Title V Operating Permits.

3. **Capture and Control of Chloroprene Emissions from Coagulated Polymer Waste Generated by the Polymerization Kettle Strainers and Emulsion Stripper Feed Line Strainers.**

Effective immediately, Denka must collect and transport all solid, semi-solid, and liquid wastes generated in the polymerization kettle strainers, emulsion stripper feed line strainers, and unstripped emulsion storage tanks (collectively referred to as "Coagulated Polymer Waste") in wheeled containers (*a.k.a.* "buggies") or drums that are closed, gasketed, and sealed. The wheeled containers or drums must have sealed covers that limit emissions of volatile organic compounds ("VOCs") from the wheeled containers or drums to less than 100 parts per million (ppm). The wheeled containers or drums also must have a sealed valve that allows the closed wheeled containers or closed drums to be connected to a closed vent system such that emissions are vented to the Facility's existing RTO or to an alternate control device that achieves at least an identical destruction efficiency. Denka must operate the RTO in accordance with its highest achievable destruction efficiency, and in no case less than the destruction efficiency required by the Facility's Title V Operating Permits. Denka must manage collection, treatment, and disposal of Coagulated Polymer Waste in accordance with the Appendix to this Order.

Within 90 days of the date of this Order or sooner if Denka is able, Denka must: a) to the extent that any wastewater contained in the wheeled containers or drums is treated or disposed of at the Facility, route and treat that wastewater via fully enclosed hard-piping to the Facility's existing aeration tank and ensure that it achieves a minimum 98% stripping efficiency and b) route the emissions from the existing aeration tank to the Facility's existing RTO or to an alternate control device that achieves at least an identical destruction efficiency. Denka must

4

operate the RTO in accordance with its highest achievable destruction efficiency, and in no case less than the destruction efficiency required by the Facility's Title V Operating Permits. Within 45 days of the date of this Order, Denka must file with Court, as part of the Monthly Report required by Paragraph 8, a detailed description of its actions to comply with this paragraph.

4. **Capture and Control of Chloroprene Emissions from Tank and Vessel Maintenance.**

Within 30 days of the date of this Order or sooner if Denka is able, Denka must comply with the following requirements for cleaning and maintenance of any chloroprene-containing tank, vessel, or process equipment at the Facility. Cleaning and maintenance activities include any activities, including but not limited to vessel steaming and nitrogen sweeps, where: a) a chloroprene-containing tank, vessel, or process equipment may be opened to the atmosphere and chloroprene-containing vapors may be released into the atmosphere or b) chloroprene-containing wastewater will be generated. Cleaning and maintenance activities include all preparatory steps before opening a vessel to the atmosphere, such as de-inventorying, de-gassing, de-pressurizing, draining, and decontaminating a vessel, as well as all steps needed to return the vessel to service. During all times that Denka is performing cleaning or maintenance activities of any chloroprene-containing vessel or process equipment at the Facility:

   a. <u>Control of vapor streams</u>: Denka must route all chloroprene emissions from the vessel via a closed vent system to the Facility's existing RTO or to an alternate control device that achieves at least an identical destruction efficiency. Denka must operate the RTO in accordance with its highest achievable destruction efficiency, and in no case less than the destruction efficiency required by the Facility's Title V Operating Permits. Denka must not open the vessel to the air until:

   i. Denka clears residual vapor and residual process materials adhering to the vessel, equipment, and piping walls, as well as adhering to associated mechanical equipment and piping, through a suitable technique or techniques such as water washing or sweeping with nitrogen gas or steam; and

5

      ii. The chloroprene concentration in the vapor exiting the vessel is no more than 1 part per million by volume (ppmv), as measured by a suitable detector or monitor located where the gases are vented to the closed vent system.  Within seven days of this Order, Denka must submit a report to the Court that describes how this monitoring requirement will be met.

   b. <u>Control of wastewater streams</u>: Denka must route all chloroprene-containing wastewater generated from a vessel or process equipment during cleaning and maintenance activities, such as during water-washing (including agitation procedures), via fully enclosed hard-piping directly to the Aeration Tank (Emission Id. 5-95) or a new aeration tank that is demonstrated to achieve air stripping of chloroprene from incoming wastewater streams with at least a 98.0% stripping efficiency.  If Denka uses a condenser (portable or otherwise) to condense steam used to steam sweep the vessel, all condensate must be controlled as required by this sub-paragraph.

   c. Denka must comply with the procedure for cleaning Unstripped Emulsion Storage Tanks (UESTs) proposed to the Louisiana DEQ on September 9, 2022, including the requirement to route emissions from the UESTs during cleaning to the Facility's existing RTO or to an alternate control device that achieves at least an identical destruction efficiency, except that all wastewater generated from this water washing procedure must be routed to the Aeration Tank (Emission Id. 5-95), Air Sparging Tank, or an alternate aeration tank that achieves air stripping of chloroprene from incoming wastewater streams with at least a 98.0% stripping efficiency.  Denka must operate the RTO in accordance with its highest achievable destruction efficiency, and in no case less than the destruction efficiency required by the Facility's Title V Operating Permits.

