***United States v. Denka Performance Elastomer, LLC et al. (2:23-cv-735)***

*United States' Motion for Preliminary Injunction*

# Exhibit C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>DENKA PERFORMANCE ELASTOMER, LLC<br><br>*and*<br><br>DUPONT SPECIALTY PRODUCTS USA, LLC,<br>*Defendants*. | Civ. No. 2:23-cv-735 |

**DECLARATION OF DR. NYESHA C. BLACK**
**IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to 28 U.S.C. § 1746, I, Nyesha Black, declare as follows:

***Introduction***

1. I have been retained by the U.S. Department of Justice and asked to render my expert opinions on the population and other demographic characteristics of the communities surrounding Denka Performance Elastomer LLC's (Denka) facility (the Denka Facility) located in LaPlace, Louisiana. I was specifically asked to analyze available demographic information, including the population count, age distribution, and other demographic features, of the communities within a 2.5-mile radius of the Denka Facility.

***Qualifications***

2. I am an expert in demographic analysis and research. I have more than a decade of experience in academic and applied demographic research. For the past two years, I have served as the Director of Demographic and Socioeconomic Analysis at the Center for Business and Economic Research at the University of Alabama. In that role, I am primarily responsible for conducting

demographic and economic analysis and the production of population estimates and projections. I also serve as the liaison between the State of Alabama and the U.S. Census Bureau. In addition, I am an adjunct professor at the University of Alabama at Birmingham where I teach undergraduate courses in sociology, including a course in population dynamics. I previously held the position of Teaching Assistant Professor in the Department of Sociology at University of Alabama Birmingham.

3. I hold a master's degree and PhD in demography and sociology from Pennsylvania State University. Additionally, I have extensive training in quantitative research, including a Certificate in Advanced Spatial Pattern Analysis for Population Scientists from the University of California, Santa Barbara, and a Business Research Certificate from the University of Alabama at Birmingham.

***Publications in the Last 10 years***

4. Over the course of my career I have authored, or co-authored, peer-reviewed research focused on spatial patterns of health disparities across socioeconomic and demographic groups. Findings from my research have been published in peer-reviewed journals such as *Social Science and Medicine*, *Applied Spatial Analysis and Policy*, *Applied Economic Perspectives and Policy*, and the *Journal of Urban Health*. I have also presented my research at professional conferences, including the Southern Demographic Association and the Population Association of America. My curriculum vitae, attached in Appendix B, lists my publications in the last 10 years.

***Prior Testimony***

5. In the past 4 years, I have provided deposition testimony in one civil case. In October 2022, I was deposed in *United States of America v. Housing Authority of Ashland, AL, Southern Development Company of Ashland, LTD.*, (N.D. ALA.) (Civil Action No. 1:20-cv-01905-ACA).

***Compensation***

6. I am being compensated for my work on this matter, including testimony, at the rate of $395 per hour. As of the date I signed this declaration I have spent approximately 200 hours on this matter.[1]

***Methodology and Facts and Data Considered***

7. In preparing my opinions in this matter, I reviewed U.S. Census Bureau data, including information from the 2010 and 2020 Decennial Censuses, and the 2016, 2020, and 2021 American Community Survey (or ACS) five-year estimates.[2, 3] I also reviewed demographic data available from the Louisiana Department of Education. I also conducted a literature search in peer-reviewed journals for best practices in estimating populations exposed to environmental hazards. During my review of extant literature, I considered the methodologies and design employed by various studies, including methods such as the polygon containment method, centroid containment method, and the buffer containment method.

8. In addition to reviewing the above materials, I also employed a variety of secondary data sources and mapping techniques to analyze the demographics of the population that resides

---

[1] My subcontractor provided technical assistance with data extraction in Social Explorer, producing maps in ArcGIS, and creating demographic tables.

[2] The American Community Survey (ACS) is released annually in one- and five-year estimates. According to the U.S. Census Bureau, the ACS five-year estimate program "are "period" estimates that represent data collected over a period of time. The primary advantage of using multiyear estimates is the increased statistical reliability of the data for less populated areas and small population subgroups." *American Community Survey 5-Year Data (2009-2021)*. (2022, December 8). United State Census Bureau. https://www.census.gov/data/developers/data-sets/acs-5year.html

[3] Total Population [Tables]. In SocialExplorer.com. Retrieved February, 27, 2023, from https://www.socialexplorer.com/explore-tables

within a 2.5-mile radius of the Denka Facility. I used Social Explorer[4] to extract data from the U.S. Census Bureau. I also employed mapping tools that utilize various geographical information systems (GIS), including ESRI ArcMap 10.4.1 in ArcGIS.

9. I downloaded geographic boundary files (including state, counties, census tracts,[5] block groups, and municipalities) from the U.S. Census Bureau TIGER/Line Shapefiles for 2020. These shapefiles were imported into ArcMap and ArcGIS, which enabled me to create various maps. The latitudinal and longitudinal coordinates of a central point within the Denka Facility[6] were geocoded as the central point on each map. The Department of Justice requested that I calculate 0.5, 1.0, 1.5, 2.0, and 2.5-mile radial "buffers" (in this case, circles) drawn around the Denka Facility, which I did using the buffer tool within the analysis tools in the proximity toolbox in ArcMap.

10. Once the buffers were created, I used GIS analysis to merge the buffers to the census tracts boundary files, which then allowed me to determine which census tracts fall within

---

[4] Social Explorer is a data service that can be used for accessing and extracting raw demographic data, including U.S. Census data such as the Decennial Census and the American Community Survey. It can be used by demographers or other social scientists, such as myself, to efficiently access secondary population-level data.

[5] According to the U.S. Census Bureau, "Census Tracts are small, relatively permanent statistical subdivisions of a county or statistically equivalent entity […] that generally have a population size between 1,200 and 8,000 people, with an optimum size of 4,000 people. A census tract usually covers a contiguous area; however, the spatial size of census tracts varies widely depending on the density of settlement. Census tract boundaries are delineated with the intention of being maintained over a long time so that statistical comparisons can be made from census to census. Census tracts occasionally are split due to population growth or merged as a result of substantial population decline." Source: *Glossary*. (n.d.). U.S. Census Bureau. Retrieved February 24, 2023, from https://www.census.gov/programssurveys/geography/about/glossary.html#par_textimage_13

[6] The Department of Justice provided the following coordinates for the Denka Facility: latitude 30.058668315, longitude -90.524145124. This point is an approximate central location of the primary sources of chloroprene emissions at the Denka Facility.

each buffer area. This allowed me to evaluate the demographic characteristics of census tracts within each buffer. Next, for each census tract that falls completely or partially within a buffer, I calculated the geographic area of the census tracts, or portions thereof, using the intersect tool within the analysis tools in the overlay toolbox in ArcMap. I also determined the geographic area of the census tracts that lie outside of a buffer using the erase tool in ArcMap.

11. Next, I used Social Explorer to identify the block groups contained within the census tracts that fell partially within each buffer, and to extract the total population and housing unit count within each block group.

12. The United States provided a list of latitude and longitude coordinates for air monitors operated by the U.S. Environmental Protection Agency (EPA) or by Denka. That list is attached as Appendix A. I geocoded these points onto maps included in this report using the same process as was used to geocode the Denka Facility.

***Opinions***

13. The following is a statement of my current opinions in this matter. If called to testify, I could competently testify to the following to a reasonable degree of scientific certainty.

14. My primary conclusions are that:

- Based on my review of all the data discussed below, I estimate that the total population living within the 2.5-mile buffer surrounding the Denka Facility is approximately 15,000 to 17,000 people. I also estimate the total populations living within the buffers closer to the Denka Facility, as follows: approximately 9,000 people living within the 2.0-mile buffer, approximately 3,000 people living within the 1.5-mile buffer, approximately 800 to 1,000 people living within the 1.0-mile buffer, and no people living within the 0.5-mile buffer.

- There are a significant number of children under the age of 18 living within the 2.5-mile buffer surroung the Denka Facility, including a significant number of children below age five. In nearly all census tracts within the 2.5-mile buffer, including tracts 708 and 709 – the tracts closest to the Denka Facility – children under the age of 18 represent approximately 20 to 25 percent of the total population in the 2020 Census (23 percent) and the 2020 ACS (25 percent).[7] Based on the 2016 and 2020 ACS and the 2010 Census – the last decennial census to include numerous age subcatagories – I estimate that 800 to 1,000 of the children living within the 2.5-mile buffer (five to seven percent of the total population) are under the age of five, and that 2,000 to 3,000 of the children (15 to 18 percent of the total population) are between the ages of 5 to 17.
- The number of adults within the census tracts surrounding the Denka Facility who are 65 years and older increased between 2010 and 2020, and it is the only age cohort that has experienced population growth, which suggests that many residents are "aging in place."
- Based on ACS data, a majority of the residents of census tracts 708 and 709 have lived in their homes for at least a decade, suggesting that these communities consist primarily of long-term residents.
- The overall population residing within the census tracts surrounding the Denka Facility is predominantly Black.

[7] These rates are the proportion of children averaged across all census tracts that are contained partially or completely within the 2.5-mile buffer.

- Life expectancy in the two census tracts closest to the Denka Facility (tracts 708 and 709) is lower than both the state and parish-level life expectancy.

