<u>**United States v. Denka Performance Elastomer, LLC et al. (2:23-cv-735)**</u>

*United States' Motion for Preliminary Injunction*

# Exhibit E

## Exhibit E

| 24-hour Canister Air Monitoring Results ||||||
|---|---|---|---|---|---|
| **Denka Monitoring Site** | **Avg. Chloroprene Concentration (April 2018 – Jan. 2023)** | **Approx. Distance from Facility's Center (in miles)** | **EPA Monitoring Site** | **Avg. Chloroprene Concentration (April 2018 – Sept. 2020)** | **Approx. Distance from Facility's Center (in miles)** |
| Western | 2.9 ug/m$^3$ | 0.6 | Chad Baker | 2.2 ug/m$^3$ | 0.6 |
| There is no Denka monitor in an equivalent location. | | | Fifth Ward Elementary School | 1.7 ug/m$^3$ | 0.7 |
| Levee | 2.2 ug/m$^3$ | 0.5 | Levee | 1.9 ug/m$^3$ | 0.5 |
| Ochsner Hospital | 1.1 ug/m$^3$ | 1.1 | Ochsner Hospital | 1.2 ug/m$^3$ | 1.1 |
| Railroad | 1.3 ug/m$^3$ | 0.9 | Acorn and Hwy 44 | 1.2 ug/m$^3$ | 1.0 |
| Entergy | 0.9 ug/m$^3$ | 1.1 | East St. John High School | 0.4 ug/m$^3$ | 1.6 |
| Edgard | 0.4 ug/m$^3$ | 2.6 | There is no EPA monitor in an equivalent location. | | |
| **Avg. Chloroprene Concentration Across All Six Denka Sites: 1.5 µg/m$^3$** ||| **Avg. Chloroprene Concentration Across All Six EPA Sites: 1.4 µg/m$^3$** |||
| Yellow denotes monitors located closest to populated residential areas. |||||| 

This table shows the available data from the EPA's and Denka's 24-hour monitoring samples since April 2018.[1]  Although both monitoring networks began sampling by late 2016, Denka completed a series of air pollution control projects required by the 2017 State AOC in April 2018.[2]  The time period in this table therefore provides a more accurate picture of current chloroprene emissions and the resulting exposure to the surrounding community.  Including pre-April 2018 air monitoring data would substantially increase the average concentrations listed.

---

[1] The table shows the name of each air monitor site in the two networks, the approximate distance each monitor is located from the center of the Facility, the average chloroprene concentration measured at each individual monitor, and, at the bottom, the average concentration measured across all six monitors in each network.  Summaries of the underlying data are presented in Ex. D Attach. 4 and 9, Ex. J, and Ex. K.

[2] In April 2018, Denka commenced stable operations of its Regenerative Thermal Oxidizer, which substantially reduced Denka's chloroprene emissions.  *See* Ex. D ¶ 43 and Ex. M.

1