UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

DENKA PERFORMANCE
ELASTOMER, LLC and DUPONT
SPECIALTY PRODUCTS USA, LLC

CIVIL ACTION

NO. 23-735

SECTION: "J"(5)

# **ORDER**

Before the Court is an unopposed *Motion Expedite Consideration* **(Rec. Doc. 27)** filed by Denka Performance Elastomer, LLC ("Denka"). Denka seeks expedited consideration of its motion to continue the submission date of the United States of America's Motion for Preliminary Injunction (Rec. Doc. 9). The United States does not oppose the motion to expedite but has requested a reasonable amount of time to respond to the motion to continue. (Rec. Doc. 27, at 1). The motion to continue is set for submission on April 19, 2023, and the opposition memorandum is due April 11, 2023. The motion for preliminary injunction is set for submission on June 14, 2023. The Court finds no need to expedite consideration of the motion to continue.

Accordingly,

**IT IS HEREBY ORDERED** that the *Motion to Expedite* **(Rec. Doc. 27)** is **DENIED.** The motion to continue (Rec. Doc. 25) remains set for submission on April 19, 2023, and the United States may respond by April 11, 2023.

**IT IS FURTHER ORDERED** that the request for Oral Argument on the motion to continue is **DENIED.** The Court will notify the parties if Oral Argument is necessary.

New Orleans, Louisiana, this 31st day of March, 2023.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE