UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NUMBER: 23-735 |
| DENKA PERFORMANCE ELASTOMER, L.L.C., ET AL. | SECTION: "J" (5) |

### ORDER

Before the Court is Denka Performance Elastomer, L.L.C.'s Motion for Expedited Discovery (rec. doc. 28) and a motion to expedite (rec. doc. 29) submission of that motion.

**IT IS ORDERED** that the motion to expedite (rec. doc. 29) is **GRANTED** in that Denka Performance Elastomer, L.L.C.'s Motion for Expedited Discovery (rec. doc. 28) is **SET FOR SUBMISSION ON THE BRIEFS** on Wednesday, April 19, 2026. The United States of America shall file any opposition **no later than Tuesday, April 11, 2023**.

**IT IS FURTHER ORDERED** that the request for oral argument on the Motion for Expedited Discovery is **DENIED**. The Court will notify the parties if oral argument is necessary.

New Orleans, Louisiana, this  3rd  day of _____April_____, 2023.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE