UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | CIVIL ACTION |
| VERSUS | |
| | NO. 23-735 |
| DENKA PERFORMANCE ELASTOMER, LLC and DUPONT SPECIALTY PRODUCTS USA, LLC | SECTION: "J"(5) |

## ORDER

Before the Court is a *Motion to Continue Submission Date for Plaintiff's Motion for Preliminary Injunction and Set Reasonable Briefing Schedule* **(Rec. Doc. 25)** filed by Defendant Denka Performance Elastomer LLC. ("Denka"). Plaintiff the United States of America ("CJM" or "Defendants") filed response memorandum; (Rec. Doc. 36); to which Denka replied; (Rec. Doc. 46). Having considered the motion and legal memoranda, the record, and the applicable law, the Court finds that Denka's motion **(Rec. Doc. 25)** should be **GRANTED**.

Denka operates a Neoprene manufacturing facility (the "Facility") in LaPlace, Louisiana. The Facility uses chloroprene to manufacture Neoprene, and the parties in this case dispute the inhalation cancer risk that chloroprene poses to the communities surrounding the Facility. On March 20, 2023, the United States filed a motion for preliminary injunction to require Denka to take immediate steps to reduce its chloroprene related cancer risks from the Facility or immediately cease chloroprene and Neoprene production at the Facility. The motion for preliminary

injunction is set for submission on June 14, 2023, with Denka's opposition deadline on June 6, 2023.

In the instant motion, Denka asks the Court to continue the submission date for the motion for preliminary injunction to August 23, 2023 and continue the deadline for Denka's opposition to July 18, 2023. Denka also requests that the Court set the United States' reply brief deadline for August 17, 2023. Denka reasons that it requires additional time to oppose the motion for preliminary injunction because of the complexity of the highly technical issues raised in the motion, including multiple expert opinions. In response, the United States argues that Denka does not need months of additional time because of the ongoing endangerment to public health and because the company has been actively involved in working on the scientific issues in this case for six years. The United States also proposed an alternative briefing schedule, in which Denka's opposition is due May 4, 2023, and its own reply is due June 5, 2023. In its reply memorandum, Denka points to the EPA's April 6, 2023 publication of a proposed regulatory proposal to address the alleged cancer risk to communities near the Facility. Denka argues that this recent publication will require additional briefing of the technical and scientific issues that overlap with the issues contained in the motion for preliminary injunction.

On April 24, 2023, Magistrate Judge North granted in part Denka's motion for expedited discovery, requiring the United States to respond to a portion of Denka's discovery requests. Judge North also ordered the parties to meet and confer to

narrowly tailor Denka's remaining discovery requests to the motion for preliminary injunction and set depositions of the parties' experts.

District courts have broad discretion in managing their docket, and whether to grant or deny a continuance is within the sound discretion of the court. *Topalian v. Ehrman*, 954 F.2d 1125, 1139 (5th Cir. 1992), *cert. denied*, 506 U.S. 825, 113 S.Ct. 82 (1992); *United States v. Alix*, 86 F .3d 429, 434 (5th Cir. 1996). Considering the Court's discretion, the facts and issues presented in this case, and the reasoning provided in the parties' legal memoranda,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. The submission date on the motion for preliminary injunction (Rec. Doc. 9) is **CONTINUED** to August 23, 2023.

**IT IS FURTHER ORDERED** that the deadline for oppositions to the motion for preliminary injunction is **CONTINUED** to July 18, 2023. The United States' reply brief deadline is **SET** for August 17, 2023.

New Orleans, Louisiana, this 1st day of May, 2023.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE