IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 2:23-cv-735 |
| | ) | |
| v. | ) | SECTION J(5) |
| | ) | |
| DENKA PERFORMANCE ELASTOMER LLC and DUPONT SPECIALTY PRODUCTS USA, LLC, | ) ) ) | JUDGE BARBIER<br><br>MAGISTRATE JUDGE NORTH |
| | ) | |
| Defendants. | ) ) | |

## REQUEST FOR ORAL ARGUMENT

Defendant Denka Performance Elastomer LLC ("DPE"), through undersigned counsel, respectfully requests oral argument regarding Plaintiff the United States of America's *Motion for Preliminary Injunction* (Rec. Doc. 9), which is noticed for submission on August 23, 2023, at 9:30 a.m.  This Request is filed contemporaneously with DPE's opposition memorandum to the pending motion pursuant to LR 78.1.

DPE respectfully suggests that oral argument may be of assistance to the Court in considering the pending motion and will give counsel the opportunity to respond to any questions that the Court might have in connection with the pending motion.

Dated:  July 18, 2023

JONES WALKER LLP

James C. Percy (La. Bar No. 10413)
445 N. Boulevard, Suite 800
Baton Rouge, LA 70802
Telephone: (225) 248-2130
Facsimile: (225) 248-3130
jpercy@joneswalker.com

Robert E. Holden (La. Bar No. 06935)
Brett S. Venn (La. Bar No. 32954)
201 St. Charles Ave., Suite 5100
New Orleans, LA 70170
Telephone: (504) 582-8000
Facsimile: (504) 582-8583
bholden@joneswalker.com
bvenn@joneswalker.com

Respectfully submitted,

 /s/ David A. Super
David A. Super (*pro hac vice*)
Jason B. Hutt (*pro hac vice*)
Jeffrey R. Holmstead (*pro hac vice*)
Britt Cass Steckman (*pro hac vice*)
Kevin M. Voelkel (*pro hac vice*)
BRACEWELL LLP
2001 M Street NW, Ste. 900
Washington, DC 20006
Telephone:  (202) 828-5800
david.super@bracewell.com
jason.hutt@bracewell.com
jeff.holmstead@bracewell.com
britt.steckman@bracewell.com
kevin.voelkel@bracewell.com

*Counsel for Plaintiff*
*Denka Performance Elastomer LLC*