MINUTE ENTRY
BARBIER, J.
September 27, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CIVIL ACTION

VERSUS                                      NO: 23-735

DENKA PERFORMANCE                           SECTION: "J"(5)
ELASTOMER LLC AND DUPONT
SPECIALTY PRODUCTS USA, LLC

The Court held a telephone status conference with the following parties in attendance: Steven Shermer, Daniel Smith, Davis Hoskins Forsythe, and Hannah Lee Frazier representing the United States of America; David A. Super, Robert E. Holden, Brett S. Venn, Britt Cass Steckman, Jason B. Hutt, Jeffrey Holmstead, and Kevin Voelkel representing Denka Performance Elastomer LLC ("Denka"); and Eric Earl Jarrell representing DuPont Specialty Products USA, LLC ("DuPont"). The Court **ORDERED** as follows:

1. The Court **GRANTED** Denka's *Motion for Evidentiary Hearing on the United States' Motion for Preliminary Injunction* **(Rec. Doc. 92).**

2. The Court ordered that pursuant to Rule 65 of the Federal Rules of Civil Procedure, the evidentiary hearing on the United States' Motion for Preliminary Injunction (Rec. Doc. 9) will be combined with a bench trial on the United States' request for permanent injunction.

1

3. The parties are ordered to meet and confer and submit within fourteen (14) days a proposed scheduling order for the aforementioned bench trial, including what remaining discovery is necessary and how and when such discovery shall be completed.

* * * * * * * * * * * * * * * *

JS-10: 19 mins.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE