UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

DENKA PERFORMANCE
ELASTOMER, LLC and DUPONT
SPECIALTY PRODUCTS USA, LLC

CIVIL ACTION

NO. 23-735

SECTION: "J"(5)

### **ORDER**

Before the Court is a *Joint Proposed Scheduling Order* **(Rec. Doc. 100)**. The Court has reviewed the parties' proposals and finds that the dates proposed for new expert disclosures, depositions, motions for summary judgment, *Daubert* motions, motions in limine, and proposed findings of fact and conclusions of law are not acceptable because of their proximity to the proposed trial date.

Therefore, **IT IS HEREBY ORDERED** that the parties are **REFERRED** to Magistrate Judge North and shall meet with him to draft a new proposed scheduling order.

As to the issues disputed by the parties in the proposed scheduling order, the Court **ORDERS** as follows:

1. As to the dispute regarding the scope of disclosures to be made by the United States regarding the United States' request for permanent injunctive relief, the Court adopts the current language of Paragraph 2 regarding the extent of disclosures as written.

2. As to the dispute in Paragraph 4, bullet point 2 regarding whether Denka may submit rebuttal declarations, the Court will not allow rebuttal declarations in response to rebuttal experts.

3. As to the dispute regarding the length of post-trial briefing in Paragraph 9, the Court will inform the parties if post-trial briefing will be accepted at a later date.

**IT IS FURTHER ORDERED** that the Clerk of Court notify Magistrate Judge North of this order.

New Orleans, Louisiana, this 17th day of October, 2023.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE