IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff*,<br><br>v.<br><br>DENKA PERFORMANCE ELASTOMER, LLC, et al.<br><br>   *Defendants*. | Civ. No. 2:23-cv-735<br><br>Judge Barbier (Section "J" (5))<br><br>Magistrate Judge North |

### CONSENT MOTION FOR MODIFICATION OF PROTECTIVE ORDER

The United States respectfully requests, with the consent of the Parties, that the Court enter the proposed minor modification to the Protective Order (ECF No. 53). Counsel for the United States has conferred with counsel for both Defendants. All agree that this motion is filed with the consent of all parties.

On May 5, 2023, the Court entered a Stipulated Protective Order (ECF No. 53) (the "Protective Order"). The order was modeled on Magistrate Judge North's sample protective order, with certain deviations from the sample that the Parties agreed upon and that the United States summarized for the Court in its consent motion seeking the order (including via a redline/markup of the proposed stipulated protective order). *See* ECF No. 51 (filed May 3, 2023). The Protective Order, as entered by the Court, allows the Plaintiff and Defendants to invoke its protections when producing documents, but it does not apply to persons responding to a subpoena served in connection with this action.

The United States has served a subpoena on E.I. du Pont de Nemours and Co. ("E.I. DuPont"), a corporate relative of Defendant DuPont Specialty Products USA, LLC, seeking documents relating to an Asset Purchase and Sale Agreement pursuant to which Defendant

1

Denka Performance Elastomer LLC ("Denka") purchased the Neoprene manufacturing business that is central to this case from E.I. DuPont. Counsel for E.I. DuPont has represented to counsel for the United States that some of the materials responsive to the subpoena are trade secret information or confidential business information. E.I. DuPont would like to limit the use and disclosure of such information. Accordingly, the United States and E.I. DuPont have negotiated a minor modification of the Protective Order that would allow a respondent to a subpoena issued in connection with this action to invoke the Protective Order to the same extent as Plaintiff and Defendants.

**WHEREFORE**, the United States respectfully requests, with the consent of the Parties, that the Court enter the proposed minor modification to the Protective Order (ECF No. 53).

Respectfully submitted,

FOR THE UNITED STATES OF AMERICA

| | |
|---|---|
| December 4, 2023 | s/Steven D. Shermer |
| Dated | Trial Attorney: STEVEN D. SHERMER |
| | Senior Attorney |
| | District of Columbia Bar No. 486394 |
| | DAVIS H. FORSYTHE |
| | DANIEL S. SMITH |
| | Senior Counsel |
| | HANNAH L. FRAZIER |
| | Trial Attorney |
| | Environmental Enforcement Section |
| | Environment and Natural Resources Division |
| | United States Department of Justice |
| | P.O. Box 7611 |
| | Washington, DC 20044-7611 |
| | (202) 514-1134 |
| | Steven.Shermer@usdoj.gov |

OF COUNSEL:

ROBERT PARRISH
Attorney-Advisor
U.S. Environmental Protection Agency
Office of Civil Enforcement, Air Enforcement Division
1200 Pennsylvania Avenue, NW (2242A)
Washington, D.C. 20460

JUSTIN LANNEN
Assistant Regional Counsel
U.S. Environmental Protection Agency, Region 6
1201 Elm Street, Suite 500 (ORCEA)
Dallas, TX 75270

## CERTIFICATE OF SERVICE

      I hereby certify that on December 4, 2023, a true and correct copy of the United States' Consent Motion to Modify Protective Order and Proposed Order were filed with the Clerk of the U.S. District Court for the Eastern District of Louisiana using the Court's CM/ECF system. Notice of this Electronic Filing will be sent to all parties by operation of the Court's Electronic Filing System.

                                            s/Steven Shermer
                                            Steven D. Shermer