UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                              CIVIL ACTION

VERSUS                                                NUMBER: 23-735

DENKA PERFORMANCE ELASTOMER, L.L.C., ET AL.           SECTION: "J" (5)

**ORDER ON MOTION**
**DECEMBER 12, 2023**

APPEARANCES:

MOTION:

(1) Denka Performance Elastomer, L.L.C.'s Motion for Two Additional Depositions of Limited Scope and Duration (rec. doc. 113)

_____ : Continued to

_____ : No opposition.

\_\_1\_\_ : Opposition. (Rec. doc. 125)

**ORDERED**

_____ : Dismissed as moot.

_____ : Dismissed for failure of counsel to appear.

_____ : Granted.

\_\_1\_\_ : Denied. The depositions that Denka seeks via this motion were not included in the District Judge's Scheduling Order, which was entered at the request of the parties after lengthy negotiation and representations to the Court that the lists of deponents submitted to the Court by each party were sufficient for the parties to litigate their respective positions. The parties and the Court already face an aggressive, four-month discovery schedule – these depositions, which appear to the Court to be related to claims and defenses of Denka that were dismissed by the District Judge (rec. doc. 90), are not only unnecessary but would be disruptive to the schedule put in place at the parties' urging.

_____ : Other.

                                                **MICHAEL B. NORTH**
                                      **UNITED STATES MAGISTRATE JUDGE**