IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| Plaintiff, | ) CIVIL ACTION NO. 2:23-cv-735<br>) |
| v. | ) SECTION J(5)<br>) |
| DENKA PERFORMANCE ELASTOMER LLC and DUPONT SPECIALTY PRODUCTS USA, LLC, | ) JUDGE BARBIER<br>)<br>) MAGISTRATE JUDGE NORTH<br>) |
| Defendants. | )<br>) |

### DENKA PERFORMANCE ELASTOMER LLC'S
### MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, comes Defendant, Denka Performance Elastomer LLC ("DPE"), and respectfully moves this Court for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting summary judgment in favor of DPE.

For the reasons set forth in the concurrently filed Memorandum in Support and supporting exhibits, and as shown by DPE's Statement of Uncontested Material Facts, DPE respectfully requests that this Honorable Court grant its Motion for Summary Judgment and dismiss the Complaint brought by the United States of America, acting on behalf of the United States Environmental Protection Agency ("EPA") and Michael S. Regan, Administrator of the EPA.

Dated:  December 29, 2023

JONES WALKER LLP

James C. Percy (La. Bar No. 10413)
445 N. Boulevard, Suite 800
Baton Rouge, LA 70802
Telephone: (225) 248-2130
Facsimile: (225) 248-3130
jpercy@joneswalker.com

Robert E. Holden (La. Bar No. 06935)
Brett S. Venn (La. Bar No. 32954)
201 St. Charles Ave., Suite 5100
New Orleans, LA 70170
Telephone: (504) 582-8000
Facsimile: (504) 582-8583
bholden@joneswalker.com
bvenn@joneswalker.com

Respectfully submitted,

 /s/ David A. Super
David A. Super (*pro hac vice*)
Jason B. Hutt (*pro hac vice*)
Jeffrey R. Holmstead (*pro hac vice*)
Kevin D. Collins (*pro hac vice*)
Britt Cass Steckman (*pro hac vice*)
Kevin M. Voelkel (*pro hac vice*)
BRACEWELL LLP
2001 M Street NW, Ste. 900
Washington, DC 20006
Telephone:  (202) 828-5800
david.super@bracewell.com
jason.hutt@bracewell.com
jeff.holmstead@bracewell.com
kevin.collins@bracewell.com
britt.steckman@bracewell.com
kevin.voelkel@bracewell.com

**Counsel for Denka Performance Elastomer LLC**