*United States v. Denka Performance Elastomer, LLC et al. (2:23-cv-735)*

*Denka's Motion for Summary Judgment*

# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:23-cv-735 |
| | ) | |
| v. | ) | Judge Barbier (Section: "J" (5)) |
| | ) | |
| DENKA PERFORMANCE ELASTOMER, LLC and DUPONT SPECIALTY PRODUCTS USA, LLC. | ) ) ) | Magistrate Judge North |
| | ) | |
| Defendants. | ) ) | |

**DECLARATION OF DR. JOHN J. VANDENBERG
IN SUPPORT OF UNITED STATES' STATEMENT OF FINAL RELIEF**

Pursuant to 28 U.S.C. § 1746, I, John J. Vandenberg, declare as follows:

## I. Introduction

1. I have been retained by the U.S. Department of Justice and asked to render my expert opinions on the risk to human health posed by the emissions of chloroprene from the Denka Facility located in LaPlace, Louisiana (the "Facility" or the "Denka Facility"). I have also been asked to render my expert opinions on the different air monitoring networks and methodologies used to measure concentrations of chloroprene in the ambient air surrounding Denka's Facility, as well as to offer opinions regarding the need for the final relief that the United States has requested (the "United States' Requested Final Relief"). In my original March 7, 2023 declaration (ECF No. 9-5) ("Original Declaration"), I was specifically asked to estimate lifetime cancer risks from exposure to chloroprene for the population located near the Denka Facility based on data obtained from air monitoring programs conducted by U.S. EPA and Denka Performance Elastomer, LLC ("Denka"). In my September 6, 2023 rebuttal declaration (ECF No.

1

of chloroprene from Denka's Facility continue to expose the population near Denka's Facility to unacceptably high lifetime excess cancer risks.

### III.   OPINIONS

8. The following is a statement of my current opinions in this matter regarding the United States' Requested Final Relief. If called to testify, I could competently testify to the following, in addition to the opinions explained in my Original Declaration and Rebuttal Declaration, to a reasonable degree of scientific certainty.

9. My Original Declaration explains why reducing Denka's chloroprene emissions to a long-term average of 0.2 µg/m$^3$ is needed to reduce lifetime excess cancer risk levels within the exposed population near Denka's Facility to no more than 1-in-10,000. There is still a need to reduce Denka's chloroprene emissions in order to reduce ambient chloroprene concentrations given that air monitoring data continue to show that chloroprene concentrations in populated areas near the Facility remain consistently greater than 0.2 µg/m$^3$.

    **A.**    **Air monitoring data continues to show rolling annual average chloroprene concentrations that are greater than 0.2 µg/m$^3$ for TO-15 monitors and greater than 0.3 µg/m$^3$ for Method 325 monitors.**

10. I have reviewed the air monitoring data from Denka's TO-15 and Method 325 monitoring networks that has been collected since my Rebuttal Declaration.[1] As shown in Table 1 and Figure 1, the TO-15 monitor data demonstrate that the most recent twelve-month ("rolling

---

[1] A complete listing of the air monitoring data from Denka's TO-15 monitoring network that I relied upon for my opinions is included as Attachment 3. This listing updates Attachment 12 to my Original Declaration. The updates in Attachment 3 include the addition of newer monitoring data and corrections to monitoring values for certain sampling events that I made after further review of the TO-15 air monitoring data reports provided by Denka to EPA and the values that David Blye cited in Attachment D to his July 18, 2023 Declaration (ECF No. 73-3). The data in Attachment 3 now correspond to the values in Mr. Blye's declaration.

annual") average concentrations at locations near the Denka Facility[2] are more than 2 to 5 times greater than 0.2 µg/m³, the 1-in-10,000 lifetime cancer risk target concentration. The TO-15 long-term average chloroprene concentrations at locations near the Denka Facility since April 2018 remain more than 4 to 13 times greater than the 0.2 µg/m³ target concentration. The estimated excess lifetime cancer risk per 10,000 people, and the distance from the Denka Facility to the monitor locations, are shown in Table 2. The incorporation of updated TO-15 monitoring data does not meaningfully change the representation of estimated excess lifetime cancer risk as is shown in Attachment 11A of my Rebuttal Declaration.

**Table 1**: Chloroprene air concentrations measured at the Denka TO-15 active monitors following the commencement of stable operations of the Regenerative Thermal Oxidizer system in April 2018.

| Denka TO-15 active monitor sites | Average chloroprene concentrations (µg/m³) (April 2018 to October 2023) | 12-month average chloroprene concentrations (µg/m³) (October 28, 2022 to October 27, 2023) |
|---|---|---|
| Western | 2.64 | 1.08 |
| Levee | 1.99 | 0.72 |
| Railroad | 1.24 | 0.87 |
| Hospital | 1.01 | 0.63 |
| Entergy | 0.81 | 0.49 |
| Edgard | 0.37 | 0.17 |

---

[2] Attachment 9 of my Original Declaration, and Table 2 below, show the approximate distances from Denka's Facility to the TO-15 air monitor locations. Monitor locations within 1.1 miles are considered to be near the Denka Facility *i.e.,* for five of the six TO-15 monitor locations. The Edgard monitoring site is approximately 2.6 miles from the center of Denka's Facility.

**Figure 1:** Chloroprene air concentrations measured at the Denka TO-15 active monitors following the commencement of stable operations of the Regenerative Thermal Oxidizer system in April 2018.



**Table 2:** Estimated excess lifetime cancer risk per 10,000 people based on TO-15 monitoring data from April 2018 through October 2023 from sites at various distances from the Denka Facility following commencement of stable operations of the Regenerative Thermal Oxidizer system in April 2018.

| Denka Monitor Site | Estimated Excess Lifetime Cancer Risk per 10,000 People | Approx. distance from Denka Facility to Monitor Location (Miles) |
|---|---|---|
| Western | 13 | 0.6 |
| Levee | 10 | 0.5 |
| Railroad | 6 | 0.9 |
| Hospital | 5 | 1.1 |
| Entergy | 4 | 1.1 |
| Edgard | 2 | 2.6 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: ____December 8, 2023_____

*[Signature]*
John J. Vandenberg, M.S. PhD