# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DENKA PERFORMANCE ELASTOMER, )<br>LLC and DUPONT SPECIALTY )<br>PRODUCTS USA, LLC, )<br>)<br>Defendants. )<br>_____) | Civil Action No. 2:23-cv-735<br><br>Judge Barbier<br><br>Magistrate Judge North |

## DUPONT SPECIALTY PRODUCTS USA, LLC'S
## RULE 12 (c) MOTION FOR JUDGMENT ON THE PLEADINGS

**NOW INTO COURT,** through undersigned counsel, comes defendant DuPont Specialty Products USA, LLC ("Specialty") who submits this motion for judgment on the pleadings, pursuant to Federal Rule of Civil Procedure 12(c). For the reasons set forth in the accompanying Memorandum in Support, Specialty is entitled to entry of a judgment dismissing all of Plaintiff's claims against it, as a matter of law.

Respectfully submitted,

*/s/ Eric E. Jarrell*
ERIC E. JARRELL (#16982)
ROBERT J. BURVANT (#14119)
KRYSTIN FRAZIER-SANTIAGO (#33838)
MARIE O. LUIS (#38332)
**KING & JURGENS, LLC**
201 St. Charles Avenue, 45th Floor
New Orleans, Louisiana 70170

{N2029516 -}

Telephone: (504) 582-3800
Telefax: (504) 582-1233
ejarrell@kingjurgens.com
rburvant@kingjurgens.com
kfraziersantiago@kingjurgens.com
mluis@kingjurgens.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was served upon known counsel of record for all parties by electronic mail, this 29th day of December 2023.

*/s/ Eric E. Jarrell*
ERIC E. JARRELL #16982