UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | CIVIL ACTION |
| VERSUS | |
| | NO. 23-735 |
| DENKA PERFORMANCE ELASTOMER, LLC and DUPONT SPECIALTY PRODUCTS USA, LLC | SECTION: "J"(5) |

# ORDER

Considering the foregoing *Consent Motion for Short Extension to File Remaining Summary Judgment Briefs and Submit Proposed Findings of Fact and Conclusions of Law* **(Rec. Doc. 141)** and the *Motion for Expedited Consideration* **(Rec. Doc. 142)**,

**IT IS HEREBY ORDERED** that the motions are **GRANTED**. Deadlines are extended as follows:

- The opposition brief to Denka's Motion for Summary Judgment (Rec. Doc. 131) is due by **January 26, 2024**.

- Denka's reply brief is due by **February 5, 2024.**

- The parties may file their proposed findings of fact and conclusions of law by no later than **February 2, 2024**.

No other deadlines shall be extended.

New Orleans, Louisiana, this 22nd day of January, 2024.

                                                                      CARL J. BARBIER
                                                                      UNITED STATES DISTRICT JUDGE