# **EXHIBIT 3**

Case 2:23-cv-00735-CJB-MBN   Document 157-4   Filed 02/05/24   Page 1 of 4

|  |  |
|---:|:---|
| From: | "Vandenberg, John" <Vandenberg.John@epa.gov> |
| To: | "Bahadori, Tina" <Bahadori.Tina@epa.gov>, "D'Amico, Louis" <DAmico.Louis@epa.gov>, "Thayer, Kris" <thayer.kris@epa.gov> |
| Cc: | "Lavoie, Emma" <Lavoie.Emma@epa.gov> |
| Subject: | FW: Denka Meeting request by attorneys and Wilma Subra, technical consultant for the community |
| Date: | Tue, 27 Feb 2018 11:23:30 -0500 |
| Importance: | Normal |
| Attachments: | LDEQ-State_Plaintiffs_Meeting_documents.pdf; Denka_Chloroprene_LDOH_Expert_Panel_on_Chloroprene_in_Air_11-14-17_Final.pdf; LA_Cancer_Prevention_and_Control_Programs_2017_final.pdf |

FYI - any issue with me participating on a call with R6 and Wilma Subra, if they set it ? Chet Wayland has agreed and I don't see any reason not to, but these are strange times!
==The attachment from LDEQ concludes there is not an public health emergency (which I agree with).==
Wilma is pushing for the facility to be shut down until they install emissions reductions to get to 0.2 ug/m3. They are installing equipment now but not fully operational.
I haven't read the cancer prevention paper yet
John


-----Original Message-----
From: Stenger, Wren
Sent: Tuesday, February 27, 2018 8:58 AM
To: Wayland, Richard <Wayland.Richard@epa.gov>; Rimer, Kelly <Rimer.Kelly@epa.gov>; Vandenberg, John <Vandenberg.John@epa.gov>
Cc: Verhalen, Frances <verhalen.frances@epa.gov>; Donaldson, Guy <Donaldson.Guy@epa.gov>; Payne, James <payne.james@epa.gov>
Subject: Denka Meeting request by attorneys and Wilma Subra, technical consultant for the community

Chet, Kelly ( I know you are on detail; we are missing you!), and John,

Wilma is requesting a meeting with R6. We are considering it. Wilma and the four attorneys met with LDEQ last week and are meeting with LA Dept of Health this week or next. We may be asked to offer a technical meeting with these folks, [redacted] Fran sent you a note yesterday on this same topic, and I wanted to share Justin's notes as FYI on this, too.

LDEQ sent us a couple of reports yesterday that I had not seen. You may have these already. I have added them FYI.

If our technical team is directed to meet with Wilma and the attorneys, I would ask that you participate along with us. If you are willing, we will compare schedules for best time for this meeting.

-----Original Message-----
From: Payne, James
Sent: Monday, February 26, 2018 6:29 PM
To: Gray, David <gray.david@epa.gov>; Stenger, Wren <stenger.wren@epa.gov>; Seager, Cheryl <Seager.Cheryl@epa.gov>
Cc: Gilrein, Stephen <gilrein.stephen@epa.gov>; Thompson, Steve <thompson.steve@epa.gov>; Lannen, Justin

<Lannen.Justin@epa.gov>; Barnett, Cheryl <Barnett.Cheryl@epa.gov>; Welton, Patricia <Welton.Patricia@epa.gov>
Subject: RE: Denka



-----Original Message-----
From: Payne, James
Sent: Friday, February 23, 2018 4:56 PM
To: Gray, David <gray.david@epa.gov>; Lannen, Justin <Lannen.Justin@epa.gov>; Barnett, Cheryl <Barnett.Cheryl@epa.gov>; Welton, Patricia <Welton.Patricia@epa.gov>
Cc: Stenger, Wren <stenger.wren@epa.gov>; Seager, Cheryl <Seager.Cheryl@epa.gov>; Gilrein, Stephen <gilrein.stephen@epa.gov>; Thompson, Steve <thompson.steve@epa.gov>
Subject: Re: Denka

Thanks,

Jim

Sent from my iPhone

> On Feb 23, 2018, at 4:36 PM, Gray, David <gray.david@epa.gov> wrote:
>
> Jim,
>
> [redacted]
>
> David
>
> -----Original Message-----
> From: Wilma Subra [mailto:Subracom@aol.com]
> Sent: Friday, February 23, 2018 11:34 AM
> To: Gray, David <gray.david@epa.gov>
> Subject: Denka
>
> I have been asked by a number attorneys to set up a meeting with EPA Region 6 to present data on community exposure and urine results from exposure to Chloroprene released from the Denka/Dupont facility in LaPlace.
>
> I have been working with Wren S. on this issue.
>
> Would it be possible to set up a meeting the first week if March in Dallas?
>
> You can reach me
> On my cell.
>
> 337 578 3994
>
> Wilma
>
>
> Sent from my iPhone