MINUTE ENTRY
BARBIER, J.
February 16, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO: 23-735 |
| DENKA PERFORMANCE ELASTOMER LLC AND DUPONT SPECIALTY PRODUCTS USA, LLC | SECTION: "J"(3) |

The Court held a status conference on zoom with the following parties in attendance: Steven Shermer, Daniel Smith, Davis Hoskins Forsythe, Hannah Lee Frazier, Heather E. Gange, and Scott Cernich representing the United States of America; David A. Super, Brett S. Venn and, Jason B. Hutt representing Denka Performance Elastomer LLC ("Denka"); and Eric Earl Jarrell and Robert J. Burvant representing DuPont Specialty Products USA, LLC ("DuPont"). At the conference, the Court **ORDERED** as follows:

1. The Court **GRANTED** the United States of America's *Motion to Continue Trial* **(Rec. Doc. 165)** and *Motion to Expedite Consideration of the Motion to Continue Trial* **(Rec. Doc. 166).** The trial set for March 11, 2024 and the pre-trial conference set for February 29, 2024 are hereby continued and shall be reset at another date.

1

2. The parties shall advise the Court when the Final Rule is published at which time the Court shall set a status conference to discuss what, if any, additional briefing is necessary, the deadlines for any such contemplated briefing, and new dates for the trial and pre-trial conference.

3. The Court also ordered that the Oral Argument set for February 22, 2024 at 10:00 a.m. is **CANCELLED**, to be reset at a later date if the Court deems it necessary.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

JS-10: 38 mins.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE