UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | CIVIL ACTION |
| VERSUS | |
| | NO. 23-735 |
| DENKA PERFORMANCE ELASTOMER, LLC and DUPONT SPECIALTY PRODUCTS USA, LLC | SECTION: "J"(5) |

### ORDER

Considering the foregoing *Motion to Partially Amend Scheduling Order* **(Rec. Doc. 171)** filed by Defendant Denka Performance Elastomer, LLC ("Denka"),

**IT IS HEREBY ORDERED** that the motion is **DENIED**. The Court held a status conference on February 16, 2024 to discuss the United States of America's requested continuance in light of the forthcoming Final Rule which is expected to be signed on March 29, 2024. At the conference, the Court granted the continuance and directed the parties to "advise the Court when the Final Rule is published at which time the Court will set a status conference to discuss what, if any, additional briefing is necessary, the deadlines for any such contemplated briefing, and new dates for the trial and pre-trial conference." (Rec. Doc. 169). The Court finds that no additional discovery is necessary at this time but will revisit the need for any additional discovery after the publication of the Final Rule and will discuss any such requests at the status conference to be held at a later date.

**IT IS FURTHER ORDERED** that Denka's *Motion to Expedite* **(Rec. Doc. 172)** is **DENIED as moot**.

New Orleans, Louisiana, this 7th day of March, 2024.

                                                                        _____
                                                                        CARL J. BARBIER
                                                                        UNITED STATES DISTRICT JUDGE