# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> DENKA PERFORMANCE ELASTOMER, LLC <br><br> *and* <br><br> DUPONT SPECIALTY PRODUCTS USA, LLC, <br><br> *Defendants*. | Civ. No. 2:23-cv-735 |

## ERRATA REGARDING DECLARATIONS OF DR. JOHN J. VANDENBERG

Pursuant to 28 U.S.C. § 1746, I, John J. Vandenberg, submit this errata to my previous declarations and declare as follows:

1. In paragraph 14 of my September 6, 2023 Rebuttal Declaration (filed with the Court as ECF No. 94-3), I wrote:

> I would expect that, if the 118 μg/m$^3$ concentration were detected by Method 325 monitor #21 during the two-week period, the average chloroprene concentration for that monitor would be at least 9.14 μg/m$^3$ (i.e., the average of the 3 TO-15 monitor samples from that 2-week period, and assuming all other 11 days during that two-week period had zero chloroprene concentration).

This contains a small mathematical error. The average that I calculated as 9.14 μg/m$^3$ should be 8.5 μg/m$^3$. The conclusions in this declaration remain the same.

2. In footnote three in paragraph 10 of my January 11, 2024 Rebuttal Declaration, I correctly wrote that the RDL is "[t]he average MDL [Method Detection Limit] achieved by a pool of measurements using the same approach." However, in the text of paragraphs 11 and 15, I mistakenly used "RDL" where I should have used "action level" in several places. In addition, in

1

paragraph 15, I used "Method Detection Limit" in one place where I should have used "Representative Detection Limit." In the EPA's Proposed Rule the "proposed fenceline *action levels*" are calculated by multiplying the RDL by a factor of three. The correct text for paragraphs 11 and 15 is as follows:

> 11.    ERG collected TO-15 canister samples for EPA on approximately 536 dates from May 2016 through September 2020. The MDL values for these samples were 0.0311, 0.036, 0.042, 0.047 and 0.073 $\mu g/m^3$. The average (pooled) MDL, i.e., the RDL, therefore equaled 0.046 $\mu g/m^3$. The *action level* is calculated by multiplying the RDL by a factor of three—the method used by EPA to determine an action level for the Method 325 monitors in the Proposed Rule.[3] The action level for the TO-15 monitors equals 0.046 x 3 = 0.138 $\mu g/m^3$, which rounds to 0.1 $\mu g/m^3$. An action level for the TO-15 monitors of 0.1 $\mu g/m^3$ (rounding to one digit) means, in my opinion, there is sufficient accuracy, precision, and sensitivity of the TO-15 monitoring results to evaluate attainment with the 0.2 $\mu g/m^3$ concentration level in the United States' Requested Final Relief.
>
> \*     \*     \*
>
> 15.    To calculate the *action level*, as explained above, by multiplying the Representative Detection Limit of 0.09 $\mu g/m^3$ by a factor of three, the *action level* equals 0.27 $\mu g/m^3$ which rounds to 0.3 $\mu g/m^3$. In my opinion, although there is evidence the Method 325 monitors may underestimate chloroprene concentrations, there is sufficient accuracy, precision, and sensitivity in the Method 325 monitoring results to evaluate attainment with the 0.3 $\mu g/m^3$ concentration level in the United States' Requested Final Relief.

All other aspects of that declaration, including the text of footnote three and my conclusions, remain the same.

3.    Updated Figure 2, which appears on the fifth page of my supplement dated January 15, 2024 contains two black, dashed lines. The lower of the two lines appears lower than I intended. I am attaching a revised update to figure 2 in which the height of that line is increased slightly to more accurately depict where 0.2 $\mu g/m^3$ is on the y-axis. In all other respects, except for the typeface of the title, the figure is the same.

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 29, 2024

*John J. Vandenberg*
John J. Vandenberg, M.S., PhD

Updated Figure 2 (3/21/2024): Average annual chloroprene concentration measured by TO-15 monitors at the Denka Facility monitor locations from April 2018 through December 2023.

