# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>DENKA PERFORMANCE ELASTOMER, LLC, and DUPONT SPECIALTY PRODUCTS USA, LLC,<br><br>    *Defendants*. | Civ. No. 2:23-cv-735<br><br>Judge Barbier (Section: "J" (5))<br><br>Magistrate Judge North |

### JOINT NOTICE OF PUBLICATION OF FINAL RULE
### FILED PURSUANT TO FEBRUARY 16, 2024 MINUTE ORDER

On February 16, 2024, the Court ordered that the Parties advise it when the Clean Air Act New Source Performance Standards for the Synthetic Organic Chemical Manufacturing Industry and National Emission Standards for Hazardous Air Pollutants for the Synthetic Organic Chemical Manufacturing Industry and Group I & II Polymers and Resins Industry ("Final Rule") was published. *See* Feb. 16, 2024 Order ¶ 2 (ECF No. 169). The Final Rule was published on May 16, 2024. *See* 89 Fed. Reg. 42,932 (May 16, 2024).[1] The Parties are now evaluating and discussing the Final Rule and its impact on this litigation.

The Court's minute order (ECF No. 169) stated that "the Court shall set a status conference to discuss what, if any, additional briefing is necessary, the deadlines for any such contemplated briefing, and new dates for the trial and pre-trial conference." Feb. 16, 2024

---

[1] Denka has filed a petition for review of the Final Rule in the United States Court of Appeals for the D.C. Circuit under Section 307(b)(1) of the Clean Air Act, 42 U.S.C. § 7607(b)(1), and 5 U.S.C. § 702. *See Denka Performance Elastomer LLC v. United States Environmental Prot. Agency et al.*, No. 24-1135 (D.C. Cir.) (Doc. No. 2054934).

Order ¶ 2. The Parties propose that the Court set the status conference for the second week of July, or as is convenient for the Court.

                                        Respectfully submitted,

                                        **FOR THE UNITED STATES OF AMERICA**

                                        TODD KIM
                                        Assistant Attorney General
                                        Environment and Natural Resources Division
                                        United States Department of Justice

                                                 s/ Steven D. Shermer
Trial Attorney:               STEVEN D. SHERMER
                                        District of Columbia Bar No. 486394
                                        SCOTT M. CERNICH
                                        Senior Attorneys
                                        DAVIS H. FORSYTHE
                                        DANIEL S. SMITH
                                        Senior Counsel
                                        HANNAH L. FRAZIER
                                        JONAH M. SELIGMAN (La. Bar No. 38890)
                                        Trial Attorneys
                                        Environmental Enforcement Section
                                        Environment and Natural Resources Division
                                        United States Department of Justice
                                        P.O. Box 7611
                                        Washington, DC 20044-7611
                                        (202) 514-1134
                                        Steven.Shermer@usdoj.gov

OF COUNSEL:

JUSTIN LANNEN
Assistant Regional Counsel
U.S. Environmental Protection Agency, Region 6
1201 Elm Street, Suite 500 (ORCEA)
Dallas, TX 75270

| | |
|---|---|
| JONES WALKER LLP<br><br>James C. Percy (La. Bar No. 10413)<br>445 N. Boulevard, Suite 800<br>Baton Rouge, LA 70802<br>Telephone: (225) 248-2130<br>Facsimile: (225) 248-3130<br>jpercy@joneswalker.com<br><br>Robert E. Holden (La. Bar No. 06935)<br>Brett S. Venn (La. Bar No. 32954)<br>201 St. Charles Ave., Suite 5100<br>New Orleans, LA 70170<br>Telephone: (504) 582-8000<br>Facsimile: (504) 582-8583<br>bholden@joneswalker.com<br>bvenn@joneswalker.com | /s/ David A. Super<br>David A. Super (*pro hac vice*)<br>Jason B. Hutt (*pro hac vice*)<br>Jeffrey R. Holmstead (*pro hac vice*)<br>Kevin D. Collins (*pro hac vice*)<br>Britt Cass Steckman (*pro hac vice*)<br>Kevin M. Voelkel (*pro hac vice*)<br>BRACEWELL LLP<br>2001 M Street NW, Ste. 900<br>Washington, DC 20006<br>Telephone: (202) 828-5800<br>david.super@bracewell.com<br>jason.hutt@bracewell.com<br>jeff.holmstead@bracewell.com<br>kevin.collins@bracewell.com<br>britt.steckman@bracewell.com<br>kevin.voelkel@bracewell.com<br><br>***Counsel for Denka Performance Elastomer LLC*** |

Respectfully submitted,


*/s/ Eric E. Jarrell*
ERIC E. JARRELL (#16982) TA
ROBERT J. BURVANT (#14119)
MARIE O. LUIS (#38332)
**KING & JURGENS, LLC**
201 St. Charles Avenue, 45th Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Telefax: (504) 582-1233
ejarrell@kingjurgens.com
rburvant@kingjurgens.com
mluis@kingjurgens.com

***Counsel for DuPont Specialty Products USA, LLC***

## **CERTIFICATE OF SERVICE**

      I certify that on May 28, 2024, a true and correct copy of the foregoing notice was filed with the U.S. District Court for the Eastern District of Louisiana using the Court's CM/ECF system. Notice of this Electronic Filing will be sent to all parties by operation of the Court's Electronic Filing System.

                                                s/Steven Shermer
                                                Steven D. Shermer