UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

DENKA PERFORMANCE
ELASTOMER, LLC and DUPONT
SPECIALTY PRODUCTS USA, LLC

CIVIL ACTION

NO. 23-735

SECTION: "J"(5)

## ORDER

**IT IS HEREBY ORDERED** that the parties are to attend a status conference on **July 17, 2024 at 10:00 a.m.** to discuss the impact of the Final Rule on this litigation. The status conference will be held in-person, but out-of-town counsel may attend via Zoom if they so choose. Any out-of-town counsel wishing to attend via Zoom should inform the Court by **July 10, 2024**.

**IT IS FURTHER ORDERED** that the parties are to submit a status report to the Court by **July 10, 2024**, informing the Court of the status of this litigation and of the litigation proceeding before the D.C. Circuit and what impact, if any, that action has on the instant matter.

New Orleans, Louisiana, this 29th day of May, 2024.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE