## <u>*United States v. Denka Performance Elastomer, LLC et al. (2:23-cv-735)*</u>

*Joint Status Report Filed Pursuant to May 31, 2024 Order*

# Exhibit A

*United States of America v. Denka Performance Elastomer LLC, et al.*

## **Exhibit A: United States' Proposed Pretrial Schedule**

| **Deadline** | **Action Item** |
|---|---|
| Aug. 1, 2024 | U.S. sur-reply to DPE's summary judgment motion (8 pages, ltd. to Final Rule's effects on DPE's pending summary judgment motion) |
| Aug. 14, 2024 | DPE opposition to U.S. sur-reply on summary judgment motion (8 pages, ltd. to Final Rule's effects on DPE's pending summary judgment motion) |
| Aug 30, 2024 | Revised pretrial disclosures under FRCP 26(a)(3) |
| Sept. 11, 2024 | Objections to revised pretrial disclosures under FRCP 26(a)(3) |
| Late Sept., 2024 | Final pretrial conference (New Orleans) |
| No later than 5 days before trial (early Oct.) | **Per Judge Barbier's procedures:**<br><br>• Exhibit bench books<br>• Assembled deposition transcripts and designations<br>• Final "will call" witness lists |
| No later than 5 days before trial (early Oct.) | Amended proposed findings of fact and conclusions of law |
| Week of Oct. 15, 2024 | Trial (estimated 10 days) |
| As directed by the Court | Post-trial briefing |