<u>*United States v. Denka Performance Elastomer, LLC et al. (2:23-cv-735)*</u>

*Joint Status Report Filed Pursuant to May 31, 2024 Order*

# Exhibit B

*United States of America v. Denka Performance Elastomer LLC, et al.*

## Exhibit B:  DPE's Draft Pretrial Schedule

| **Deadline** | **Action Item** |
|---|---|
| Sept. 9, 2024 | Deadline for completion of targeted discovery |
| Sept. 9, 2024 | U.S. sur-reply to DPE's summary judgment motion (15 pages, ltd. to Final Rule's effects on DPE's pending summary judgment motion) |
| Oct. 7, 2024 | DPE opposition to U.S. sur-reply on summary judgment motion (15 pages, ltd. to Final Rule's effects on DPE's pending summary judgment motion) |
| Oct. 18, 2024 | Revised pretrial disclosures under FRCP 26(a)(3) |
| Oct. 25, 2024 | Objections to revised pretrial disclosures under FRCP 26(a)(3) |
| Mid-Nov. | Final pretrial conference (New Orleans) |
| No later than 5 days before trial (late Nov.- Jan.) | **Per Judge Barbier's procedures:**<br>• Exhibit bench books<br>• Assembled deposition transcripts and designations<br>• Final "will call" witness lists |
| Nov. 1 | Amended proposed findings of fact and conclusions of law |
| Late Nov. – Jan. | Trial (estimated 10 days) |
| As directed by the Court | Post-trial briefing |