<u>*United States v. Denka Performance Elastomer, LLC et al. (2:23-cv-735)*</u>

*Joint Status Report Filed Pursuant to May 31, 2024 Order*

# Exhibit C

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **DENKA PERFORMANCE ELASTOMER LLC,**<br><br>Petitioner,<br><br>v.<br><br>**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and MICHAEL REGAN, Administrator, United States Environmental Protection Agency,**<br><br>Respondents. | No. 24-1135 |

## PETITION FOR REVIEW

Pursuant to Section 307(b)(1) of the Clean Air Act, 42 U.S.C. § 7607(b)(1), 5 U.S.C. § 702, and Rule 15(a) of the Federal Rules of Appellate Procedure, Denka Performance Elastomer LLC ("DPE") hereby petitions this Court to review the final rule of the respondent United States Environmental Protection Agency ("EPA") entitled "*New Source Performance Standards for the Synthetic Organic Chemical Manufacturing Industry and National Emission Standards for Hazardous Air Pollutants for the Synthetic Organic Chemical Manufacturing Industry and Group I & II Polymers and Resins Industry*," published in the Federal Register at 89 Fed. Reg. 42932 (May 16, 2024) ("Rule"). A copy of the Rule is attached hereto as Attachment A.

DPE will show that the Rule is arbitrary, capricious, an abuse of discretion, and not in accordance with law. DPE thus asks this Court to declare unlawful and vacate the Rule provisions applicable to chloroprene emissions. This Court has federal question jurisdiction pursuant to 28 U.S.C. § 1331, because this case challenges a rulemaking under the CAA, 42 U.S.C. § 7412. Venue is appropriate in this Court pursuant to 42 U.S.C. § 7607(b)(1). This petition for review is timely filed, as it is within sixty days of the Rule's publication in the Federal Register. *See* 42 U.S.C. § 7607(b)(1).

Date: May 16, 2024

James C. Percy
JONES WALKER LLP
445 N. Boulevard, Suite 800
Baton Rouge, LA 70802
Telephone: (225) 248-2130
jpercy@joneswalker.com

Robert E. Holden
Brett S. Venn
JONES WALKER LLP
201 St. Charles Ave
New Orleans, LA 70170
(504) 582-8000
bholden@joneswalker.com
bvenn@joneswalker.com

Respectfully submitted,

/s/ David A. Super
David A. Super
Jason B. Hutt
Jeffrey R. Holmstead
Britt Cass Steckman
Kevin M. Voelkel
BRACEWELL LLP
2001 M Street NW, Ste. 900
Washington, DC 20036
(202) 828-5800
david.super@bracewell.com
jason.hutt@bracewell.com
jeff.holmstead@bracewell.com
britt.steckman@bracewell.com
kevin.voelkel@bracewell.com

**Counsel for Petitioner Denka Performance Elastomer LLC**