UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

DENKA PERFORMANCE
ELASTOMER, LLC and DUPONT
SPECIALTY PRODUCTS USA, LLC

CIVIL ACTION

NO. 23-735

SECTION: "J"(5)

# ORDER

Before the Court is a *Motion for Judgment on the Pleadings* **(Rec. Doc. 132)** filed by DuPont Specialty Products USA, LLC ("DuPont"). The United States has opposed this motion (Rec. Doc. 139) to which DuPont has filed a reply. (Rec. Doc. 145)**.** DuPont's motion presents no new grounds to warrant its dismissal from the case beyond those already denied by this Court in response to DuPont's earlier 12(b)(6) Motion to Dismiss (Rec. Doc. 89). Therefore, for this reason and having considered the motions and legal memoranda, the record, the applicable law, and the parties' arguments at the status conference held on the record on July 17, 2024, the Court finds that the motion should be **DENIED**.

New Orleans, Louisiana, this 17th day of July, 2024.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE