MINUTE ENTRY
BARBIER, J.
July 17, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                     CIVIL ACTION


VERSUS                                       NO: 23-735


DENKA PERFORMANCE                            SECTION: "J"(3)
ELASTOMER LLC AND DUPONT
SPECIALTY PRODUCTS USA, LLC


The Court held a status conference on the record with the following parties in

attendance: Steven Shermer, Heather Gange, Hannah Frazier, Daniel Smith, Davis

Hoskins Forsythe, Jonah Seligman and Scott Cernich representing the United States

of America; David A. Super, Robert E. Holden, Jason B. Hutt, Jeffrey Holmstead, and

Kevin Voelkel representing Denka Performance Elastomer LLC ("Denka"); and Eric

Earl Jarrell and Marie Olga Luis representing DuPont Specialty Products USA, LLC

("DuPont").

At the conference, the Court discussed the status of this case as well as the

related litigation in the D.C. Circuit and Fifth Circuit. The now-finalized "New Source

Performance Standards for the Synthetic Organic Chemical Manufacturing Industry

and National Emission Standards for Hazardous Air Pollutants for the Synthetic

Organic Chemical Manufacturing Industry and Group I & II Polymers and Resins

Industry" ("Final Rule") requires compliance by October 15, 2024, and Denka has

1

represented to the Court that unless a stay of this rule is granted by either the Fifth Circuit or D.C. Circuit, there is a likelihood that this matter may become moot due to the potential closure of the Denka plant. Accordingly, the Court **ORDERED** that this case be held in **ABEYANCE** and administratively closed until <u>**October 15, 2024.**</u> After this abeyance period is over, the parties shall file a joint status report advising the Court of the status of the related litigation and whether or how the subject lawsuit is impacted. Following receipt of the status report, the Court will decide how to proceed.

* * * * * * * * * * * * * * * *

JS-10: 1 hour and
32 mins.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

2