# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>     *Plaintiff*, <br><br>     v. <br><br> DENKA PERFORMANCE ELASTOMER, LLC, and DUPONT SPECIALTY PRODUCTS USA, LLC, <br><br>     *Defendants*. | Civ. No. 2:23-cv-735 <br><br> Judge Barbier (Section: "J" (5)) <br><br> Magistrate Judge North |

## UNITED STATES' MOTION TO REOPEN CASE AND SET STATUS HEARING

The United States of America ("United States") respectfully moves this Court to reopen this case and set a status hearing on the United States' renewed request to reset this matter for trial. *See* July 17, 2024 Minute Entry Order (ECF No. 179).

The United States has attempted to confer with the Defendants about this motion. Counsel for Denka Performance Elastomer, LLC informed the United States that it does not take a position on this motion and reserves the right to file an opposition. For that reason, the United States files this as an opposed motion. Counsel for DuPont Specialty Products USA, LLC did not articulate its position on the motion.

**WHEREFORE**, for the reasons set forth in its supporting memorandum, the United States respectfully requests that the Court grant this motion, reopen this case, and set this matter for a status hearing at the Court's earliest convenience for the purpose of establishing a pretrial schedule and trial date.

Respectfully submitted,

**FOR THE UNITED STATES OF AMERICA**

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice


           s/ Steven D. Shermer

Trial Attorney:     STEVEN D. SHERMER
Senior Attorney
District of Columbia Bar No. 486394
DAVIS H. FORSYTHE
DANIEL S. SMITH
Senior Counsel
HANNAH L. FRAZIER
JONAH M. SELIGMAN (LA Bar # 38890)
Trial Attorneys
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
(202) 514-1134
Steven.Shermer@usdoj.gov

OF COUNSEL:

JUSTIN LANNEN
Assistant Regional Counsel
U.S. Environmental Protection Agency, Region 6
1201 Elm Street, Suite 500 (ORCEA)
Dallas, TX 75270

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on September 17, 2024, a true and correct copy of the foregoing motion, supporting memorandum, notice of submission, and proposed order were filed with the U.S. District Court for the Eastern District of Louisiana using the Court's CM/ECF system. Notice of this Electronic Filing will be sent to all parties by operation of the Court's Electronic Filing System.

s/Steven Shermer
Steven D. Shermer