# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br> *Plaintiff*,<br><br>v.<br><br>DENKA PERFORMANCE ELASTOMER, LLC,<br><br> *and*<br><br>DUPONT SPECIALTY PRODUCTS USA, LLC,<br> *Defendants*. | Civ. No. 2:23-cv-735<br><br>Judge Barbier (Section: "J" (5))<br><br>Magistrate Judge North |

## UNITED STATES' NOTICE OF SUBMISSION OF
## MOTION TO REOPEN CASE AND SET STATUS HEARING

The United States of America ("United States"), by and through the undersigned attorneys, hereby provides notice under Local Rule 7.2 that it has filed a motion to reopen this case and set it for a status hearing.

PLEASE TAKE NOTICE that this motion will be submitted to this Court on October 2, 2024 at 9:30 a.m. before the Honorable Carl J. Barbier, at the U.S. Courthouse, 500 Poydras Street, Room C268, in New Orleans, Louisiana.

1

Dated: September 17, 2024                Respectfully submitted,

**FOR THE UNITED STATES OF AMERICA**

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

    <u>s/Steven D. Shermer</u>
<u>Trial Attorney</u>:    STEVEN D. SHERMER
Senior Attorney
District of Columbia Bar No. 486394
DAVIS H. FORSYTHE
DANIEL S. SMITH
Senior Counsel
HANNAH L. FRAZIER
JONAH M. SELIGMAN (LA Bar # 38890)
Trial Attorneys
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, DC  20044-7611
(202) 514-1134
Steven.Shermer@usdoj.gov

OF COUNSEL:

JUSTIN LANNEN
Assistant Regional Counsel
U.S. Environmental Protection Agency, Region 6
1201 Elm Street, Suite 500 (ORCEA)
Dallas, TX 75270