# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DENKA PERFORMANCE ELASTOMER, LLC ) <br> and DUPONT SPECIALTY PRODUCTS USA, ) <br> LLC, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 2:23-cv-735 <br><br> Judge Barbier (Section: J (5)) <br><br> Magistrate Judge North |

## **[PROPOSED] ORDER**

Having considered the United States' Motion to Reopen Case and Set Status Hearing and supporting memorandum (ECF No. 180), and finding good cause for the same:

**IT IS ORDERED** that this case is reopened.

**IT IS FURTHER ORDERED** that this matter is set for a status hearing on _____ to advise the Court of the status of the related litigation in the Fifth and D.C. Circuit Courts of Appeals, and to determine the United States' request to reset a trial date.


New Orleans, Louisiana, this _____ day of _____, 2024.


_____
THE HONORABLE JUDGE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA