*United States v. Denka Performance Elastomer, LLC et al. (2:23-cv-735)*

*United States' Motion to Reopen Case and Set Status Hearing*

# Exhibit B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. DENKA PERFORMANCE ELASTOMER, LLC, et al., *Defendants*. | Civ. No. 2:23-cv-735 Judge Barbier (Section "J" (5)) Magistrate Judge North |

### DECLARATION OF STEPHEN D'ALESSIO IN SUPPORT OF UNITED STATES' MOTION TO REOPEN CASE AND SET STATUS HEARING

Pursuant to 28 U.S.C. § 1746, I, Stephen D'Alessio, declare as follows:

1. If called to do so, I could competently testify to the following based on my personal knowledge and documents I have reviewed from the official files of the United States Department of Justice.

2. I am currently a paralegal employed in the United States Department of Justice ("DOJ"), Environmental Enforcement Section. I am assigned to this case and regularly perform duties with respect to it. One of my roles is to help manage the documents and the database we use to track the collection of documents from EPA custodians and the documents that the United States has produced to the defendants in this litigation.

3. We store the documents collected from EPA custodians in a Relativity database which has been established for this litigation. This database allows me to identify the EPA custodians from whom the United States has collected information. The database also allows me to identify when information, including individual documents, were produced to the defendants in this litigation.

1

4. Based on my review of this Relativity database, I have determined that the United States produced approximately 29,000 documents comprising well over half a million pages. These documents were collected from approximately 112 different individuals and the non-custodial files of at least six different EPA offices.

5. Exact numbers of documents and pages are not provided because there could be reasonable disagreements about how to count documents and pages that were produced twice because of problems with the original production or that were clawed back because of privileged information and sometimes replaced with redacted images.

6. The approximate dates and numbers of documents produced by the United States are as follows:

| Date | Number of documents produced | Cumulative document produced |
|---|---|---|
| 4/4/2023 | 15 | 15 |
| 4/12/2023 | 124 | 139 |
| 5/1/2023 | 194 | 333 |
| 5/17/2023 | 501 | 834 |
| 6/13/2023 | 4,061 | 4,895 |
| 6/13/2023 | 873 | 5,768 |
| 6/22/2023 | 6,594 | 12,362 |
| 6/30/2023 | 8,628 | 20,990 |
| 7/7/2023 | 3,238 | 24,228 |
| 7/13/2023 | 1,445 | 25,673 |
| 7/27/2023 | 46 | 25,719 |
| 8/24/2023 | 65 | 25,784 |
| 11/9/2023 | 32 | 25,816 |
| 11/9/2023 | 464 | 26,280 |
| 11/20/2023 | 65 | 26,345 |
| 12/6/2023 | 134 | 26,479 |
| 12/15/2023 | 2,517 | 28,996 |
| 12/17/2023 | 2 | 28,998 |
| 12/22/2023 | 10 | 29,008 |
| 12/28/2023 | 18 | 29,026 |
| 3/20/2024 | 4 | 29,030 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 9/17/24

Stephen D'Alessio