UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL DOCKET |
| VERSUS | NO. 23-735 |
| DENKA PERFORMANCE ELASTOMER LLC AND DUPONT SPECIALTY PRODUCTS USA, LLC | SECTION: "J"(5) |

### ORDER

Considering the *Motion to Reopen the Case and Set Status Hearing* **(Rec. Doc. 181)** filed by the United States of America,

**IT IS HEREBY ORDERED** that the motion is **GRANTED IN PART** regarding the reopening of the case.

**IT IS FURTHER ORDERED** that the parties are to attend a status conference on **Thursday, November 21, 2024 at 09:30 A.M.** to discuss (1) the instant motion as it relates to the issues concerning the need for renewed briefing and limited discovery, (2) the status of the D.C. Circuit litigation that Denka filed regarding the Clean Air Act "Final Rule," and (3) the impact of the Fifth Circuit litigation regarding the Louisiana Department of Environmental Quality's action on Denka's request to extend the Final Rule's compliance deadline. The status conference will be held in-person, but out-of-town counsel may attend via Zoom if they so choose. Any out-of-counsel wishing to attend via Zoom should inform the Court by **November 14, 2024.**

**IT IS FURTHER ORDERED** that the parties are to submit a joint status report to the Court by **November 14, 2024** informing the Court of the status of this litigation and of the litigation proceeding before the Fifth Circuit and D.C. Circuit and what impact, if any, that action has on the instant matter.

New Orleans, Louisiana, this 8th day of October, 2024.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE