MINUTE ENTRY
BARBIER, J.
NOVEMBER 21, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO: 23-735 |
| DENKA PERFORMANCE ELASTOMER LLC AND DUPONT SPECIALTY PRODUCTS USA, LLC | SECTION: "J"(3) |

| | |
|---|---|
| COURTROOM DEPUTY: Cheyenne Green | COURT REPORTER: Alexis Vice |

## **STATUS CONFERENCE**

The Court held a status conference in court. The parties in person attendance and attendance via Zoom are listed on the attached sign in sheet. At the conference, the Court discussed the status of litigation pending in the D.C. Circuit and the Fifth Circuit Courts of Appeal. Counsel in the present case agreed that the Court should reopen this case, but disagreed on how to proceed forward. The Court advised counsel that it intended to reschedule the bench trial of the Government's Motion for Preliminary and Permanent Injunctions (Rec. Doc. 9) during March or April of 2025. This trial is expected to last ten days. The Court gave directions to counsel for them to confer and submit a proposed joint scheduling order with appropriate deadlines, including a final pretrial conference date. This proposed order should be submitted within the next 14 days.

Following discussion with counsel, the Court **ORDERED** as follows:

1. The Court **DENIED** the United States of America's MOTION in Limine to Exclude Legal Opinion of Donald "Deever" Bradley (R. Doc. 148) and MOTION

in Limine to Exclude Cumulative and Duplicative Expert and Opinion Testimony (Rec. Doc. 149).  This ruling does not preclude the Government from objecting to specific questions to the witnesses at trial.

2. **IT IS ORDERED** that the Government should advise and disclose to Denka whether there is any new or additional modeling regarding the Final Rule versus the Proposed Rule. If so, the Government is to provide the modeling data to Denka's counsel or direct counsel to specific documents in the public record. The Government agreed to provide this information by November 29, 2024.

3. Except as provided above, **IT IS ORDERED** that discovery is closed and Denka's request for additional discovery is **DENIED**.

4. The Government's Motion to Dismiss Denka's Remaining Counterclaim (Rec. Doc. 111) is **TAKEN UNDER ADVISEMENT.**

5. Denka's pending MOTION for Summary Judgment (Rec. Doc. 131) is **TAKEN UNDER ADVISEMENT**.  The Court will advise counsel if any further briefing or oral argument is necessary.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

JS-10: 1hr. 22 mins.