# CONFERENCE ATTENDANCE RECORD

DATE: 11/21/24                    TIME: _____

CASE NAME: USA v. Denka

CIVIL DOCKET NO. 23-735            CRIMINAL DOCKET NO. _____

CIRCLE ONE:    (STATUS)    PRE-TRIAL    SETTLEMENT

ATTORNEYS PRESENT: (Please PRINT your name, telephone number and the party you represent)

Heather Gange    202-532-3157    Plaintiff EPA
Hannah Frazier   202-532-5548    US/EPA
Steven Shermer   202-514-1134    US-DOJ
Robert Holden    504 582-8139,   counsel for DPE
David Super      202-251-2449    DPE
Kevin Voelkel    202-828-1713    DPE
Eric Jarrell                     Dupont

**VIA ZOOM:**
Jonah M Seligman, Daniel Smith for USA; Jason B Hutt, Jeffrey Holmstead for Denka