UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL DOCKET |
| VERSUS | NO. 23-735 |
| DENKA PERFORMANCE ELASTOMER LLC ET AL. | SECTION: "J"(5) |

## ORDER

Considering the foregoing *Joint Proposed Scheduling Order* **(Rec. Doc. 189)**,

**IT IS HEREBY ORDERED** that the *Proposed Pretrial Schedule Based on April 14 Trial Start* "Attachment A" (Rec. Doc. 189-1) is **ADOPTED as an Order of the Court**.

**FURTHER, IT IS HEREBY ORDERED** that the Parties' request regarding presentation of rebuttal testimony is **GRANTED**.

New Orleans, Louisiana, this 8th day of January, 2025.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

_United States v. Denka Performance Elastomer, LLC et al. (2:23-cv-735)_

# Attachment A

**Proposed Pretrial Schedule Based on April 14 Trial Start**

| Deadline | Action Item |
| --- | --- |
| Feb. 17, 2025 | Exchange updated expert witness disclosures (limited to updated facts since last declarations: no new opinions; no rebuttal declarations). |
| Feb. 17, 2025 | File revised pretrial disclosures under FRCP 26(a)(3) |
| Feb. 24, 2025 | Exchange objections to revised pretrial disclosures under FRCP 26(a)(3) |
| Mar. 3, 2025 | Exchange final exhibit lists/witness lists/ deposition designations; exchange objections to all three |
| Week of Mar. 17, 2025 | Conference of counsel re: Joint Pretrial Order per Court's procedures (§ II – at least 10 days before pretrial conference) |
| Mar. 27, 2025 | Submit Joint Pretrial Order (1 week before final pretrial conference) |
| Mar. 27, 2025 | Submit Amended Proposed Findings of Fact and Conclusions of Law |
| Apr. 3, 2025 | Final pretrial conference (New Orleans) |
| No later than April 9, 2025 (5 days before trial at noon) | Exchange and submit exhibit bench books, deposition designations, and final "will call" witness lists per Court's procedures |
|  | Submit demonstratives to Court 1-2 business days before presenting.  *See* Court's pretrial order procedure ¶ 12.a |
| Apr. 14-25, 2025 | Trial (estimated 10 days) |
| As directed by the Court | Post-trial briefing |