UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL DOCKET |
| VERSUS | NO. 23-735 |
| DENKA PERFORMANCE ELASTOMER LLC ET AL. | SECTION: "J"(5) |

## ADDENDUM ORDER

This Addendum Order is regarding the Court's previous Order that adopted the parties' Proposed Pretrial Order Attachment A. (Rec. Doc. 190).

**IT IS HEREBY ORDERED** that the pretrial conference will be held on April 3, 2025, at 2:00 p.m. and the bench trial will be held on April 14, 2025 through April 25, 2025, commencing at 8:00 a.m.

New Orleans, Louisiana, this 13th day of January, 2025.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE