UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL DOCKET |
| VERSUS | NO. 23-735 |
| DENKA PERFORMANCE ELASTOMER LLC AND DUPONT SPECIALTY PRODUCTS USA, LLC | SECTION: "J"(5) |

## ORDER

**IT IS HEREBY ORDERED** that the parties are to attend a status conference on **Wednesday, February 19, 2025 at 2:00 P.M.** The status conference will be held on Zoom. Any counsel who intends to participate should inform the Court by **2:00 P.M. on Tuesday, February 18, 2025**. The Court's Case Manager, Cheyenne Green, will send the Zoom link via email to all participating counsel no later than 9:00 A.M. on Wednesday, February 19, 2025.

New Orleans, Louisiana, this 14th day of February, 2025.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE