IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DENKA PERFORMANCE ELASTOMER LLC and DUPONT SPECIALTY PRODUCTS USA, LLC,<br><br>    Defendants. | CIVIL ACTION NO. 2:23-cv-735<br><br>SECTION J(5)<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE NORTH |

**DENKA PERFORMANCE ELASTOMER LLC'S
<u>DESIGNATIONS OF DEPOSITION TESTIMONY</u>**

Pursuant to the Court's Order dated January 8, 2025 (R. Doc. 190), and Rule 26(a)(3) of the Federal Rules of Civil Procedure, Denka Performance Elastomer LLC submits the following designations of deposition testimony it may present at trial in lieu of the witnesses' live testimony.

| Witness | Designations | Exhibits |
|---|---|---|
| James Leathers | 12:7-13:6<br>13:17-14:8<br>15:13-16:2<br>18:24-20:14<br>20:22-21:14<br>24:4-7<br>24:22-25:17<br>26:7-27:4<br>27:23-29:7<br>29:16-20<br>30:8-22<br>31:17-33:12<br>35:16-24 | Exhibit 144<br><br><br><br><br>Exhibit 111 |

| Witness | Designations | Exhibits |
|---|---|---|
| | 36:9-45:11 | |
| | 47:25-48:1 | Exhibit 145 |
| | 49:5-50:2 | |
| | 50:19-23 | |
| | 51:8-21 | |
| | 53:9-54:1 | |
| | 54:23-55:19 | |
| | 55:25-56:22 | |
| | 62:7-64:7 | |
| | 65:19-66:15 | |
| | 66:22-69:7 | |
| | 69:20-70:2 | |
| | 70:9-13 | |
| | 70:21-71:8 | |
| | 71:15-72:7 | |
| | 74:16-19 | |
| | 75:3-6 | |
| | 75:23-76:4 | |
| | 76:8-17 | Exhibit 147 |
| | 78:23-81:7 | |
| | 81:12-82:5 | Exhibit 148 |
| | 85:19-22 | |
| | 86:3-18 | |
| | 110:5-112:7 | Exhibit 146 |
| | 113:5-114:18 | Exhibit 150 |
| | 118:3-12 | |
| | 123:1-124:9 | |
| | 125:17-126:7 | |
| | 127:12-129:4 | |
| | 129:7-14 | |
| | 130:11-131:3 | |
| | 131:9-132:14 | |
| | 132:15-16 | Exhibit 151 |
| | 133:11-24 | |

| Witness | Designations | Exhibits |
|---|---|---|
| | 134:12-16 | |
| | 136:8-25 | |
| | 137:1-21 | Exhibit 153 |
| | 140:6-141:14 | |
| | 142:7-19 | |
| | 144:1-9 | |
| | 144:16-23 | |
| | 145:4-6 | Exhibit 13 |
| | 145:9-23 | |
| | 148:6-12 | |
| | 149:3-150:11 | |
| | 150:17-152:17 | |
| | 152:18-19 | Exhibit 154 |
| | 153:1-25 | |
| | 154:17-25 | |
| | 155:9-18 | |
| | 155:21-25 | Exhibit 155 |
| | 156:8-14 | |
| | 157:9-158:6 | |
| | 160:2-3 | Exhibits 156 & 157 |
| | 160:6-23 | |
| | 161:1-16 | |
| | 162:10-163:1 | |
| | 163:12-22 | |
| | 165:1-166:18 | |
| | 167:15-168:9 | |
| | 169:19-20 | |
| | 170:1 | |
| | 170:14-173:9 | |
| | 173:17-174:12 | Exhibit 158 |
| | 174:20-176:8 | |
| | 176:13-16 | |
| | 177:10-178:16 | |
| | 178:22-179:15 | |

| Witness | Designations | Exhibits |
|---|---|---|
| | 179:22-23 | Exhibit 159 |
| | 180:12-25 | |
| | 181:20-183:5 | Exhibit 160 |
| | 183:7-184:3 | |
| | 184:19 | Exhibit 161 |
| | 187:9-19 | |
| | 189:6-8 | |
| | 190:10-191:18 | |
| | 192:12-22 | |
| | 193:20-197:17 | |
| | 201:6-202:20 | Exhibit 164 |
| | 210:20-212:3 | Exhibit 167 |
| | 216:5-217:7 | |
| | 217:16-17 | Exhibit 169 |
| | 219:1-220:14 | |
| | 221:5-14 | |
| | 225:17-228:13 | Exhibit 38 |
| | 234:7-235:10 | Exhibit 171 |
| | 241:8-13 | |
| | 246:10-247:19 | |
| | 248:14-250:1 | |
| | 251:10-19 | |
| | 252:14-253:2 | |
| | 254:1-255:12 | |
| | 255:20-263:7 | |
| | 267:18-270:18 | |
| Kristina Thayer | 21:10-21:16 | |
| | 24:17-25:3 | |
| | 25:22-26:22 | |
| | 27:1-27:23 | |
| | 44:6-44:16 | |
| | 53.7-53:15 | |
| | 53:16-23 | |

