MINUTE ENTRY
BARBIER, J.
FEBRUARY 19, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO: 23-735 |
| DENKA PERFORMANCE ELASTOMER LLC AND DUPONT SPECIALTY PRODUCTS USA, LLC | SECTION: "J"(3) |

| | |
|---|---|
| COURTROOM DEPUTY: | COURT REPORTER: |
| Cheyenne Green | Karen Ibos |

## STATUS CONFERENCE

The Court held a status conference on Zoom. The following were in attendance: Jonah M. Seligman, Steven David Shermer, Daniel Stephen Smith, Davis Hoskins Forsythe, and Hannah Lee Frazier representing the United States of America; Robert E. Holden, David A. Super, Jason B. Hutt, and Jeffrey Holmstead representing Denka Performance Elastomer LLC ("Denka"); and Eric E. Jarrell representing DuPont Specialty Products USA, LLC ("DuPont"). At the conference, the Court generally discussed the status of litigation and upcoming deadlines.

Following discussion with counsel, the Court **ORDERED** as follows:

1. **ORDERED** that Denka shall file Rule 26 (a)(2)(C) expert disclosures regarding all opinions that Aurelia S. Giacometto and Dr. Amanda Vincent, PhD will offer during trial, such disclosures are to be filed no later than **Friday, February 21, 2025**.

2. **ORDERED** that Plaintiff shall file any opposition to Denka's disclosure of witnesses, Aurelia S. Giacometto and Dr. Amanda Vincent, PhD, no later than **Friday, February 28, 2025**, any reply shall be filed no later than **Monday, March 10, 2025**.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

JS-10: 33 mins.