IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) CIVIL ACTION NO. 2:23-cv-735 |
| v. | ) SECTION J(5) |
| **DENKA PERFORMANCE ELASTOMER LLC and DUPONT SPECIALTY PRODUCTS USA, LLC,** | ) JUDGE BARBIER |
| | ) MAGISTRATE JUDGE NORTH |
| Defendants. | ) |

**NOTICE OF ERRATA TO
DENKA PERFORMANCE ELASTOMER LLC'S EXHIBIT LIST**

Defendant Denka Performance Elastomer LLC ("DPE") filed its pretrial disclosure Exhibit List on February 18, 2025 [ECF No. 198]. The attached Amended Exhibit List corrects some inadvertent errors on pp. 17-18 of Exhibit A thereto.

Also attached is a redline of pp. 17-18 of Exhibit A showing the changes.

Dated: February 20, 2025    Respectfully submitted,

JONES WALKER LLP

James C. Percy (La. Bar No. 10413)
445 N. Boulevard, Suite 800
Baton Rouge, LA 70802
Telephone: (225) 248-2130
Facsimile: (225) 248-3130
jpercy@joneswalker.com

Robert E. Holden (La. Bar No. 06935)
Brett S. Venn (La. Bar No. 32954)
201 St. Charles Ave., Suite 5100
New Orleans, LA 70170
Telephone: (504) 582-8000
Facsimile: (504) 582-8583
bholden@joneswalker.com
bvenn@joneswalker.com

 /s/ David A. Super
David A. Super (*pro hac vice*)
Jason B. Hutt (*pro hac vice*)
Jeffrey R. Holmstead (*pro hac vice*)
Kevin D. Collins (*pro hac vice*)
Britt Cass Steckman (*pro hac vice*)
Kevin M. Voelkel (*pro hac vice*)
BRACEWELL LLP
2001 M Street NW, Ste. 900
Washington, DC 20006
Telephone: (202) 828-5800
david.super@bracewell.com
jason.hutt@bracewell.com
jeff.holmstead@bracewell.com
kevin.collins@bracewell.com
britt.steckman@bracewell.com
kevin.voelkel@bracewell.com

***Counsel for Defendant Denka Performance Elastomer LLC***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 20, 2025, a true and complete copy of the foregoing NOTICE OF ERRATA TO DENKA PERFORMANCE ELASTOMER LLC'S EXHIBIT LIST was filed with the U.S. District Court for the Eastern District of Louisiana using the Court's CM/ECF system. Notice of this Electronic Filing will be sent to all parties by operation of the Court's CM/ECF system.

/s/ David A. Super
David A. Super (*pro hac vice*)