| Count | PROD_BEG | Trial Exhibit Date | Trial Exhibit Description |
|---|---|---|---|
| 257 | [NONE] | 10/18/2023 | DPE Rulemaking Comments PowerPoint Slide Deck presented to EPA on October 18, 2023 |
| 258 | [NONE] | 5/28/2024 | DPE DC Circuit Stay Motion (Doc. No. 2056561) (filed 5/28/2024), Table on pg. 16 titled, "EPA Maximum Individual Risk Estimates Greater Than 1-in-10,000 By Facility Since 2020" |
| 259 | [NONE] | 2019 | DPE DC Circuit Stay Motion (Doc. No. 2056561) (filed 5/28/2024), Exhibit Q, "Select 2019 AirToxScreen Assessment Results" |
| 260 | [NONE] | Mar. 2024 | Summary of Public Comments and Responses for New Source Performance Standards for the Synthetic Organic Chemical Manufacturing Industry and National Emission Standards for Hazardous Air Pollutants for the Synthetic Organic Chemical Manufacturing Industry and Group I & II Polymers and Resins Industry |
| 261 | [NONE] | Mar. 2024 | Residual Risk Assessment for the Synthetic Organic Chemical Manufacturing Industry (SOCMI) Source Category in Support of the 2024 Risk and Technology Review Final Rule |
| 262 | [NONE] | 1/21/2025 | President Donald Trump Executive Order, *Ending Illegal Discrimination and Restoring Merit-based Opportunity* (Jan. 21, 2025) |
| 263 | [NONE] | 4/19/2024 | DPE LDEQ Extension Request |
| 264 | [NONE] | ~~4/29/2024~~4/19/2024 | Declaration of Chris Meyers in Support of LDEQ Extension Request |
| 265 | [NONE] | 7/10/2024 | Declaration of Chris Meyers in Support of 5th Circuit Motion for Stay |
| 266 | [NONE] | 7/31/2024 | 5th Circuit Stay Order |
| 267 | [NONE] | 7/11/2024 | ~~LDEQ Letter Granting Extension~~ Request for Stay 5th Circuit |
| 268 | [NONE] | 6/27/2024 | LDEQ Letter Granting Extension Request |
| ~~268~~269 | [NONE] | 6/28/2024 | Expedited Request for Position Regarding Validity of Extension of Time in June 27, 2024 Letter from LDEQ |
| ~~269~~270 | [NONE] | 3/15/2024 | DPE Notice of Intent to Submit Extension Request to EPA |
| ~~270~~271 | [NONE] | 7/26/2024 | DPE EPA ~~Stay~~Extension Request |
| ~~271~~272 | [NONE] | 7/25/2024 | Declaration of Chris Meyers in Support of EPA Extension Request |

-18-

| Count | PROD_BEG | Trial Exhibit Date | Trial Exhibit Description |
|---|---|---|---|
| ~~272~~273 | [NONE] | 8/9/2024 | EPA Response to DPE Extension Request |
| ~~273~~274 | [NONE] | 4/30/2024 | EPA Letter Response to DPE Stay Request |
| ~~274~~275 | [NONE] | 4/17/2024 | DPE Stay Request to EPA |