IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) CIVIL ACTION NO. 2:23-cv-735 |
| v. | ) SECTION J(5) |
| **DENKA PERFORMANCE ELASTOMER LLC and DUPONT SPECIALTY PRODUCTS USA, LLC,** | ) JUDGE BARBIER |
| | ) MAGISTRATE JUDGE NORTH |
| Defendants. | ) |

**DENKA PERFORMANCE ELASTOMER LLC'S
AMENDED EXHIBIT LIST**

Pursuant to Attachment A of the Court's Order dated January 8, 2025 (R. Doc. 190), and Rule 26(a)(3) of the Federal Rules of Civil Procedure, Denka Performance Elastomer LLC ("DPE") provides its amended pretrial disclosure exhibit list.

A. Exhibits DPE Expects to Offer

1. The documents and other exhibits listed in the attached Exhibit A.

B. Exhibits DPE May Offer if the Need Arises

1. The documents and other exhibits listed in the attached Exhibit B.

2. Summaries of any modeling data and other data produced in this action.

3. Any documents or tangible things identified on the United States' exhibit list, without waiving any objections to the admissibility of such documents if they are offered into evidence by the United States.

4. Any documents or tangible things identified on DuPont Specialty Products USA, LLC's ("DuPont") exhibit list, without waiving any objections to the admissibility of such documents if they are offered into evidence by DuPont.

5. Any documents necessary for impeachment or rebuttal purposes.

-2-

Pursuant to the Attachment A of the Court's Order, DPE will be prepared to submit demonstrative exhibits to the Court 1-2 business days before presenting them at trial. Accordingly, DPE's demonstrative exhibits are not listed herein.

| | |
|---|---|
| Dated: February 20, 2025 | Respectfully submitted, |
| JONES WALKER LLP | /s/ David A. Super |
| | David A. Super (*pro hac vice*) |
| James C. Percy (La. Bar No. 10413) | Jason B. Hutt (*pro hac vice*) |
| 445 N. Boulevard, Suite 800 | Jeffrey R. Holmstead (*pro hac vice*) |
| Baton Rouge, LA 70802 | Kevin D. Collins (*pro hac vice*) |
| Telephone: (225) 248-2130 | Britt Cass Steckman (*pro hac vice*) |
| Facsimile: (225) 248-3130 | Kevin M. Voelkel (*pro hac vice*) |
| jpercy@joneswalker.com | BRACEWELL LLP |
| | 2001 M Street NW, Ste. 900 |
| Robert E. Holden (La. Bar No. 06935) | Washington, DC 20006 |
| Brett S. Venn (La. Bar No. 32954) | Telephone: (202) 828-5800 |
| 201 St. Charles Ave., Suite 5100 | david.super@bracewell.com |
| New Orleans, LA 70170 | jason.hutt@bracewell.com |
| Telephone: (504) 582-8000 | jeff.holmstead@bracewell.com |
| Facsimile: (504) 582-8583 | kevin.collins@bracewell.com |
| bholden@joneswalker.com | britt.steckman@bracewell.com |
| bvenn@joneswalker.com | kevin.voelkel@bracewell.com |

**Counsel for Defendant Denka Performance Elastomer LLC**