**5.**    **Control of Chloroprene Emissions from RTO Bypass Vent**

Within 30 days of the date of this Order or sooner if Denka is able, Denka must file with the Court a detailed plan to eliminate chloroprene emissions from the RTO Bypass Vent (Source ID 1700-97) during all periods of planned shutdown of the RTO.  Denka must implement this plan as a standard operating procedure at the Facility, notwithstanding any permitted allowance for uncontrolled chloroprene emissions from the RTO Bypass Vent pursuant to 40 C.F.R. § 63.119(e) or any Title V operating permit, during all periods of planned shutdown of the RTO following entry of this Order.

6

The plan must require Denka to take all necessary actions to: a) minimize any planned maintenance that results in shutdown of the entire RTO; b) sequence and time shutdown of the RTO for planned maintenance activities only when the emission sources that are controlled by the RTO are also shutdown and the RTO is not needed to control chloroprene emissions from them; and c) if it remains necessary to shutdown the RTO for planned maintenance, use temporary backup control methods – such as a portable thermal oxidizer or oxidizers that achieve equivalent chloroprene destruction efficiency to the RTO – to control chloroprene emissions until the RTO can be restarted.

6. **Capture and Control of Chloroprene Emissions from the Poly Building.**

a. <u>Closing Manways on Stripped Emulsion Storage Tanks and Blender Tanks</u>. Effective immediately, Denka must ensure that the upper manways on Stripped Emulsion Storage Tanks #1, #2, #3, #4, #5, and #6 and Blender Tanks #1 and #2 are closed when the manways are not in use. Within seven days of the date of this Order, Denka must install signage in the Poly Building to reflect this requirement, and update its operating procedures to require Facility personnel and contractors to close each of the above-listed manways when not being used.

b. <u>Enhanced Leak Detection and Repair (LDAR) procedures within the Poly Building</u>. Effective immediately, Denka must perform twice-monthly inspections in accordance with 40 C.F.R. Part 60, Appendix A-7, Method 21 ("Method 21"), of all components (*i.e.*, valves, connectors, pumps, and hatch seals on tanks and vessels) in the Poly Building to determine whether they are emitting more than 500 ppm of VOCs, except that Denka must immediately lower its leak detection and repair action threshold for valves to no more than 200 ppm of VOCs. If Denka's current operating procedures require more frequent LDAR monitoring or apply a lower action threshold to any component(s), Denka must maintain those more

7

stringent requirements as to those components. Denka shall promptly repair any component found to be emitting at or above the targeted threshold of VOCs.

      c.      Within 14 days of the date of this Order or sooner if Denka is able, Denka must implement the following LDAR procedures at the Neoprene Unit, Chloroprene Unit (including the ACR Unit), and HCl Recovery Unit: a) perform monthly Method 21 monitoring of all components (*i.e.* valves, connectors, pumps, and hatch seals on tanks and vessels) and promptly repair any component found to be emitting at or above the targeted threshold of VOCs; b) lower the leak detection and repair action threshold for valves to no more than 200 ppm VOCs; and c) replace valves and valve packings requiring replacement with low-emission ("low-e") technology certified not to exceed a 100 ppm leak threshold.

      d.      Within 90 days of the date of this Order or sooner if Denka is able, Denka must file with the Court, as part of the Monthly Report required by Paragraph 8, a detailed plan to capture the chloroprene emissions from all chloroprene emission sources in the Poly Building, and route them via a closed vent system to the Facility's existing RTO or to an alternate control device that achieves at least an identical destruction efficiency. Sources to be controlled within the Poly Building include but are not limited to the five polymerization kettles, the strainers associated with the polymerization kettles and the emulsion stripper feed line, and fugitive emissions. The plan's requirements must be implemented by no later than 180 days after being ordered by the Court to do so.

**7.**     **Development of Plan to Capture Chloroprene Emissions from Wastewater Sources at the Facility.**

Within 30 days of the date of this Order or sooner if Denka is able, Denka must file with the Court, as part of the Monthly Report required by Paragraph 8, a detailed plan to enclose and control all process wastewater and maintenance wastewater that contains chloroprene by routing

8

that wastewater to one or more aeration tanks via fully enclosed hard-piping. The aeration tank(s) identified in the plan must:

    a. have a fixed roof that operates with no more than 100 ppmv fugitive VOC emissions and routes emissions from the tank to a closed vent system;

    b. be demonstrated to achieve air stripping of chloroprene from incoming wastewater streams with at least a 98.0% stripping efficiency; and

    c. be routed via a closed vent system to the Facility's existing RTO or to an alternate control device that achieves at least an identical destruction efficiency. Denka must operate the RTO in accordance with its highest achievable destruction efficiency, and in no case less than the destruction efficiency required by the Facility's Title V Operating Permits.