**A. Description of Residential Areas Within a 2.5 Mile Radius of the Denka Facility.**

15. The Denka Facility is located along Highway 44, on the border of LaPlace and Reserve, Louisiana on the east bank of the Mississippi River in St. John the Baptist Parish. Below, I describe my visual observations – using Google Maps and Google Earth – of buffers set at 0.5, 1.0, 1.5, 2.0, and 2.5 miles around a central point within the Denka Facility.

**Figure 1: Map of 0.5-mile Buffer Surrounding the Denka Facility**




16. **Figure 1**, above, shows the location of the Denka Facility and the 0.5-mile buffer that encircles the Facility. The image shows that the Denka Facility has a green landscape to the

immediate west, and it is bordered by a railroad track[8] to the north, a flat landscape to the immediate east, and Highway 44 and the Mississippi River to the south. From my visual inspection of rooftops using Google Maps and Google Earth, it appears that there is no residential dwelling within the 0.5-mile buffer of the Denka Facility (as discussed above, the 0.5-mile buffer and the other buffers discussed here are drawn from a central point within the Facility, and not from the Facility's fence line, which is, of course, closer to surrounding residential communities).

**Figure 2: Map of 0.5- to 1.0-mile Buffers Surrounding the Denka Facility**




[8] According to the National Transportation Database, the rail line is owned and operated by the Canadian National Railway.

17. **Figure 2** shows the residential communities that lie within 1.0-mile of the Denka Facility. The Belle Point subdivision of Reserve, Louisiana spans from East 31st Street to LA-3179 (E 22nd Street) and lies west of the Denka Facility. The Fifth Ward Elementary School lies approximately 3,100 feet west of the Denka Facility.[9] To the east of the Denka Facility, there are a few residences along West 5th Street in LaPlace, LA.

**Figure 3: Map of 0.5 to 1.5-mile Buffers Surrounding the Denka Facility**




[9] I used the measurement tool in Google Maps to determine the distance between Fifth Ward Elementary School and the geocoded central point I used to draw buffers around the Denka Facility.

18. The 1.5-mile buffer shown in **Figure 3** expands to include West 5th Street to Birch Street in LaPlace to the east, and the Cole's Landing subdivision (a cul-de-sac community) to the north of the Denka Facility. This area includes East St. John Preparatory Academy and Ochsner LaPlace Hospital. The 1.5-mile buffer also includes a small portion of Jean Marie Street and several residences between Ivy Court and East 12th Street located northwest and west of the Denka Facility, respectively, in Reserve, Louisiana. The 1.5-mile buffer also extends across the bank of the Mississippi River along Louisiana Highway 18 in Edgard, Louisiana, and includes residences near the EuroChem fertilizer plant, Goldmine Plantation, and the St. John West Side Volunteer Fire Department.

**Figure 4: Map of 0.5 to 2-mile Buffers Surrounding the Denka Facility**



18. The 2.0-mile buffer, shown in **Figure 4**, shows residences that lie southwest of Denka, across the bank of the Mississippi River, near New Jerusalem Baptist Church, in Edgard. There are additional residences along Louisiana Highway 18 and East 13th Street. In LaPlace, the 2.0-mile buffer includes LaPlace Oaks public housing units and residential communities near St. Joan of Arc Catholic School and Church. To the north of the Denka Facility, there are residences between Captain G. Bourgeois Street and West 2nd Street. Parts of the LaPlace Park and The Grove subdivisions lie north of Airline Highway within this 2.0-mile buffer. The entire Belle Pointe subdivision is also situated north of the Denka Facility, along with the East St. John Preparatory Academy and East St. John High School. In Reserve, the 2.0-mile buffer includes virtually all residences between DuPont Road and Homewood Place, and the areas between East 13th Street and Central Avenue north of LA-44 and south of the railway line.

**Figure 5: Map of 0.5 to 2.5-mile Buffers Surrounding the Denka Facility**




19. Within the 2.5-mile buffer, shown in **Figure 5**, above, there are residential communities between Central Avenue and Northwest and West 4th Streets; north of Railroad Avenue and south of Blue Highway; and near LifeHouse Church, including the Bardwell RV Park – all of which are located in Reserve. In LaPlace, there are several neighborhoods within the 2.5-mile buffer that are north of West Airline Highway and east and west of Belle Terre Boulevard, near several big box and other retail stores. The 2.5-mile buffer also includes residences around Larayo Park, the Woodland and LaPlace Plantations subdivisions north of West 2nd Street and south of West Airline Highway.

**Figure 6: Map of Census Tracts (Completely or Partially) Within the 2.5-mile Buffer**




20. **Figure 6**, above, shows the census tracts surrounding the Denka Facility. Some portion of each census tract depicted on the map lies within the 2.5-mile buffer, with census tracts 708 and 709 located entirely within the buffer area.

**Figure 7: Map of Air Monitors Installed by EPA and Denka**[10]




21. **Figure 7**, above, shows the location of air monitors that were installed by the EPA, which were active between 2016 and 2020, as well as air monitoring stations installed and operated by Denka, which have been active since 2016. Most of the air monitors are situated near, or within, the 1.5-mile buffer. Both Denka and EPA installed monitors at the Levee site, which is closest to the Denka Facility, situated just outside of the 0.5-mile buffer (because they are so close together, the indicators for these two monitors overlap on the figure above). The monitors at the Chad Baker

[10] The blue squares represent the sites of the EPA's 24-hour air monitoring network that was active from 2016 to 2020. The pink circles represent the sites of Denka's 24-hour air monitoring network that was installed in 2016 and remains active.

site and Fifth Ward Elementary School are within the 1.0-mile buffer and are the closest to a residential area. The monitor at Edgard is the farthest away from the Denka Facility, falling just outside the 2.5-mile buffer.

**B. Estimated Population Within Designated Buffer Areas (1.0, 1.5, 2.0, and 2.5-Mile Radius) Surrounding the Denka Facility.**

22. As explained below, I estimate that the total population living within 2.5-miles of the Denka Facility is approximately 15,000 to 17,000 people; the total population within 2.0-miles of the Facility is approximately 9,000; the total population within 1.5 miles of the Denka Facility is approximately 3,000; and the total population within 1.0-mile of the Denka Facility is approximately 800 to 1,000. There does not appear to be any residences within 0.5 miles of the Denka Facility, again as measured from a selected point within the Facility rather than from the Facility fence line.

23. It is challenging to derive precise, small-area population counts. First, the U.S. Census Bureau is the main source of population data in the country, but a full enumeration only happens every 10 years, and intercensal estimates are released annually. There are concerns about data privacy, which, if compromised, may reveal the identity of individuals. These concerns prevent the public release of non-geographically bounded or geocoded data at the individual level. Therefore, demographic methods and geographic techniques, or a hybrid of the two, are employed to account for these data limitations.[11]

24. There are several methods that demographers use to estimate the population contained in an area that does not conform to the boundaries of a single census defined area such

[11] Deng, Chengbin, and Changshan Wu. (2013). Improving small-area population estimation: An integrated geographic and demographic approach. *Annals of the Association of American Geographers*, 103(5), 1123-1141.

as a census tract or a block group. I considered three separate methods here, the polygon containment method, the centroid containment method, and the buffer containment method.[12] I elected to use the buffer containment method because, in my professional opinion, it is more accurate than the polygon and centroid containment methods, and the buffer containment method is less likely to produce an overestimate of the population living in the selected area compared to the polygon containment method. To further improve the accuracy of my estimates, I then manually adjusted the population count for census tracts that partially fall within the buffer using block group data. These methods are detailed below.

24. The polygon containment method is used to calculate the total population of a distance-based buffer (e.g., a 2.5-mile circle) by analyzing the population characteristics of all census tracts that are either intersected or entirely enclosed by the buffer.[13] In other words, to estimate the population within a given buffer, I would add the total population of each census tract that is either completely *or* partially within the designated buffer area. The polygon containment method therefore overestimates the population of the buffer area because it does not attempt to account for the fact that, if a census tract falls only partially within the buffer, some percentage of that census tract's population likely lives outside of the buffer. However, the method requires less technical and statistical tools to derive at a population estimate.

---

[12] These methods are discussed in detail in: Chakraborty, J., & Maantay, J. A. (2011). Proximity Analysis for Exposure Assessment in Environmental Health Justice Research. *Geospatial Analysis of Environmental Health* (pp. 111–138). Springer Netherlands. https://doi.org/10.1007/978-94-007-0329-2_5; and Chakraborty, J., & Armstrong, M. P. (1997). Exploring the Use of Buffer Analysis for the Identification of Impacted Areas in Environmental Equity Assessment. *Cartography and Geographic Information Science*, *24*(3), 145–157. https://doi.org/10.1559/152304097782476951

[13] Chakraborty, J., & Maantay, J. A. (2011). Proximity Analysis for Exposure Assessment in Environmental Health Justice Research. In *Geospatial Analysis of Environmental Health* (pp. 111–138). Springer Netherlands. https://doi.org/10.1007/978-94-007-0329-2_5

25. Another method for estimating the population of a buffer is the centroid containment method. In this method, the population of a census tract is included in the total population count *only* if the geographic center point, or "centroid," of the census tract falls within the buffer. If the centroid within a tract does not fall within the buffer, then the entire population of that census tract is omitted from the population estimate. For this reason, the centroid containment method could lead to inaccurate population estimates if the population of the census tracts are not concentrated near the centroid.[14]

26. The buffer containment method, also referred to as the areal apportionment method, estimates the population in a given buffer by applying areal weights to census tracts based on the proportion of the tract's geographic area that falls within the buffer.[15] Using this method, I first identified each census tract that falls partially or entirely within the buffer I was analyzing (e.g., a 2.5-mile circle around the Denka Facility). I then used ArcGIS to determine, for each census tract, what percentage of its land area fell within the buffer. For each census tract, I would then multiply that areal percentage by the census tract's land area that is contained within the 2.5-mile buffer by the total population of the entire census tract to estimate the number of people from that tract living within the buffer. I then added the population estimates I generated for each tract to get a total population estimate for the buffer.[16]

---

[14] Ibid.