| Witness | Designations | Exhibits |
|---|---|---|
|  | 53:24-55:13<br>55:14-19<br>55:20-56:3<br>57:7-10<br>57:18-59:5<br>59:14-60:11<br>63:5-64:14<br>154:1-14<br>155:8-156:9<br>171:24-172:12<br>179:16-180:4<br>182:4-183:4<br>183:16-184:5<br>205:3-18<br>213:12-214:10 | Exhibit 10 |
| Nicholas Bobbs | 21:18-22:22<br>31:13-32:11<br>52:7-11<br>74:19-76:16<br>103:19-104:10<br>107:12-108:7<br>115:10-13<br>120:16-121:22<br>125:17-22<br>127:17-22<br>134:16-136:1<br>163:10-164:10<br>173:7-174:16<br>187:1-14<br>188:1-189:10<br>191:2-9<br>198:6-199:19<br>211:10-212:1<br>230:12-17 | Exhibit 117<br>Exhibit 119<br><br><br>Exhibit 120<br>Exhibit 121<br><br>Exhibit 119<br>Exhibit 117 |

| Witness | Designations | Exhibits |
|---|---|---|
| | 232:16-234:2 <br> 234:14-237:11 <br> 246:5-21 | |

DPE reserves the right to amend, supplement, and withdraw its designations at any time before or during trial. DPE further reserves the right to object to any designations that the United States and DuPont Specialty Products USA, LLC may offer at trial.

Finally, DPE reserves the right to introduce deposition testimony of Dr. Gary M. Marsh, DPE's former epidemiology expert who passed away on October 26, 2023, and for whom the Court permitted DPE to substitute Dr. Kenneth Mundt as an expert witness. R. Doc. 110. DPE does not intend to introduce Dr. Marsh's deposition testimony as part of its affirmative case. However, to the extent the United States seeks to utilize such testimony and/or introduces evidence or argument that is uniquely addressed by Dr. Marsh's deposition testimony, then DPE reserves the right to introduce relevant portions of Dr. Marsh's deposition testimony for purposes of responding and completing the record.

-7-

| | |
|---|---|
| Dated: February 17, 2025 | Respectfully submitted, |

JONES WALKER LLP

James C. Percy (La. Bar No. 10413)
445 N. Boulevard, Suite 800
Baton Rouge, LA 70802
Telephone: (225) 248-2130
Facsimile: (225) 248-3130
jpercy@joneswalker.com

Robert E. Holden (La. Bar No. 06935)
Brett S. Venn (La. Bar No. 32954)
201 St. Charles Ave., Suite 5100
New Orleans, LA 70170
Telephone: (504) 582-8000
Facsimile: (504) 582-8583
bholden@joneswalker.com
bvenn@joneswalker.com

/s/ David A. Super
David A. Super (*pro hac vice*)
Jason B. Hutt (*pro hac vice*)
Jeffrey R. Holmstead (*pro hac vice*)
Kevin D. Collins (*pro hac vice*)
Britt Cass Steckman (*pro hac vice*)
Kevin M. Voelkel (*pro hac vice*)
BRACEWELL LLP
2001 M Street NW, Ste. 900
Washington, DC 20006
Telephone: (202) 828-5800
david.super@bracewell.com
jason.hutt@bracewell.com
jeff.holmstead@bracewell.com
kevin.collins@bracewell.com
britt.steckman@bracewell.com
kevin.voelkel@bracewell.com

***Counsel for Defendant Denka Performance Elastomer LLC***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 18, 2025, a true and complete copy of the foregoing Rule 26(a)(3) pretrial disclosures (Designations of Deposition Testimony) was filed with the U.S. District Court for the Eastern District of Louisiana using the Court's CM/ECF system. Notice of this Electronic Filing will be sent to all parties by operation of the Court's CM/ECF system.

In addition, I HEREBY CERTIFY that on February 17, 2025, a true and complete copy of the foregoing Rule 26(a)(3) pretrial disclosures (Designations of Deposition Testimony) was served upon the following counsel by electronic mail based on agreement of the parties given the unavailability of the Court's CM/ECF system:

| United States of America | | Steven D. Shermer (steven.shermer@usdoj.gov) |
| | | Daniel S. Smith (dan.smith2@usdoj.gov) |
| | | Davis H. Forsythe (davis.forsythe@usdoj.gov) |
| | | Hannah L Frazier (hannah.frazier@usdoj.gov) |
| | | Scott Cernich (scott.cernich@usdoj.gov) |
| | | |
| Dupont Specialty Products USA, LLC | | Eric E. Jarrell (ejarrell@kingjurgens.com) |

        */s/ David A. Super*
        David A. Super (*pro hac vice*)