Within 30 days of the date of this Order or sooner if Denka is able, Denka must also file with the Court, as part of the Monthly Report required by Paragraph 8, a plan for how it will cease using the Outside Brine Pit to handle, store, treat, or dispose of any chloroprene-containing wastes (including stormwater runoff).

Both plans' requirements must be implemented by no later than 120 days after being ordered by the Court to do so.

    **8.**    **Development of Plan to Capture Chloroprene Emissions from East and West Neoprene Wash Belts.**

Within 30 days of the date of this Order or sooner if Denka is able, Denka must file with the Court, as part of the Monthly Report required by Paragraph 8, a detailed plan to capture the chloroprene emissions from the east and west neoprene wash belts, including their associated squeeze rolls, and route them via a closed vent system to the Facility's existing RTO or to an alternate control device that achieves at least an identical destruction efficiency. The plan must demonstrate that Denka will design, construct, and operate these enclosures in accordance with EPA Method 204. The plan's requirements must be implemented by no later than 180 days after being ordered by the Court to do so.

9

**9.     Reporting.**

On or before the first day of each month following the entry of this Order, Denka must file with the Court a "Monthly Report" regarding Denka's progress in complying with this Order. The Monthly Report must include:

a. A detailed description of Denka's progress in complying with each of this Order's requirements, including a narrative description of the specific steps Denka has taken to meet each requirement;

b. A detailed description of any non-compliance with this Order, including a description of the dates, times, and locations or the non-compliance, an explanation of the non-compliance and its underlying causes, and the proposed measures and implementation schedule Denka is taking to correct the non-compliance; and

c. All monitoring data collected by Denka or its contractors in the prior month from its 21 diffusion tube monitors located on the Facility's perimeter, its six 24-hour canisters, and any other monitoring data collected to assess or quantify the Facility's chloroprene emissions or Denka's compliance with this Order.

If Denka fails to comply with any requirement of the Order, in addition to the reporting required above, it must promptly notify the Court.

**SO ORDERED.**

_____          _____
Date                                                                    UNITED STATES DISTRICT JUDGE
                                                                                 EASTERN DISTRICT OF LOUISIANA

## Appendix to Preliminary Injunction Order

## Management and Control of Coagulated Polymer Waste from Polymerization Kettle Strainers and Emulsion Stripper Feed Line Strainers

Immediately after Coagulated Polymer Waste is removed from a polymerization kettle strainer or emulsion stripper feed line strainer, Denka must: a) load the Coagulated Polymer Waste into a wheeled container or drum; b) insert an air sparge through the center of the loaded Coagulated Polymer Waste; c) fill the wheeled container or drum with water so that the coagulated polymer waste is submerged; d) close and seal the wheeled container or drum; and e) route the emissions vented from the wheeled container's or drum's valve via a closed vent system to the Facility's existing RTO or to an alternate control device that achieves at least an identical destruction efficiency. Denka must operate the RTO in accordance with its highest achievable destruction efficiency, and in no case less than the destruction efficiency required by the Facility's Title V Operating Permits.

Denka must complete the steps required by the previous paragraph while the wheeled container or drum is inside the polymerization kettle strainer enclosure or the emulsion stripper feed line strainer enclosure. Before the wheeled container or drum is closed and sealed, Denka must capture chloroprene emissions from the wheeled container or drum and route the emissions via a closed vent system to the Facility's existing RTO or to an alternate control device that achieves at least an identical destruction efficiency. Denka must operate the RTO in accordance with its highest achievable destruction efficiency, and in no case less than the destruction efficiency required by the Facility's Title V Operating Permits.

Denka must keep the wheeled container or drum closed and control emissions from the wheeled container in this manner while the air sparge is in use and until 90% of the initial residual chloroprene in the Coagulated Polymer Waste contained in the wheeled container or

drum is stripped.  Denka must use the air sparge in each wheeled container or drum for a minimum of four hours after the vessel or drum has been closed and sealed.  If additional time is required to strip 90 percent of the residual chloroprene from the Coagulated Polymer Waste from a particular neoprene product category, Denka must use the air sparge for the necessary additional time.  After completing the necessary amount of air sparging time, Denka must not open each wheeled container or drum unless it is inside an enclosed space that will capture emissions from the opened vessel or opened drum.  These emissions must also be routed via a closed vent system to the Facility's existing RTO or to an alternate control device that achieves at least an identical destruction efficiency.  Denka must operate the RTO in accordance with its highest achievable destruction efficiency, and in no case less than the destruction efficiency required by the Facility's Title V Operating Permits.

    Denka must store, treat, dispose, and transport any Coagulated Polymer Waste removed from the wheeled containers or drums in accordance with all applicable laws, including the Resource Conservation and Recovery Act (RCRA), 42 U.S.C. § 6901 et seq.