[15] Ibid.

[16] This method and mathematical equation are detailed in Chakraborty, J., & Armstrong, M. P. (1997). Exploring the Use of Buffer Analysis for the Identification of Impacted Areas in Environmental Equity Assessment. *Cartography and Geographic Information Science*, 24(3), 145–157. https://doi.org/10.1559/152304097782476951

27. The buffer containment method is a more accurate and reasonable method for estimating population count than the polygon containment method or the centroid containment method, but this method also has limitations. Specifically, the buffer containment method assumes that the population within each census tract is distributed homogenously within the tract boundary. Because human populations tend to be unevenly distributed, however, the buffer containment method may either over- or underestimate the population attributable to a buffer by census tracts that fall only partially within the buffer. Despite this limitation, the buffer containment method offers substantial improvement over other population estimation methods and is the most widely used by demographers.[17] As discussed above, I conclude that the buffer containment method is the most reliable and commonly used method to estimate the population within a relatively small area – in this case, within a 0.5, 1.0, 1.5, 2.0, and 2.5-mile radius of the Denka Facility – because it does not overestimate the population as significantly as the polygon containment method, and it does not presume that the population is concentrated in the center of the census tract like the centroid containment method.

28. To account for the limitations of the buffer containment method—i.e., over- or underestimating population based on assumed homogeneity in residential patterning across the census tracts—I then further refined my buffer containment analysis by evaluating the residential patterning of all block groups within census tracts that were partially within the buffers[18] and manually adjusted the population of those census tracts based on the location of residential units

[17] Chakraborty, J., & Maantay, J. A. (2011). Proximity Analysis for Exposure Assessment in Environmental Health Justice Research. *Geospatial Analysis of Environmental Health* (pp. 111–138). Springer Netherlands. https://doi.org/10.1007/978-94-007-0329-2_5

[18] I did not derive a population estimate for the 0.5-mile buffer because, based on my visual observations in Google Maps and Google Earth, there appear to be no residences within that buffer.

located within each block group. More specifically, I counted the number of residential rooftops partially contained within the relevant buffer zone using Google Maps and high-resolution satellite imagery in Google Earth.[19] I then extracted housing unit data at the block group level (for the 2010 and 2020 Decennial Census and the 2021 ACS) and divided the number of residential rooftops that I counted within the buffer that overlays the block group boundaries by the total number of housing units in the block group. Finally, I multiplied that number (percentage) by the total population of the block group to arrive at an estimated population for the area within the buffer. By making manual adjustments to my buffer containment method calculations based on observed residential units, I was able to more accurately estimate the total population living within each buffer.

29. For the 2.5-mile buffer, shown above in **Figure 5**, I estimate the total population to be approximately 15,000 to 17,000 people. I arrived as this population count by estimating the total population using the buffer containment method with manual adjustments using data from the 2010 and 2020 Decennial Censuses, and the 2021 American Community Survey. The Denka Facility is located on the border of Census Tracts 708 and 709. These two census tracts fall completely within the 2.5-mile buffer, and their entire populations (recorded as 5,652 and 4,715 in the 2010 and 2020 decennial census and 5,125 in the ACS) are reflected in the estimate for the 2.5-mile buffer, together with the estimated populations for the census tracts falling partially within the 2.5-mile buffer. Using the buffer containment method, I calculated that 9,000 to 10,000 residents (compared to more than 30,000 residents using the polygon containment method, described above) live within the 2.5-mile buffer. Then, I made manual adjustments to the

[19] I have used Google Earth and Google Maps in previous demographic analysis to evaluate the conditions "on the ground" when time and/or resources were not available for me to physically visit a place. This has allowed me to assess what seemed to be anomalies in population data.

population count based on counting rooftops within each buffer zone using high-resolution imagery, which is described in more detail above. The data I used to produce this estimate is contained in **Tables 1 through 3, 6, 7** at the end of this declaration.[20]

30. Using the same methodology, I estimated total populations for the other buffer zones, as follows:

a. I estimate that the 0.5-mile buffer has no residents. (Supporting data shown in **Tables 3 and 4** at the end of this declaration).

b. Approximately 800 to 1,000 people live within the 1.0-mile buffer. (Supporting data shown in **Tables 3 and 4** at the end of this declaration).

c. Approximately 3,000 people live within the 1.5-mile buffer. (Supporting data shown in **Table 3 and 4** at the end of this declaration).

d. Approximately 9,000 people live within the 2.0-mile buffer. (Supporting data shown in **Tables 3 and 5** at the end of this declaration).

31. **Table 1**, which appears at the end of this declaration, shows the full population count for each census tract that falls within the 2.5-mile buffer based on the 2010 and 2020 decennial censuses and the 2021 American Community Survey, and the estimated population those tracts contribute to the 2.5-mile buffer using the buffer containment method and the polygon containment method. **Table 2** compares the population estimates for the 2.5-mile buffer using the buffer containment and polygon containment methods with the estimated population I calculated after making manual adjustments, as described above. The difference in the estimated population derived from the buffer containment method and the manually adjusted population count reflects

[20] The tables feature the raw data for total population and housing units that I used to determine the weights to estimate the population within the 2.5-mile buffer.

the limitations of basing population estimates solely on the proportion of a census tract that falls partially within a buffer. Combining the use of the buffer containment method with manual adjustments based on the number of housing units and residential rooftops within the buffer zone provides a more accurate population estimate.

**B. Age Distribution of the Population Surrounding the Denka Facility.**

32. The population living within 2.5 miles of the Denka Facility includes a significant number of children. Using 2020 Census data, together with data from the 2016 and 2020 American Community Surveys (ACS), I estimate that children under the age of 18 represent 20 to 25 percent (approximately 3,000-4,000) of the total population of the 2.5-mile buffer (approximately 15,000-17,000). Children under the age of five represent about five to seven percent of the population (approximately 800-1,000), while children five to 17 represent 15 to 18 percent (approximately 2,000-3,000). These estimates are comparable to, though slightly less than, the proportional share of the various age cohorts reported in the 2010 Census.

33. In forming my conclusions regarding age distribution, I rely on data from the 2010 Decennial Census, which was based on a full population sample and provided population counts for 12 age-ranges (including children under five and children five to 17). I also rely on data from the 2016 and 2020 ACS, which also provide age-ranges for children under 18. I rely on the 2020 Decennial Census to the extent that it reports the numbers above and below age 18. However, the U.S. Census Bureau did not release data on different age cohorts below 18 in the 2020 Census, so I was not able to use the 2020 data to estimate the subpopulations of children under the age of 18 (i.e., children under five and children five to 17).

34. The 2021 ACS contains the most recent data available from the U.S. Census Bureau. I rely on the 2021 ACS to estimate the total population of the buffers, as noted in my

conclusions above. However, when I evaluated age distribution data from the 2021 ACS for all census tracts fully and partially contained within the 2.5-mile buffer, I noticed an anomaly in the data reported for the number of children who live in tract 708, specifically. The 2021 ACS reports that there are only 174 children under the age of 18 in that tract, which is a decline of almost 58 percent from the number of children under 18 reported in the previous year's 2020 Census, and a decline of 77 percent from the population of children reported in the 2010 Census. I also compared the 2021 ACS to the 2016 ACS, as recommended by the U.S. Census Bureau, and observed that the dramatic decline in the number of children reported in the 2021 ACS (specifically in census tract 708) is also apparent when comparing the two surveys.[21] This further suggests that the 2021 ACS data for the different age cohorts, in particular, is likely significantly undercounting children under the age of 18.[22] The anomaly in the data may be due to non-sampling or sampling errors in the ACS[23], or due to "changes to the weighting methodology implemented to address nonresponse

[21] U.S. Census Bureau. (n.d.). *Comparing 2012-2016 ACS 5-year and 2017-2021 ACS 5-year*. Retrieved February 26, 2023, from https://www.census.gov/programs-surveys/acs/guidance/comparing-acs-data/2021/5-year-comparison.html. The Census Bureau recommends this because of non-response bias from the 2020 ACS sample, and methodological adjustments implemented to address this bias in the sampling frame.

[22] I continue to include 2021 ACS data when estimating the full population count of the buffer areas because, when comparing the population count to the 2010 and 2020 Census and the 2020 ACS, there appears to be little variation in the data across sources. The fact that the 2021 ACS data for *age distribution* appears to be skewed for tract 708 does not affect my confidence in the data for use in estimating the full population count.

[23] U.S. Census Bureau. (2020). *Understanding and Using American Community Survey Data: What All Data Users Need to Know*. Retrieved February 26, 2023, from https://www.census.gov/programs-surveys/acs/library/handbooks/general.html

bias issues in the 2020 data,"[24] that may yield an undercount of young children.[25] Therefore, I do not rely on the 2021 ACS for age cohorts, and instead use Decennial Census data and 2016 and 2020 ACS data to derive population estimates for the cohorts of children under the age of 18.

35. In estimating the total number of children living within the 2.5-mile buffer, I relied on population data for census tracts 708 and 709 (which are entirely within the buffer), as well as for all other tracts partially contained within the 2.5-mile buffer zone. The percentage of children reported in the 2020 Decennial Census, as well as in the 2016 and 2020 ACS, were comparable across census tracts and survey years. Therefore, I applied a range of 20 to 25 percent to the total population within the 2.5-mile buffer to estimate the total number of children who are under the age of 18. This range represents the percentage of children that I observed across nearly all census tracts within the 2.5-mile buffer in the 2020 Census, the 2020 ACS, as well as the 2016 ACS. The numeric value for each tract across all three data sources confirmed my confidence in selecting this range to calculate the percentage of children in the 2.5-mile buffer zone.

36. The data reported in the 2010 Census supports my conclusion that the total percentage of children under the age of 18 within the 2.5-mile buffer likely ranges from 20 to 25 percent, based on population trends since the 2010 Census. For instance, the 2010 Decennial Census showed that 26 percent (approximately 8,743 children) of residents of all census tracts partially or fully contained within the 2.5-mile buffer are children under 18, and about 30 percent of residents in tracts 708 (30 percent, or about 748 children) and 709 (29 percent, or about 889

---

[24] U.S. Census Bureau. (n.d.). *Comparing 2012-2016 ACS 5-year and 2017-2021 ACS 5-year*. Retrieved February 26, 2023, from https://www.census.gov/programs-surveys/acs/guidance/comparing-acs-data/2021/5-year-comparison.html

[25] U.S. Census Bureau. (n.d.). *Despite Efforts, Census Undercount of Young Children Persists*. Retrieved February 26, 2023, from https://www.census.gov/library/stories/2022/03/despite-efforts-census-undercount-of-young-children-persists.html

children) are children under the age of 18. The 2020 Decennial Census showed children with a somewhat reduced share of the total population, with approximately 23 percent of children under the age of 18 averaged across all census tracts, including 21 percent in tract 708 (413 children) and 22 percent (624 children) in tract 709.

37. I employed a similar methodology as above to derive the percentage of children under five and between five and 17. Using the 2016 and 2020 ACS, I reviewed the proportional share of the subpopulations of children in each census tract partially or fully within the 2.5-mile buffer. I found that, across nearly all census tracts – including tracts 708 and 709 – the proportional share of children under five and children five to 17 fall within approximately the same range: five to seven percent for children under five, and 15 to 18 percent for children five to 17. These ranges are comparable across both the 2016 and 2020 ACS. Thus, to estimate the subpopulations of children, I apply the ranges found across the census tracts, as reported by the 2016 and 2020 ACS. Accordingly, I estimate that five to seven percent of the total population within the 2.5-mile buffer are children under five (approximately 800-1,000), and 15 to 18 percent are children five to 17 (approximately 2,000-3,000). I reviewed the 2010 Census data on the same age groups for purposes of comparison.

38. The population data shown in **Figure 8**, below, shows the age distribution of all the census tracts partially and completely within the 2.5-mile buffer, as well as the two census tracts immediately surrounding the Denka Facility from the 2010 Decennial Census. As reflected in the 2010 data, children under the age of five represented approximately seven percent overall, and about nine percent within tracts 708 and 709, respectively. Children between five and 17 represented approximately 19 percent overall, and about 21 and 20 percent in tracts 708 and 709 respectively.



**Figure 8: Age Distribution of all Residents in Census Tracts 708 and 709 and all Tracts within 2.5 Miles of the Denka Facility, 2010 Census**




| | Under 5 | 5 to 9 | 10 to 14 | 15 to 17 | 18 to 24 | 25 to 34 | 35 to 44 | 45 to 54 | 55 to 64 | 65 and 74 | 75 to 84 | 85 and over |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tract 708 | 8.6% | 7.8% | 7.5% | 5.7% | 11.0% | 13.2% | 10.4% | 14.5% | 11.0% | 6.0% | 3.5% | 1.0% |
| Tract 709 | 8.7% | 8.6% | 7.0% | 4.3% | 10.9% | 15.3% | 11.6% | 11.1% | 10.1% | 6.3% | 3.9% | 2.2% |
| All Tracts | 7.2% | 7.1% | 7.4% | 4.7% | 9.3% | 13.1% | 12.8% | 15.2% | 11.9% | 6.8% | 3.2% | 1.3% |

39. The post-2010 age distribution data for all census tracts fully or partially contained within the 2.5-mile buffer, compared with the age distribution data of just the tracts that are *fully* contained within the buffer (tracts 708 and 709), strongly suggest that the distribution of children under the age of 18 within the 2.5-mile buffer is likely between 20 and 25 percent. This range represents somewhat of a decline from the 2010 Census data, which reflects the overall trends in population since 2010. The data also suggest that the respective proportion of the populations under the age of five and between ages five and 17 is also likely somewhat less than what was reported in the 2010 Census.

40. Adults who are age 65 years and older represent about 14 percent of the total population among all census tracts within 2.5-miles of the Denka Facility according to 2020 ACS data, which is an increase from 11 percent reported in the 2010 Census. The 65 and older

population is also the only age cohort that showed an increase (+689) in the absolute number of persons since 2010. This likely reflects an aging population, which aligns with national trends, due to the relatively large Baby Boomer population (i.e., the generation born in 1946-1964). In tract 708, the 65 and older population is 15 percent of the total population according to the 2020 ACS, compared to 11 percent reported in the 2010 census. In tract 709, the 65 and older population is 12 percent according to both the 2010 Census and 2020 ACS.

41. The total population breakdown for census tracts 708 and 709 is shown in **Figure 9**, below. The figure reflects data from the 2020 ACS.[26] As noted above, children under 18 comprise slighly less of the population than what was reported in the 2010 Census. Cumulatively, children under five represent approximately seven percent of the population of tracts 708 and 709 in the 2020 ACS (compared with approximately nine percent in the 2010 Census), and children five to 17 represent approximately 18 percent of the population of tracts 708 and 709 in the 2020 ACS (compared with approximately 20 percent in the 2010 Census).

[26] Although I reviewed the 2016 ACS data in forming my estimates for the different age cohorts, I do not report the 2016 ASC data here because the data reported in the 2016 and 2020 ACS are fairly consistent across all census tracts, including tracts 708 and 709. Therefore, I report only the most recent ACS data.



**Figure 9A: Age cohorts of residents living in tracts 708 and 709, 2020 ACS**




**Figure 9B: Age cohorts of residents living in tracts 708 and 709, 2010 Decennial Census**




42. Given the data from the 2010 Census and 2020 ACS for census tracts 708 and 709, – the two tracts contained entirely within the 2.5 mile buffer – together with data for all tracts

partially within the 2.5-mile buffer, I estimate that approximately 20 to 25 percent (about 3,000-4,000) of the total population living within 2.5 miles of the Denka Facility (about 15,000-17,000) are children under the age of 18, with children under five comprising approximately five to seven percent (about 800-1,000) of the population, and children five to 17 comprising approximately 15 to 18 percent (about 2,000-3,000).

43. Overall, the population surrounding the Denka Facility is growing older as the proportion of the total population who are 65 and older has increased. Since 2010, a smaller percentage of the total population are children; however, children still represent a significant proportion of residents living within the 2.5-mile buffer –approximately 20 to 25 percent of the total population.

**C. Composition of the Student Population at the Elementary and High Schools Located Within 2.5-Miles of the Denka Facility.**

44. There are three schools within 2.5-miles of the Denka Facility. **Figure 10**, below, shows the location of the Fifth Ward Elementary School (less than 1.0 mile from the Denka Facility), East St. John Preparatory Academy (formerly East St. John Elementary School) (slightly more than 1.0 mile from the Denka Facility), and East St. John High School (less than 2.0 miles from the Denka Facility). In the most recent year of data reported (2022-2023 school year),[27] there were 318 students enrolled in kindergarten through 4th grade at Fifth Ward Elementary School; 1,252 students enrolled in 9th through 12th grade at East St. John High School; and 358 students enrolled in 5th through 8th grade at East St. John Preparatory Academy.

[27] *Louisiana Department of Education's Student Attributes*. (October 2022). (https://www.louisianabelieves.com/resources/library/student-attributes) accessed on 2023, January 30.

**Figure 10: St. John the Baptist School Enrollment Zone Map**[28]




[28] St. John the Baptist School Boundaries Map https://www.stjohn.k12.la.us/apps/pages/index.jsp?uREC_ID=534949&type=d&pREC_ID=1046461, accessed on 2023, February 17.

45. According to the most recently reported data for the 2022-2023 academic year, there are 318 students who attend Fifth Ward Elementary School, which is just slightly beyond the 0.5-mile buffer of the Denka Facility. The school zone boundaries map for St. John the Baptist School district, shown in **Figure 10**, shows that most elementary-aged children living within the 2.5-mile buffer would likely be zoned to attend Fifth Ward Elementary School. Some children who live within the 2.5-mile buffer would also be zoned for East St. John Preparatory Academy (situated within the 2.5-mile buffer), LaPlace Elementary School, West St. John Elementary, or Emily C. Watkins Elementary.

46. According to data from the Louisiana Department of Education,[29] the racial and ethnic composition of each of the three schools within 2.5-miles of the Denka Facility shows a prominent minority student population. During the 2022-2023 academic year, approximately 77 percent of students (244) at Fifth Ward Elementary School identified as Black. For the same academic year, 56 students identified as Hispanic, 14 identified as White, three identified as multiple races, and one identified as Asian.

47. At East St. John High School, approximately 73 percent (913) of students identified as Black during the 2022-2023 school year. For the same year, 193 students identified as Hispanic, 117 identified as White, 24 identified as multiple races, and five identified as Asian.

48. At East St. John Preparatory Academy, about 79 percent (283) of students identified as Black during the 2022-2023 school year. For the same year, 40 students identified as Hispanic, 19 identified as White, 11 identified as multiple races, 3 students identified as Asian, and two identified as American Indian.

---

[29] *Louisiana Department of Education's Student Attributes*. (October 2022). (https://www.louisianabelieves.com/resources/library/student-attributes) accessed on 2023, January 30.

### D. Residential Tenure

49. The overall population of the tracts closest to the Denka Facility has declined in the last 10 to 30 years, but there is some evidence that those who live in the area have been there for many years. The 2021 ACS reveals that more than half (51 percent) of households in tracts 708 moved into their residence in 1999 or earlier, including 36 percent of households who have been in their home for more than three decades (since 1989 or earlier). Less than 4 percent of households in tract 708 moved into their residence in 2019 or later. In contrast, about 50 percent of households in tract 709 moved into their residence in 2009 or earlier, and only 5 percent of households in tract 709 moved into their residence in 2019 or later. At the least, the data indicates that the majority of the population in those tracts has resided near the Denka Facility for a decade or more, especially so in tract 708, the tract that is closest to the Denka Facility.

50. I also reviewed 12 years of annual 5-year estimates from the ACS, which includes a question asking residents about their residential status one year prior. From these responses, on average, across the 12-year time-period, approximately 92 percent of residents in tract 708 and approximately 85 percent of residents in tract 709 reported that they were in the house one year prior, compared to about 86 percent among all residents of Louisiana and 90 percent among residents of St. John the Baptist Parish. This strongly suggests that the annual rate of residential migration is relatively low among residents living closest to the Denka Facility– meaning residents in these communities are relatively likely to stay in the same home year after year.

### E. Socioeconomic and Racial/Ethnic Composition of the Residential Communities Surrounding the Denka Facility

51. According to the 2021 ACS data, the median household income in tract 708 is $34,653 and $45,781 in tract 709, both of which are lower than the state's ($53,571) and county's ($60,743) median household income. Approximately 50 percent of children in tract 708 and about

12 percent of children in tract 709 live below the federal poverty line. The rate of child poverty in tract 708 is higher than the state (roughly 26 percent) and parish (roughly 18 percent) averages.

52. The 2021 ACS data reflects that 56 percent of residents (17,391) in all census tracts that are completely or partially within the 2.5-mile buffer are Black. Non-Hispanic Black residents make up the majority of the population in four of the eight census tracts that are completely or partially within the 2.5-mile buffer of the Denka Facility. Tracts 708 (located west of the Denka Facility) and 711 (located southwest of the Facility) have the highest concentration of non-Hispanic Black residents (approximately 93 and 82 percent, respectively) compared to all other tracts. In addition, more than two thirds of the residents living in Census Tracts 709 (located east of Denka) and 705 (located northeast of Denka) are non-Hispanic Black (approximately 69 and 70 percent, respectively). The remaining four tracts have a Black population that ranges from about 28 percent to 43 percent.

**F. Life Expectancy in the Residential Communities Surrounding the Denka Facility.**

53. The National Center for Health Statistics, which is a division of the Centers for Disease Control, has published life expectancy at birth by state, county, and census tract for the period 2010-2015.[30] The data reveals that the life expectancy for the two tracts that are completely within the 2.5-mile buffer is approximately 71 years in tract 708 and 73 years for tract 709. Both

[30] Tejada-Vera B, Bastian B, Arias E, Escobedo LA., Salant B, *Life Expectancy Estimates by U.S. Census Tract, 2010-2015*. National Center for Health Statistics. 2020.

are lower than both Louisiana's statewide life expectancy (about 75 years) and St. John the Baptist Parish's life expectancy (about 76 years).

***Summary and Conclusion***

54. In summary, I reviewed multiple demographic data sources and population methods to derive population estimates for the population that is within 0.5, 1.0, 1.5, 2.0, and 2.5-mile buffers of the Denka facility. Overall, the data provide reliable information to support that the total population within the 2.5-mile buffer is approximately 15,000 to 17,000 people; the total population within the 2.0-mile buffer is approximately 9,000; the total population within the 1.5-mile buffer is approximately 3,000 to 4,000; the total population within the 1.0-mile buffer is approximately 800 to 1,000 people. Also, about 3,000 to 4,000 of residents are children under the age of 18, which represents approximately 20 to 25 percent of the total population within the 2.5-mile buffer that surrounds the Denka Facility. In addition, I estimate that 800 to 1,000 of the children, or five to seven percent of the total population, are under the age of five, and that 2,000 to 3,000 of the children, or 15 to 18 percent of the total population, are between the ages of five to 17.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/15/2023

Dr. Nyesha C. Black

**Table 1: Population and geographic characteristics used to calculate exposed population in 2.5-mile buffer surrounding Denka Facility, by census tract, 2020 Decennial Census**

| Census Tract | Total Square Miles | Total Square Miles within Buffer | Percentage Coverage Area | Est. Population Polygon Containment Method | Est. Population Buffer Containment Method |
|---|---|---|---|---|---|
| Tract 708 | 2.31 | 2.31 | 100.00% | 1,930 | 1,930 |
| Tract 709 | 2.94 | 2.94 | 100.00% | 2,785 | 2,785 |
| Tract 705 | 9.60 | 2.63 | 27.36% | 6,414 | 1,755 |
| Tract 710 | 4.11 | 0.98 | 23.93% | 2,594 | 621 |
| Tract 703 | 1.57 | 0.27 | 17.32% | 6,123 | 1,060 |
| Tract 707 | 10.87 | 1.5 | 13.79% | 3,424 | 472 |
| Tract 711 | 91.71 | 7.86 | 8.57% | 2,951 | 253 |
| Tract 704 | 1.60 | 0.09 | 5.36% | 4,305 | 231 |
| Total | 125 | 19 | | 30,526 | 9,107 |

**Table 2: Estimated population in the 2.5-mile buffers surrounding Denka Facility by method**

| | Polygon Containment Method | Buffer Containment Method (BCM) | BCM with Manual Adjustment |
|---|---|---|---|
| 2010 Census | 33,106 | 10,517 | 16,706 |
| 2020 Census | 30,526 | 9,107 | 14,881 |
| 2017-2021 ACS | 30,990 | 9,578 | 14,934 |

**Table 3: Estimated Population surrounding Denka Facility, by Census data and buffer zone**

| | 2010 Census | 2020 Census | 2017-2021 ACS |
|---|---|---|---|
| **0.5-mile buffer Total Population** | **0** | **0** | **0** |
| Census Tract 708 | 0 | 0 | 0 |
| Census Tract 709 | 0 | 0 | 0 |
| **1.0-mile buffer Total Population** | **1,327** | **1,024** | **793** |
| Census Tract 708 | 1,268 | 970 | 736 |
| Census Tract 709 | 59 | 54 | 57 |
| **1.5-mile buffer Total Population** | **3,935** | **3,149** | **2,984** |
| Census Tract 708 | 2,321 | 1,743 | 1,506 |
| Census Tract 709 | 1,464 | 1,257 | 1,329 |
| Census Tract 707 | 51 | 51 | 51 |
| Census Tract 711 | 98 | 98 | 98 |
| **2.0-mile buffer Total Population** | **9,141** | **8,888** | **9,135** |
| Census Tract 708 | 2,537 | 1,930 | 1,664 |
| Census Tract 709 | 2,693 | 2,397 | 3,053 |
| Census Tract 705 | 2,922 | 3,231 | 3,392 |
| Census Tract 710 | 0 | 0 | 0 |
| Census Tract 707 | 849 | 766 | 566 |
| Census Tract 711 | 140 | 565 | 461 |
| **2.5-mile buffer Total Population** | **16,706** | **14,881** | **14,934** |
| Census Tract 708 | 2,537 | 1,930 | 1,664 |
| Census Tract 709 | 3,115 | 2,785 | 3,461 |
| Census Tract 705 | 5,292 | 5,512 | 5,638 |
| Census Tract 710 | 305 | 373 | 392 |
| Census Tract 703 | 325 | 285 | 298 |
| Census Tract 707 | 3,478 | 2,665 | 2,460 |
| Census Tract 711 | 1,251 | 980 | 600 |
| Census Tract 704 | 404 | 352 | 420 |

## Table 4: Estimated population for 0.5-to 1.5-mile buffer surrounding Denka Facility, by tract, block group, and data source

| | | Within buffer zone | | 2010 Census | 2020 Census | 2017-2021 ACS | 2010 Census | 2020 Census | 2017-2021 ACS | Notes for Manual Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|
| **0.5-mile buffer** | **Census Tract 708** | | | **2,537** | **1,930** | **1,664** | | | | |
| | Block Group 1 | Yes | Partial | 1,081 | 808 | 599 | | | | no residential rooftops lie within 0.5-mile buffer |
| | Block Group 2 | No | N/A | 1,456 | 1,122 | 1,065 | | | | |
| | **Census Tract 709** | | | **3,115** | **2,785** | **3,461** | | | | |
| | Block Group 1 | No | N/A | 1,281 | 899 | 1,224 | | | | |
| | Block Group 2 | Yes | Partial | 1,834 | 1,886 | 2,237 | | | | no residential rooftops lie within 0.5-mile buffer |
| **1-mile buffer** | **Census Tract 708** | | | **2,537** | **1,930** | **1,664** | | | | |
| | Block Group 1 | Yes | Partial | 1,081 | 808 | 599 | 100.0% | 100.0% | 100.0% | all residential rooftops between East 31st St. and East 24th St. in BG are within 1-mile buffer, small land area outside of block group is the Entergy Substation |
| | Block Group 2 | Yes | Partial | 1,456 | 1,122 | 1,065 | 12.9% | 14.5% | 12.9% | area between most of Ivy Ct. (11) to E. 23rd St. (61) overlaps with 1.0-mile buffer |
| | **Census Tract 709** | | | **3,115** | **2,785** | **3,461** | | | | |
| | Block Group 1 | No | N/A | 1,281 | 899 | 1,224 | | | | |
| | Block Group 2 | Yes | Partial | 1,834 | 1,886 | 2,237 | 3.2% | 2.9% | 2.5% | 19 rooftops along West 5th St. lie within 1-mile buffer |
| **1.5-mile buffer** | **Census Tract 708** | | | **2,537** | **1,930** | **1,664** | | | | |
| | Block Group 1 | Yes | Full | 1,081 | 808 | 599 | 100.0% | 100.0% | 100.0% | |
| | Block Group 2 | Yes | Partial | 1,456 | 1,122 | 1,065 | 85.2% | 83.3% | 85.1% | all but 83 residential rooftops along Homewood Place in northern area of BG lie within 1.5-mile buffer |
| | **Census Tract 709** | | | **3,115** | **2,785** | **3,461** | | | | |
| | Block Group 1 | Yes | Partial | 1,281 | 899 | 1,224 | 38.3% | 40.3% | 31.7% | 183 rooftops from Ash to Birch (122), 5 James Ct., Phoenix Lane (4), W 22nd St. (4), Apricot (23), Apple St. (2), and 5th W. St N |
| | Block Group 2 | Yes | Partial | 1,834 | 1,886 | 2,237 | 53.1% | 47.4% | 42.1% | 316 rooftops along Belle Point/Breaux.part of Herbert (43), Herbert Drive (23), Riverpoint (109), Ory Dr. (63), Cortez (27), Coles Landing (32), W 5th St. N (19) |
| | **Census Tract 707** | | | **4,348** | **3,424** | **3,457** | | | | |
| | Block Group 1 | No | N/A | 870 | 759 | 997 | | | | |
| | Block Group 2 | No | N/A | 2,162 | 1,106 | 1,205 | | | | |
| | Block Group 3 | Yes | Partial | 673 | 987 | 863 | 0.0% | 0.0% | 0.0% | very small area of 1.5-mile buffer overlaps HWY-44 along river, no residential rooftops, just roadway |
| | Block Group 4 | Yes | Partial | 643 | 572 | 392 | 7.9% | 8.9% | 13.0% | 51 rooftops along NE 12th St. lie within 1.5-mile buffer |
| | **Census Tract 711** | | | **3,398** | **2,951** | **2,781** | | | | |
| | Block Group 1 | No | N/A | 921 | 980 | 1,491 | | | | |
| | Block Group 2 | No | N/A | 1,210 | 978 | 685 | | | | |
| | Block Group 3 | No | N/A | 621 | 455 | 104 | | | | |
| | Block Group 4 | Yes | Partial | 646 | 538 | 501 | 15.2% | 18.2% | 19.6% | buffer includes 98 residential rooftops along HWY18 (1), John Pierre (2), Rodrigue Ct. (1), Goldmire (Ct & Plantation) (5), E 11th St. (16), Water Tower Lane to Old Barre (17), to Lucy Lane (22), E 12th St. (14), ad E 13th St. (20) |

**Table 5: Estimated population for 2.0-mile buffer surrounding Denka Facility, by tract, block group, and data source**

| | | Within 2.0-mile buffer zone | 2010 Census | 2020 Census | 2017-2021 ACS | 2010 Census | 2020 Census | 2017-2021 ACS | Notes for Manual Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| **Census Tract 708** | | | **2,537** | **1,930** | **1,664** | | | | |
| Block Group 1 | Yes | Full | 1,081 | 808 | 599 | 100.0% | 100.0% | 100.0% | |
| Block Group 2 | Yes | Full | 1,456 | 1,122 | 1,065 | 100.0% | 100.0% | 100.0% | |
| **Census Tract 709** | | | **3,115** | **2,785** | **3,461** | | | | |
| Block Group 1 | Yes | Full | 1,281 | 899 | 1,224 | 100.0% | 100.0% | 100.0% | |
| Block Group 2 | Yes | Partial | 1,834 | 1,886 | 2,237 | 77.0% | 79.4% | 81.8% | all except 137 residential rooftops along Hackberry (12), Holly Drive (30), Mahogony (15), Maple (17), Lilly (13), Cottonwood (7), W 5th St. (12), Bradford (17), Persimmon (14) |
| **Census Tract 705** | | | **6,229** | **6,414** | **6,513** | | | | |
| Block Group 1 | Yes | Partial | 2,296 | 2,400 | 2,792 | 61.3% | 67.0% | 64.7% | all except for 305 residential rooftop and RVs --Emma Dr. (13), Central (35), 98 RVs, East 12th St. 32 Apartment Units at Willow Ridge, 86 rooftops b/t NW 3rd and Cedar/Goshen, Cypress (13), Big Lou Ave (9) |
| Block Group 2 | Yes | Partial | 1,640 | 2,516 | 2,285 | 9.3% | 44.0% | 44.0% | all except 519 residential rooftops including area between Tiffany and North Sugar Ridge (444) and Foxwood (75) |
| Block Group 3 | Yes | Partial | 2,293 | 1,498 | 1,436 | 59.4% | 34.6% | 40.4% | all except for 352 residential rooftops at Grove Park (25) and residential area between Magnolia and Gardenia (327) |
| **Census Tract 710** | | | **2,840** | **2,594** | **2,660** | | | | |
| Block Group 1 | Yes | Partial | 1,456 | 1,240 | 1,206 | 0.0% | 0.0% | 0.0% | small area of buffer overlaps BG, but only tree canopy, no residential rooftops |
| Block Group 2 | No | N/A | 1,384 | 523 | 531 | 0.0% | 0.0% | 0.0% | |
| Block Group 3 | No | N/A | -- | 831 | 923 | 0 | 0.0% | 0.0% | |
| **Census Tract 707** | | | **4,348** | **3,424** | **3,457** | | | | |
| Block Group 1 | No | N/A | 870 | 759 | 997 | 0.0% | 0.0% | 0.0% | |
| Block Group 2 | Yes | Partial | 2,162 | 1,106 | 1,205 | 0.0% | 0.0% | 0.0% | |
| Block Group 3 | Yes | Partial | 673 | 987 | 863 | 30.6% | 19.6% | 20.1% | 96 residential rooftops between Central Ave and W 1st St. |
| Block Group 4 | Yes | Partial | 643 | 572 | 392 | 100.0% | 100.0% | 100.0% | small portion northwest area of BG is outside of buffer along Central Ave, but it all appears to be retail or other businesses so full population should be included in manual adjustment |
| **Census Tract 711** | | | **3,398** | **2,951** | **2,781** | | | | |
| Block Group 1 | No | N/A | 921 | 980 | 1,491 | 0.0% | 0.0% | 0.0% | |
| Block Group 2 | No | N/A | 1,210 | 978 | 685 | 0.0% | 0.0% | 0.0% | |
| Block Group 3 | Yes | Partial | 621 | 455 | 104 | 22.6% | 24.9% | 41.4% | 60 residential rooftops between Lapeyrolerie and George St. |
| Block Group 4 | Yes | Partial | 646 | 538 | 501 | 85.1% | 83.9% | 83.4% | All houses northern area of BG so most of 2.0-mille buffer intersects except for 41 residential rooftops also HWY18 and E1 4th St. |

## Table 6: Estimated population for 2.5-mile buffer surrounding Denka Facility, by tract, block group, and data source

| | Within 2.5-mile buffer zone | | 2010 Census | 2020 Census | 2017-2021 ACS | 2010 Census | 2020 Census | 2017-2021 ACS | Notes for Manual Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| **Census Tract 708** | | | **2,537** | **1,930** | **1,664** | | | | |
| Block Group 1 | Yes | Full | 1,081 | 808 | 599 | | | | |
| Block Group 2 | Yes | Full | 1,456 | 1,122 | 1,065 | | | | |
| **Census Tract 709** | | | **3,115** | **2,785** | **3,461** | | | | |
| Block Group 1 | Yes | Full | 1,281 | 899 | 1,224 | | | | |
| Block Group 2 | Yes | Full | 1,834 | 1,886 | 2,237 | | | | |
| **Census Tract 705** | | | **6,229** | **6,414** | **6,513** | | | | |
| Block Group 1 | Yes | Partial | 2,296 | 2,400 | 2,792 | 90.6% | 92.0% | 91.4% | all except 74 residential rooftops for 32 Apartment Units at Willow Ridge, Ellen Dr. (27), Cedar (5), Goshen (10) are not within 2.5-mile buffer |
| Block Group 2 | Yes | Partial | 1,640 | 2,516 | 2,285 | 71.0% | 82.1% | 82.1% | all except for 166 residential roof tops are NOT in 2.5-mile buffer along Foxwood Lane (74) and from South to North Sugar Ridge (92) |
| Block Group 3 | Yes | Partial | 2,293 | 1,498 | 1,436 | 89.3% | 82.7% | 84.3% | all except 93 residential rooftops between Gardenia St. and Magnolia Dr., heavy tree landscape in the north area of BG. |
| **Census Tract 710** | | | **2,840** | **2,594** | **2,660** | | | | |
| Block Group 1 | Yes | Partial | 1,456 | 1,240 | 1,206 | 21.0% | 19.8% | 19.7% | 59 residential rooftops including Persimmon (19), Capt., G B St. (6), Pine (28), Peach (3), and Smith Dr. (3) |
| Block Group 2 | No | N/A | 1,384 | 523 | 531 | | | | |
| Block Group 3 | Yes | Partial | -- | 831 | 923 | | 15.3% | 16.7% | 139 residential rooftops including six below Laryo Park, Mahogany (32), Maple Loop (72), Jack (11), and Orange Loop (18) |
| **Census Tract 703** | | | **6,258** | **6,123** | **6,348** | | | | |
| Block Group 1 | Yes | Partial | 1,191 | 966 | 1,397 | 27.3% | 29.5% | 21.3% | 156 residential rooftops including Madewell (47), Rosedown (37), Elmwood (24), Arlington Ct. (17), Concord (15), and Carrollwood Dr./Rue Dubourg (16) |
| Block Group 2 | No | N/A | 1,274 | 1,247 | 1,113 | | | | |
| Block Group 3 | No | N/A | 1,489 | 1,469 | 1,820 | | | | |
| Block Group 4 | No | N/A | 2,304 | 2,441 | 2,018 | | | | |
| **Census Tract 707** | | | **4,348** | **3,424** | **3,457** | | | | |
| Block Group 1 | Yes | Partial | 870 | 759 | 997 | 0.0% | 0.0% | 0.0% | small portion of western area in buffer, but all industrial, so no part of pop. Is included. |
| Block Group 2 | Yes | Partial | 2,162 | 1,106 | 1,205 | 100.0% | 100.0% | 100.0% | small portion northeast area of buffer is outside of buffer, but all industrial so full pop. Should be included in manual adjustment |
| Block Group 3 | Yes | Full | 673 | 987 | 863 | 100.0% | 100.0% | 100.0% | |
| Block Group 4 | Yes | Full | 643 | 572 | 392 | 100.0% | 100.0% | 100.0% | |
| **Census Tract 711** | | | **3398** | **2951** | **2781** | | | | |
| Block Group 1 | No | N/A | 921 | 980 | 1491 | | | | |
| Block Group 2 | No | N/A | 1210 | 978 | 685 | | | | |
| Block Group 3 | Yes | Partial | 621 | 455 | 104 | 97.4% | 97.1% | 95.2% | All houses northern area of BG and along river and are in the 2.5-mile buffer, except for 7 residential rooftops along E 6th Street |
| Block Group 4 | Yes | Partial | 646 | 538 | 501 | 100.0% | 100.0% | 100.0% | All houses northern area of BG and along river and are in the 2.5-mile buffer |
| **Census Tract 704** | | | **4381** | **4305** | **4106** | | | | |
| Block Group 1 | No | N/A | 2958 | 2742 | 2589 | | | | |
| Block Group 2 | Yes | Partial | 1423 | 1563 | 1517 | 28.4% | 22.5% | 27.7% | 147 residential rooftops overlap the 2.5-mile buffer including 20 apartment buildings at Normandy Village including (60 units) on Calais, Concord (17), Bayonne (16 duplexes plus 13 SFH), Tours Ct. 13, Glendale (3), and Vichy Ct. (9) |

**Table 7: Total population and Housing Units for 2.5-mile buffer surrounding Denka Facility, by tract, block group, and data source**

| | 2010 Census | | 2020 Census | | 2017-2021 ACS | |
|---|---|---|---|---|---|---|
| | Population | Housing Units | Population | Housing Units | Population | Housing Units |
| **Census Tract 708** | **2,537** | **943** | **1,930** | **859** | **1,664** | **961** |
| Block Group 1 | 1,081 | 383 | 808 | 361 | 599 | 403 |
| Block Group 2 | 1,456 | 560 | 1,122 | 498 | 1,065 | 558 |
| **Census Tract 709** | **3,115** | **1,073** | **2,785** | **1,120** | **3,461** | **1,328** |
| Block Group 1 | 1,281 | 478 | 899 | 454 | 1,224 | 577 |
| Block Group 2 | 1,834 | 595 | 1,886 | 666 | 2,237 | 751 |
| **Census Tract 705** | **6,229** | **2,228** | **6,414** | **2,387** | **6,513** | **2,381** |
| Block Group 1 | 2,296 | 789 | 2,400 | 923 | 2,792 | 863 |
| Block Group 2 | 1,640 | 572 | 2,516 | 926 | 2,285 | 927 |
| Block Group 3 | 2,293 | 867 | 1,498 | 538 | 1,436 | 591 |
| **Census Tract 710** | **2,840** | **1,330** | **2,594** | **1,540** | **2,660** | **1,443** |
| Block Group 1 | 1,456 | 663 | 1,240 | 702 | 1,206 | 705 |
| Block Group 2 | 1,384 | 667 | 523 | 452 | 531 | 385 |
| Block Group 3 | -- | -- | 831 | 386 | 923 | 353 |
| **Census Tract 703** | **6,258** | **2,394** | **6,123** | **2,422** | **6,348** | **2,443** |
| Block Group 1 | 1,191 | 572 | 966 | 529 | 1,397 | 731 |
| Block Group 2 | 1,274 | 427 | 1,247 | 426 | 1,113 | 470 |
| Block Group 3 | 1,489 | 548 | 1,469 | 584 | 1,820 | 580 |
| Block Group 4 | 2,304 | 847 | 2,441 | 883 | 2,018 | 662 |
| **Census Tract 707** | **4,348** | **1,817** | **3,424** | **1,592** | **3,457** | **1,592** |
| Block Group 1 | 870 | 305 | 759 | 308 | 997 | 264 |
| Block Group 2 | 2,162 | 915 | 1,106 | 522 | 1,205 | 608 |
| Block Group 3 | 673 | 314 | 987 | 489 | 863 | 477 |
| Block Group 4 | 643 | 283 | 572 | 273 | 392 | 243 |
| **Census Tract 711** | **3,398** | **1,440** | **2,951** | **1,428** | **2,781** | **1,376** |
| Block Group 1 | 921 | 445 | 980 | 482 | 1,491 | 597 |
| Block Group 2 | 1,210 | 454 | 978 | 450 | 685 | 387 |
| Block Group 3 | 621 | 266 | 455 | 241 | 104 | 145 |
| Block Group 4 | 646 | 275 | 538 | 255 | 501 | 247 |
| **Census Tract 704** | **4,381** | **1,589** | **4,305** | **1,680** | **4,106** | **1,712** |

| | | | | | | |
|---|---|---|---|---|---|---|
| Block Group 1 | 2,958 | 1071 | 2,742 | 1028 | 2,589 | 1181 |
| Block Group 2 | 1,423 | 518 | 1,563 | 652 | 1,517 | 531 |
| | 33,106 | 12,814 | 30,526 | 13,028 | 30,990 | 13,236 |

# ***Appendix A: Facts and Data Considered***

**Case Materials**

ENV_ENFORCEMENT-3095252-v1-Denka_-_Coordinates_EPA_and_Denka_24-hr_Monitors_10212022.DOCX

**EPA and Denka 24-hour air monitoring networks:**

Coordinates for EPA's 24-hour air monitoring network (active from 2016 – 2020) (converted to decimal degrees)

| SITE_NAME | MONITOR_LATITUDE | MONITOR_LONGITUDE |
|---|---|---|
| Ochsner Hospital | 30.071420 | -90.515436 |
| Acorn Hwy 44 | 30.058785 | -90.509599 |
| Levee | 30.051803 | -90.522571 |
| 5th Ward Elem School | 30.051938 | -90.531859 |
| Chad Baker | 30.057070 | -90.533381 |
| East St. John High School | 30.077830 | -90.532944 |

Coordinates for Denka's 24-hour air monitoring network (active 2016 – present) (converted to decimal degrees)

| SITE_NAME | MONITOR_LATITUDE | MONITOR_LONGITUDE |
|---|---|---|
| Entergy | 30°4'9.21"N (30.069225) | 90°32'6.17"W (-90.53504722222222) |
| Railroad | 30°3'48.25"N (30.063402777777778) | 90°30'41.99"W (-90.51166388888889) |
| Western | 30°3'6.70"N (30.051861111111112) | 90°31'41.99"W (-90.52833055555556) |
| Levee | 30°3'6.24"N (30.051733333333335) | 90°31'21.42"W (-90.52261666666666) |
| Hospital | 30°4'15.85"N (30.071069444444444) | 90°30'48.29"W (90.51341388888889) |
| Edgard | 30°2'45.48"N (30.045966666666667) | 90°33'34.01"W (-90.55944722222222) |

# *Appendix B: Curriculum Vitae*


**Nyesha C. Black, Ph.D.**

nyeshablack@gmail.com | 205-712-6478


## Education

**The Pennsylvania State University, College of Liberal Arts | University Park, PA**

Ph.D. Dual Degree in Demography and Sociology, Completed May 2015

M.A. Dual Degree in Demography and Sociology, Completed December 2011

**The University of Alabama, Culverhouse College of Business | Tuscaloosa, AL**

B.S. Economics with a minor in Sociology, Completed May 2009

**Shelton State Community College | Tuscaloosa, AL**

A.A. General Studies with a concentration in Business Administration, Completed May 2005

Certifications and Competitive Data Workshops:

- **American Community Survey in the Classroom**, Summer Institute in Survey Research Techniques at the University of Michigan – Ann Arbor
- **Advanced Spatial Pattern Analysis for Population Scientists***,* University of California, Santa Barbara
- **Business Research Certificate***,* Collat School of Business, University of Alabama at Birmingham
- **Combining Qualitative and Quantitative Methods,** Summer Institute in Survey Research Techniques at the University of Michigan – Ann Arbor
- **Propensity Score Methods for Causal Inference***,* Summer Institute on Innovative Methods at The Pennsylvania State University

## Applied Research & Policy Experience

**The University of Alabama, Center for Business and Economic Research** **Tuscaloosa, AL**

*Director of Demographics /Assistant Research Personnel* July 2020- Present

- Leads demographics and socioeconomics team; manages junior-level socioeconomic analyst(s); and serves aa liaison for the U.S. Census Bureau's Federal/State Cooperatives for Population Estimates and Projections
- Provides complex demographic analysis including population projections for various geographic areas; develop metrics for comparative socioeconomic analyses of specified geographic or governmental areas; and complete data requests for public stakeholders and private clients
- Conducts socioeconomic research and make presentations to key stakeholders and provides technical writing and editing for periodic publications including newsletters, research briefs, and reports

**Noire Analytics** **Birmingham, AL**
*Managing Director of Research* Sept. 2018- Present

- Manage the day-to-day operations of a research and strategic advisory firm. This includes project management, client engagement and acquisition, accounting and bookkeeping, and contract review
- Conducting primary and secondary data collection, survey design, quantitative and qualitative analysis, including multivariate regression, focus groups, in-depth interviews, expert witness testimony, and program evaluations

**Regional Planning Commission of Greater Birmingham** **Birmingham, AL**
*Independent Contractor* Feb. 2016 -Feb.2020

- Co-authored a $145,000.00 grant administered by Pew Charitable Trusts to develop an assessment tool to measure the economic and social determinants of health in Birmingham's 99 neighborhoods
- Co-organized stakeholder engagement meetings with over 100 local non-profit organizations and residents
- Conducted focus groups with local residents about assets and barriers to health and neighborhood quality

**City of Birmingham, Department of Planning, Engineering & Permits** **Birmingham, AL**
*Appointed Commissioner, Birmingham Planning Commission* June 2017- Present

- Review and recommend implementation of city's comprehensive plan for urban renewal, commercial revitalization, rezoning, and annexation
- Review and approve all construction projects by federal, state, and local governments and organizations
- Approve and adopt neighborhood improvement plans and identify specific revitalization strategies

**United States Department of Agriculture, Economics Research Service** **Washington, D.C.**
*Economics Intern* June 2013-Aug. 2013

- Collaborated with economists to analyze data and forecast the implications of the Patient Protection and Affordable Care Act on farm households and businesses; co-authored research results and published findings in *Applied Economic Perspectives and Policy*
- Authored an internal report for research and data needs pertaining to local food systems and the USDA's "Know Your Farmer, Know Your Food" initiative

---

**Academic Experience**

**University of Alabama at Birmingham, College of Arts and Sciences** **Birmingham, AL**
*Teaching Assistant Professor* Jan. 2016- Sept. 2018

- Plan appropriate and engaging lessons for eight courses geared toward classroom and online learning
- Design multimedia teaching materials for in-person and online instruction
- Establish and maintain professional relationships in the business community through social networks to organize guest speakers, facilitate group projects, and coordinate internships to support student learning

- Taught and evaluated more than 1,200 students over two years, managed class sizes ranging from 10 to 200, and built strong rapport through class discussions and academic advisement
- Supervised and evaluated the performance of eight teaching and research assistants

**University of Alabama at Birmingham, College of Preventive Medicine** **Birmingham, AL**
*Research Fellow* Jan. 2015- Dec.2015

- Conducted health policy and health disparities research, authored manuscripts, and presented findings at professional conferences
- Completed interdisciplinary training in patient-centered outcomes research, health economics, modeling/simulation, clinical decision making, and cost-effectiveness analysis

**The Pennsylvania State University** **University Park, PA**
*Research Assistant & Instructor* Aug. 2009-Dec. 2014
*National Science Foundation Graduate Research Fellow*

- Coordinated field research tasks to ensure accurate and complete data collection in economically distressed neighborhoods in Philadelphia and created progress reports for a team of GIS analysts
- Managed two large datasets, meticulously checked the validity of data entries, recoded and created variables; used SPSS to analyze descriptive statistics, frequency tables, and statistical analyses
- Increased accuracy of measuring food access in disadvantaged neighborhoods by surveying 120+ grocers in six weeks and created maps in ArcGIS to visually display the distribution of food stores
- Developed engaging, effective lessons by integrating multimedia for undergraduate students of diverse backgrounds; created interactive exercises to clarify and reinforce abstract concepts covered during lectures; and evaluated students' progress and performance
- 100% of students surveyed anonymously rated the quality of my instruction as above average

---

**Selected Publications**

- Meeker, Melissa A., Brian S. Schwartz, Karen Bandeen-Roche, Annemarie G Hirsch, Shanika S. DeSilva, A., Tara P. McAlexander, **Nyesha C. Black**, Leslie A. Mcclure (2022). Assessing Measurement Invariance of a Land Use Environment Construct Across Levels of Urbanicity. *GeoHealth*, *e2022GH000667*, 1–18.

- De Silva, S. Shanika A., Melissa A. Meeker, Victoria Ryan, Yasemin Algur, Long, Leann D, April P. Carson, **Nyesha Black**, and Leslie A McClure (2022). Comparing Global and Spatial Composite Measures of Neighborhood Socioeconomic Status Across US Counties. *Journal of Urban Health*, *99*, 457–468.

- Hirsch, Annemarie. G., April P. Carson, Nora L. Lee, Tara McAlexander, Carla Mercado, Karen Siegel, **Nyesha C. Black**, et al. (2020). The Diabetes Location, Environmental Attributes, and Disparities Network: Protocol for Nested Case Control and Cohort Studies, Rationale, and Baseline Characteristics. *JMIR Research Protocols*, *9*(10), 1–17.

- Uddin, Jalal, Gargya Malla, Leann D. Long, Sha Zhu, **Nyesha Black,** et al. (2022). The Association between Neighborhood Social and Economic Environment and Prevalent Diabetes in Urban and

Rural Communities: The Reasons for Geographic and Racial Differences in Stroke (REGARDS) study. *SSM - Population Health*, *17*, 1–7.

- Kramer, Michael R., **Nyesha C. Black**, Stephen A. Matthews, and Sherman A. James. 2017. "The Legacy of Slavery and Contemporary Declines in Heart Disease Mortality in the U.S. South." *Social Science & Medicine -Population Health,* 3:609–17.

- **Black, Nyesha C.** 2014. "An Ecological Approach to Understanding Adult Obesity Prevalence in the United States: A County-Level Analysis Using Geographically Weighted Regression." *Applied Spatial Analysis and Policy* 7(3): 283–99.

- Yang, Tse-Chuan, Carla Shoff, Aggie J. Noah, **Nyesha Black**, and Corey S. Sparks. 2014. "Racial Segregation and Maternal Smoking during Pregnancy: A Multilevel Analysis Using the Racial Segregation Interaction Index." *Social Science & Medicine,* 107:26–36.

- Ahearn, Mary C., James M. Williamson, and **Nyesha C. Black**. 2014. "Implications of Health Care Reform for Farm Businesses and Families." *Applied Economic Perspectives and Policy,* 37(2): 260-286.

---

**Other Experience**

- Expert Witness, *The United States of America v. Denka Performance Elastomers, Inc*. (E.D. LA) (Civil Action No. Civ. No. 2:23-cv-735), retained by the U.S. Department of Justice

- Expert Witness, *United States of America v. Housing Authority of Ashland, AL, Southern Development Company of Ashland, LTD*., (N.D. ALA.) (Civil Action No. 1:20-cv-01905-ACA), retained by the U.S. Department of Justice