**EXHIBIT A**

**Exhibits DPE Expects to Offer**

| Count | PROD_BEG | Trial Exhibit Date | Trial Exhibit Description |
|---|---|---|---|
| 1 | [NONE] | 9/15/1983 | (Doc 131-6) EPA Guidance on Use of Section 303 of the Clean Air Act (Sept. 15, 1983) |
| 2 | [NONE] | 9/24/1986 | (Doc 73-23) Part 1: EPA, Guidelines for Carcinogen Risk Assessment (Sept. 1986) Part 2: EPA, Guidelines for Carcinogen Risk Assessment (March 2005) |
| 3 | [NONE] | 7/28/1988 | National Emission Standards for Hazardous Air Pollutants; Proposed Rule and Notice of Public Hearing (40 CFR Part 61) (Depo Ex. 174) |
| 4 | [NONE] | 7/28/1988 | (Doc 131-16) 53 Fed. Reg. 28,496 (July 28, 1988) |
| 5 | [NONE] | 9/14/1989 | (Doc 131-12) 54 Fed. Reg. 38,044 (Sept. 14, 1989) ("Benzene Rule") |
| 6 | [NONE] | 1990 | Occupational Epidemiology, 2nd Edition by Richard R. Monson, M.D., Sc.D. (Depo Ex. 48) |
| 7 | [NONE] | 1994 | (Doc 131-40) National Research Council, Science and Judgment in Risk Assessment (1994), Appendix D |
| 8 | [NONE] | 10/1/1994 | (Doc 131-35) Methods for Derivation of Inhalation Reference Concentrations and Application of Inhalation Dosimetry (Oct. 1994) |
| 9 | [NONE] | 7/14/1995 | Taubes, et. al. (1995) Epidemiology Faces its Limits (Depo Ex. 47) |
| 10 | [NONE] | 1997 | Cartography and Geographic Information Systems - Exploring the Use of Buffer Analysis for the Identification of Impacted Areas In Environmental Equity Assessment (Chakraborty and Armstrong) (Depo Ex. 137). |
| 11 | EPA_0028969 | 9/1/1998 | September 1998 NTP Technical Report on the Toxicology and Carcinogenesis Studies of Chloroprene (Depo Ex. 17) |
| 12 | [NONE] | 1999 | Carcinogenesis Vol. 20; No. 5; pp. 867-879, 1999 (Depo Ex. 73) |
| 13 | [NONE] | 1999 | Sills, et. al. (1999) High Frequency of Codon Transversions in Lung and Harderian Gland Neoplasms of B6C3F1 Mice Exposed to Chloroprene for 2 years, and Comparisons with the Structurally Related Chemicals Isoprene and 1,3-Butadiene (Depo Ex. 18) |

| Count | PROD_BEG | Trial Exhibit Date | Trial Exhibit Description |
|---|---|---|---|
| 14 | [NONE] | 11/25/2000 | Comparison of Cancer Risk Estimates for Vinyl Chloride Using Animal and Human Data with a PBPK Model (Depo Ex. 91) |
| 15 | [NONE] | 2001 | Sills, et. al. (2001) Point mutations of K-ras and H-ras genes in forestomach neoplasms from control B6C3F1 mice and following exposure to 1,3-butadiene, isoprene or chloroprene for up to 2-years (Depo Ex. 19) |
| 16 | [NONE] | 2001 | Himmelstein, et. al. (2001) In Vitro Genotoxicity Testing of (1-chloroethyl) Oxirane, a Metabolite of Beta Chloroprene (Depo Ex. 81) |
| 17 | [NONE] | 2/1/2003 | (Doc 131-18) America's Children and the Environment Report, 2d. Ed. (Feb. 2003) |
| 18 | [NONE] | 1/28/2004 | Kinetic Modeling of beta-chloroprene metabolism: the application of physiologically based modeling for cancer dose response analysis (Himmelstein) (Jan. 28, 2004) (Depo Ex. 82) |
| 19 | [NONE] | 4/1/2004 | (Doc 73-22) EPA, Air Toxics Risk Assessment Ref. Library, Vol 2 (Apr. 2004) |
| 20 | [NONE] | 3/1/2005 | EPA Guidelines for Carcinogen Risk Assessments, dated March 2005 (Depo Ex. 93) |
| 21 | [NONE] | 4/15/2005 | (Doc 131-22) 70 Fed. Reg. 19,992 (April 15, 2005) |
| 22 | [NONE] | 5/2/2006 | Ton, et. al. (2006) Evaluation of genetic alterations in cancer-related genes in lung and brain tumors from B6C3F1 mice exposed to 1,3 butadiene or chloroprene (Depo Ex. 72) |
| 23 | [NONE] | 8/22/2006 | Mortality Patterns Among Industrial Workers Exposed to Chloroprene and Other Substances, II. Mortality in Relation to Exposure; Marsh, et al., 2007-B (Depo Ex. 101) |
| 24 | [NONE] | 8/22/2006 | Mortality Patterns Among Industrial Workers Exposed to Chloroprene and Other Substances, I. General Mortality Patterns; Marsh, et. al. 2007-A (Depo Ex. 100) |
| 25 | [NONE] | 9/10/2006 | Comparison of Standardized Mortality Ratios (SMRs) Obtained From Use of Reference Populations Based on a Company-Wide Registry Cohort to SMRs Calculated Against Local and National Rates; Leonard, et. al. (Depo Ex. 102) |
| 26 | [NONE] | 5/3/2007 | (Doc 131-23) 72 Fed. Reg. 25,138 (May 3, 2007) |

| Count | PROD_BEG | Trial Exhibit Date | Trial Exhibit Description |
|---|---|---|---|
| 27 | [NONE] | 2010 | International Program on Chemical Safety's Characterization and Application of PBPK Models in Risk Assessment (Depo Ex. 90) |
| 28 | [NONE] | 1/26/2010 | Final Reviewer Comments: External Peer Review Meeting on the Toxicological Review of Chloroprene (Depo Ex. 71) |
| 29 | [NONE] | 1/26/2010 | RFR Exhibit G: Final Reviewer Comments for the External Peer Review Meeting on the Toxicological Review of Chloroprene (Depo Ex. 43) |
| 30 | EPA_0028252 | 9/1/2010 | September 2010 Toxicological Review of Chloroprene in Support of Summary Information on the IRIS (Depo Ex. 10) |
| 31 | [NONE] | 9/1/2010 | September 2010 Toxicological Review of Chloroprene in Support of Summary Information on the IRIS (Depo Ex. 86) |
| 32 | [NONE] | 9/1/2010 | (Doc 73-21) 2010 Toxicological Review of Chloroprene |
| 33 | [NONE] | 9/1/2010 | (Doc 131-37) 2010 Toxicological Review of Chloroprene |
| 34 | [NONE] | 2011 | Proximity Analysis for Exposure Assessment in Environmental Health Justice Research (Depo Ex. 138) |
| 35 | [NONE] | 7/19/2011 | Clewell, Schlosser, et. al. (2012) PBPK Model Use in Risk Assessment – Why Being Published is Not Enough (Depo Ex. 92) |
| 36 | [NONE] | 9/1/2011 | Exposure Factors Handbook: 2011 Edition, Chapter 16 (Depo Ex. 76) |
| 37 | [NONE] | 11/4/2011 | (Doc 73-20) EPA, Nat'l Emission Stands. for Haz. Air Pollutants: Primary Lead Smelting, Sum. of Pub. Comment and Response, Docket No. EPA-HQ-OAR-2004-0305 (Nov. 4, 2011) |
| 38 | [NONE] | 11/4/2011 | (Doc 131-42) EPA, Nat'l Emission Stands. for Haz. Air Pollutants: Primary Lead Smelting, Sum. of Pub. Comment and Response, Docket No. EPA-HQ-OAR-2004-0305 |
| 39 | [NONE] | 4/17/2013 | Kirkeleit, et. al. (2013) The Healthy Worker Effect in Cancer Incidence Studies (Depo Ex. 104) |
| 40 | [NONE] | 4/17/2013 | Kirkeleit, et. al. (2013) The Healthy Worker Effect in Cancer Incidence Studies (Depo Ex. 44) |
| 41 | DPE_ISE_00003051 | 11/4/2013 | DuPont Performance Polymers Slides from Company Meeting (Depo Ex. 194) |

| Count | PROD_BEG | Trial Exhibit Date | Trial Exhibit Description |
|---|---|---|---|
| 42 | [NONE] | 3/21/2014 | Allen, et. al. (2014) A constrained maximum likelihood approach to evaluate the impact of dose metric on cancer risk assessment: Application to Chloroprene (Depo Ex. 79) |
| 43 | DPE_ISE_00000419 | 12/9/2014 | DuPont & DPE Site Service Agreement (Depo Ex. 181) |
| 44 | DPE_ISE_00000954 | 10/30/2015 | DuPont and Denka Ground Lease (Depo Ex. 180) |
| 45 | EPA_0895703 | 12/1/2015 | Denka Chronology (Depo Ex. 148) |
| 46 | [NONE] | 5/25/2016 | Memo re EPA's Integrated Risk Information System (IRIS) Assessment of Chloroprene (Depo Ex. 3) |
| 47 | [NONE] | 5/25/2016 | (Doc 131-43) EPA, Air Monitoring for Chloroprene Concentrations in LaPlace, LA from May 25, 2016 through July 16, 2020 Summary Report (Sept. 2020) |
| 48 | EPA_1713590 | 7/5/2016 | (Doc 131-28) 7/5/16 EPA Email Exhibit 25 11/13/17 Letter from Prof. Mark Squillace to EPA |
| 49 | EPA_1713590 | 7/25/2016 | EPA emails re Request for Concurrence on Issuance of CAA Section 303 against DPE (Depo Ex. 152) |
| 50 | EPA_2322100 | 8/10/2016 | Email from Margaret Osbourne to Richard Helmich re Information for Thursday's Denka Call (Depo Ex. 151) |
| 51 | EPA_2322100 | 8/10/2016 | (Doc 131-27) 8/10/16 EPA Email |
| 52 | EPA_1277284 | 8/22/2016 | August 2016 email regarding LDEQ's plans to control emission points with an RTO (Depo Ex. 155) |
| 53 | [NONE] | 8/23/2016 | IRIS Review Process: Chloroprene and the Criticality of Good Science (Depo Ex. 87) |
| 54 | EPA_0817331 | 9/15/2016 | EPA PowerPoint regarding IRIS program and DPE (Depo Ex. 156) |
| 55 | EPA_0817316 | 9/15/2016 | EPA PowerPoint regarding IRIS program and DPE (Depo Ex. 157) |
| 56 | EPA_0000154 | 10/1/2016 | Focused Clean Air Act Compliance Investigation (Depo Ex. 147) |
| 57 | [NONE] | 6/26/2017 | Letter from B. Holden to EPA re: Request for Correction -Toxicological Review of Chloroprene (Depo Ex. 85) |
| 58 | EPA_1410915 | 7/14/2017 | Email from John Vandenberg providing summary of the meeting with gov't officials in LA regarding chloroprene emissions from Denka (Depo Ex. 203) |
| 59 | EPA_2260435 | 9/1/2017 | EPA Draft Systematic Review of Chloroprene Studies Published Since 2010 IRIS Assessment to Support Consideration for DPE RFC (Depo Ex. 22) |

| Count | PROD_BEG | Trial Exhibit Date | Trial Exhibit Description |
|---|---|---|---|
| 60 | [NONE] | 9/21/2017 | Samuel Shapiro, Causation, Bias and Confounding: A Hitchhiker's Guide to the Epidemiological Galaxy (Depo Ex. 46) |
| 61 | EPA_0827745 | 10/23/2017 | Email from Margaret Osbourne to Steve Thompson re Denka Timeline (Depo Ex. 160) |
| 62 | EPA_0827745 | 10/23/2017 | (Doc 131-32) 10/23/17 EPA Email |
| 63 | EPA_2260434 | 11/7/2017 | Email from Cote to P. White re PK and chloroprene (Depo Ex. 21) |
| 64 | EPA_1410091 | 11/13/2017 | Letter from Mark Squillace to Samuel Coleman re: Request for emergency action under Section 303 of the Clear Air Act (Depo Ex. 13) |
| 65 | EPA_1664080 | 11/13/2017 | (Doc 73-12) Letter from M. Squillace, to S. Coleman, Acting EPA Region 6 Administrator (Nov. 13, 2017) |
| 66 | EPA_1410091 | 11/13/2017 | (Doc 131-29) 11/13/17 Letter from Prof. Mark Squillace to EPA |
| 67 | EPA_0911231 | 12/15/2017 | (Doc. 73-13) 12/15/17 Reply letter from EPA to M. Squillace and related correspondence (Ex. 13 to Denka's Opposition to Motion for Preliminary Injunction) (Depo Ex. 154) |
| 68 | EPA_0911231 | 12/15/2017 | (Doc 73-13) Letter from S. Coleman, Acting EPA Region 6 Administrator, to M. Squillace (Dec. 15, 2017) |
| 69 | EPA_0911231 | 12/15/2017 | (Doc 131-30) 12/15/17 Letter from EPA to Prof. Mark Squillace |
| 70 | EPA_0827740 | 1/9/2018 | Timeline of Events Related to DPE LaPlace Facility (Depo Ex. 159) |
| 71 | EPA_1664078 | 1/12/2018 | Letter from M. Squillace to Samuel Coleman re Second Request for Emergency Action Under Section 303 of the Clean Air Act (Jan. 12, 2018) (Depo Ex. 158) |
| 72 | EPA_1664078 | 1/12/2018 | (Doc 73-14) Letter from M. Squillace, to S. Coleman, Acting Region 6 Administrator (Jan. 12, 2018) |
| 73 | EPA_1664078 | 1/12/2018 | (Doc 131-33) 1/12/18 Letter from Prof. Mark Squillace to EPA |
| 74 | [NONE] | 1/25/2018 | 2018 Denial of RFC #17002 Response to B. Holden (Depo Ex. 27) |
| 75 | [NONE] | 1/25/2018 | (Doc 131-39) EPA Response to DPE's Request for Correction (Jan. 2018), Attachment 1 |
| 76 | [NONE] | 5/4/2018 | M. Kaltofen Report on 2-Chloroprene Metabolites in Human Urine Samples from LaPlace, LA (Depo Ex. 20) |

| Count | PROD_BEG | Trial Exhibit Date | Trial Exhibit Description |
|---|---|---|---|
| 77 | DPE_ISE_00001093 | 5/16/2019 | (May 16, 2019) DuPont Notice of Assignment Letter to DPE (Depo Ex. 182) |
| 78 | [NONE] | 8/2/2019 | August 2, 2019 Letter from Concerned Citizens of St. John, and others, to John Vandenberg (Depo Ex. 12) |
| 79 | EPA_01811212 | 9/23/2019 | Letter from Peter Tsirigotis (EPA) to Dr. Chuck Brown (LDEQ) re follow-up on recent conversations between LDEQ and EPA's Office of Air and Radiation (Depo Ex. 169) |
| 80 | [NONE] | 9/23/2019 | (Doc. 73-25) 9/23/19 Letter from EPA to LDEQ (Ex. 25 Denka's Opposition to Motion for Preliminary Injunction) |
| 81 | [NONE] | 9/23/2019 | (Doc. 131-14) 9/23/19 Letter from EPA to LDEQ (Ex. 10 to Denka's Motion for Summary Judgment) |
| 82 | [NONE] | 2020 | Sonja N. Sax, P. Robinan Gentry, Cynthia Van Landingham, Harvey J. Clewell, III, and Kenneth A. Mundt - Extended Analysis and Evidence Integration of Chloroprene as a Human Carcinogen (Depo Ex. 28) |
| 83 | [NONE] | 2020 | Sonja N Sax, P. Robinan Gentry, Cynthia Van Landingham, Harvey J. Clewell, III, and Kenneth A Mundt - Extended Analysis and Evidence Integration of Chloroprene as a Human Carcinogen (Depo Ex. 42) |
| 84 | [NONE] | 2020 | (Doc 73-31) Sax et al., Risk Analysis, Vol. 40. No. 2 (2020), Extended Analysis and Evidence Integration of Chloroprene as a Human Carcinogen |
| 85 | [NONE] | 1/9/2020 | Incorporation of In Vitro metabolism Data and PBPK Modeling in a Risk Assessment for Chloroprene from Inhalation Toxicology Journal (Depo Ex. 80) |
| 86 | [NONE] | 1/9/2020 | Incorporation of in vitro metabolism data and physiologically based pharmacokinetic modeling in a risk assessment for chloroprene. (Depo Ex. 29) |
| 87 | [NONE] | 3/9/2020 | NCHS – Data visualization Gallery (Depo Ex. 136) |
| 88 | EPA_2397323 | 3/11/2020 | March 11, 2020, ORA Meeting Request Form (Depo Ex. 163) |
| 89 | ED_005855_000000705-00001 | 8/6/2020 | Draft Communication Plan for Air Monitoring Systems in LaPlace, LA (Depo Ex. 162) |
| 90 | [NONE] | 8/12/2020 | (Doc 131-24) 85 Fed. Reg. 49,084 (Aug. 12, 2020) |
| 91 | [NONE] | 9/1/2020 | Summary Report EPA and LDEQ Air Monitoring for Chloroprene Concentrations Near the DPE Facility in LaPlace, LA May 25, 2016 through July 16, 2020 (Depo Ex. 167) |

| Count | PROD_BEG | Trial Exhibit Date | Trial Exhibit Description |
|---|---|---|---|
| 92 | [NONE] | 9/19/2020 | EPA Cooperative Agreement (LDEQ) - LTR Grant Information (Depo Ex. 36) |
| 93 | [NONE] | 9/19/2020 | EPA Cooperative Agreement (LDH) - LTR Grant Information (Depo Ex. 37) |
| 94 | [NONE] | 9/19/2020 | (Doc 73-29) EPA Cooperative Agreement, Grant No. 01F70601 to LDH (awarded Sept. 19, 2020) |
| 95 | [NONE] | 9/19/2020 | (Doc 73-30) EPA Cooperative Agreement, Grant No. 01F70501 to LDEQ (awarded Sept. 19, 2020) |
| 96 | [NONE] | 12/17/2020 | Post-Meeting Peer Review Summary Report: External Peer Review of a Report on PBPK Modeling for Chloroprene, dated Dec. 17, 2020 (Depo Ex. 88) |
| 97 | [NONE] | 2021 | Cancer Reporting in St. John Parish (CRISP) Final Report 2021 (Depo Ex. 35) |
| 98 | [NONE] | 2021 | OECD Guidance Document on the Characterization, Validation and Reporting of PBPK Models for Regulatory Purposes (Depo Ex. 95) |
| 99 | [NONE] | 1/6/2021 | 2020 Census – Census Tract Reference Map: St. John the Baptist Parish, LA (Depo Ex. 135) |
| 100 | EPA_1290627 | 1/25/2021 | Scoping Team Meeting Request (Depo Ex. 5) |
| 101 | [NONE] | 2/1/2021 | Mortality Patterns Among Industrial Workers Exposed to Chloroprene and Other Substances: Extended follow-up; Marsh, et al 2021 (Depo Ex. 103) |
| 102 | EPA_1271462 | 2/18/2021 | Draft Administrator Briefing re Chloroprene in St. John the Baptist Parish (Depo Ex. 9) |
| 103 | EPA_22843 | 3/23/2021 | EPA FY2021 Call for Nomination of Chemicals for Developing or Updating IRIS Assessments Information Briefing on March 23, 2021 (Depo Ex. 201) |
| 104 | [NONE] | 3/31/2021 | Cancer Incidence in Louisiana by Census Tract, 2008-2017, Q & A, dated March 31, 2001 (Depo Ex. 40) |
| 105 | EPA_0778266 | 4/9/2021 | April 9, 2021, Email from Michael Morton to Kris Thayer, multiple individuals cc'd, Re: Region 6 IRIS Nomination for Chloroprene (Depo Ex. 111) |
| 106 | ED_012929_00020090-000001 | 4/27/2021 | April 27, 2021, Email from James Leathers to Steven Shermer, with multiple individuals cc'd, Re: Region 6 IRIS Nominations for Chloroprene (Depo Ex. 124) |
| 107 | EPA_0825397 | 4/27/2021 | Email from James Leathers to Steven Shermer, 4/27/21, IRIS nomination (Depo Ex. 145) |

| Count | PROD_BEG | Trial Exhibit Date | Trial Exhibit Description |
|---|---|---|---|
| 108 | ED_012929_00020090-00001 | 4/27/2021 | (Doc 73-36) March-April 2021 internal EPA email chain regarding "Region 6 IRIS Nomination for Chloroprene" |
| 109 | [NONE] | 5/6/2021 | Petition to the Administrator (Depo Ex. 153) |
| 110 | [NONE] | 5/6/2021 | (Doc 73-15) Earthjustice Petition to EPA (May 6, 2021) |
| 111 | EPA_0785151 | 5/6/2021 | (Doc 131-34) Petition for Section 303 action by Concerned Citizens of St. John |
| 112 | [NONE] | 5/13/2021 | (Doc 73-16) In re New-Indy Catawba, LLC, CAA § 303 Emergency Order, EPA Region 4, (May 13, 2021) |
| 113 | [NONE] | 5/14/2021 | (Doc 73-17) In re Limetree Bay Terminals, LLC et al., CAA Emergency Order, EPA Region 2, CAA-02-2021-1003 (May 14, 2021) |
| 114 | EPA_0054699 | 6/16/2021 | Results of March 2021 IRIS Nomination Call for Chemical Assessment Nominations, June 16, 2021 (Depo Ex. 113) |
| 115 | EPA_183080 | 7/8/2021 | July 8, 2021, Email from Providence Spina to Daniel Hoyt Re: Draft Agenda: July 12 pre-brief concerning CCSJ petition (AED Only) (Depo Ex. 130) |
| 116 | [NONE] | 7/15/2021 | Incorporation of In Vitro Metabolism Data in a PBPK Model for Chloroprene – Revised Documentation in Response to EPA Peer Review, dates July 2021 (Depo Ex. 83) |
| 117 | [NONE] | 7/15/2021 | Incorporation of In Vitro Metabolism Data in a PBPK Model for Chloroprene-Revised Documentation in Response to EPA Peer Review (Ex. A to DPE's July 2021 RFC) (Depo Ex. 77) |
| 118 | ED_006848_00002175-00001 | 7/27/2021 | July 27, 2021, Email from Dahnish Shams to Michael Morton, cc'd to Kris Thayer, re Files, sending word files related to Region 6 (Depo Ex. 199) |
| 119 | EPA_2386410 | 7/28/2021 | Email from Jeffrey McAtee to David Gray, Erin Tanimura, and Randy Gee, re: ACTION: LA Call Sheet (Depo Ex. 110) |
| 120 | EPA_2380217 | 7/28/2021 | Email from Carmen Assunto to Jeffrey McAtee, re: LA Call Sheet (Depo Ex. 109) |
| 121 | EPA_2284383 | 7/29/2021 | Email from Michael Morton to Kris Thayer, re: Clarifying our Region 6 FYI2021 IRIS Assessment Nomination of Chloroprene (Depo Ex. 105) |

| Count | PROD_BEG | Trial Exhibit Date | Trial Exhibit Description |
|---|---|---|---|
| 122 | EPA_0778264 | 8/2/2021 | Email from Kris Thayer to Michael Morton, re: Clarifying our Region 6 FY2021 IRIS Assessment Nomination of Chloroprene (Depo Ex. 114) |
| 123 | [NONE] | 10/29/2021 | Method 32 B Addendum A Evaluation of Chloroprene Uptake Rate Report, prepared for Jacobs Technology, Inc. by Enthalpy Analytical (Depo Ex. 57) |
| 124 | [NONE] | 12/6/2021 | Comment Report Follow Up – External Peer Review of a Report on PBPK Modeling for Chloroprene and a Supplemental Analysis of Metabolite Clearance (Depo Ex. 89) |
| 125 | EPA_0027370 | 12/6/2021 | Comment Report Follow up – External Peer Review of Report on Physiologically based Pharmacokinetic (PBPK) Modeling for Chloroprene and a Supplemental Analysis of Metabolite Clearance (Dec. 6, 2021) (Depo Ex. 26) |
| 126 | [NONE] | 1/24/2022 | (Doc 73-18) Letter from EPA Administrator Regan to DPE (Jan. 24, 2022) |
| 127 | [NONE] | 1/28/2022 | Plaintiff Robert Taylor's Responses to DPE's first set of interrogatories and requests for production (Depo Ex. 74) |
| 128 | [NONE] | 2/1/2022 | Plant-Wide Standard Operating Procedures for Emissions Reduction During Start-up, Shutdown, and Malfunction Events, Feb. 2022 (Depo Ex. 66) |
| 129 | [NONE] | 2/4/2022 | Plaintiff Larry Sorapuru, Sr.'s Responses to DPE's First Set of ROGs and RFPs (Depo Ex. 75) |
| 130 | EPA_1715658 | 2/23/2022 | February 23, 2022, Email from Kathryn Caballero (EPA) to multiple recipients re ERG's John Wilhlemi Presentation Files for today's 3 pm call (participation is optional) (Depo Ex. 127) |
| 131 | [NONE] | 3/14/2022 | Letter from Maureen Gwinn to Patrick Walsh re: Request for Correction (Depo Ex. 171) |
| 132 | [NONE] | 3/14/2022 | (Doc 73-38) Letter from M. Gwinn, EPA, to P. Walsh, DPE (Mar. 14, 2022) |
| 133 | EPA_2362301 | 5/11/2022 | Notes and Agenda for Louisiana Chemical Association/Louisiana Chemical Industry Association Annual Spring Meeting (Depo Ex. 165) |
| 134 | [NONE] | 6/1/2022 | June 2022 Ramboll Responses to Technical Questions Regarding the Science of Chloroprene (Depo Ex. 84) |
| 135 | [NONE] | 6/16/2022 | DPE M325B Passive Monitoring Results - Chloroprene (Depo Ex. 7) |

| Count | PROD_BEG | Trial Exhibit Date | Trial Exhibit Description |
|---|---|---|---|
| 136 | EPA-NB_0000001 | 6/21/2022 | Bobbs' Field Notes Denka Inspection 6.21-23.2022 (Depo Ex. 119) |
| 137 | [NONE] | 7/6/2022 | (Doc 73-33) Letter from M. Greene, EPA, to J. Lavastida, DPE (July 6, 2022) |
| 138 | EPA_2362940 | 7/13/2022 | July 13, 2022, ORA Meeting Request Form (Depo Ex. 164) |
| 139 | EPA-NB_0000018 | 7/14/2022 | Bobbs' Field Notes Denka Inspection 7.14-18.2022 (Depo Ex. 122) |
| 140 | [NONE] | 10/12/2022 | October 12, 2022, Letter of Concern from Lilian S. Dorka (EPA) to Dr. Chuck Brown (LDEQ) and Dr. Courtney Phillips (LDH) re informal resolution agreement (Depo Ex. 39) |
| 141 | [NONE] | 10/12/2022 | (Doc 73-2) EPA Letter to LDEQ, dated October 12, 2022 |
| 142 | [NONE] | 10/12/2022 | (Doc 131-7) 10/12/2022 Letter from EPA to LDEQ |
| 143 | [NONE] | 10/19/2022 | October 19, 2022 Letter from Vaughn Noga (EPA) to DPE responding to RFR No. 21005A (Depo Ex. 172) |
| 144 | [NONE] | 10/19/2022 | Letter from EPA to Jones Walker, regarding response to RFR (Depo Ex. 200) |
| 145 | EPA_2403985 | 11/18/2022 | November 18, 2022 EPA Region 6 Executive Summary, Topic: Pollution Accountability Team (PAT) (Depo Ex. 166) |
| 146 | EPA_0832119 | 12/1/2022 | December 1, 2022 Email from Patrick Foley to multiple recipients regarding Denka Check-In (Depo Ex. 125) |
| 147 | [NONE] | 12/19/2022 | December 2022 Consent Agreement (Depo Ex. 8) |
| 148 | [NONE] | 2/28/2023 | (Doc. 1) United States' Complaint (Depo Ex. 150) |
| 149 | [NONE] | 3/1/2023 | EPA Compliance Advisory Federal Facility Compliance Under EPA's National Enforcement and Compliance Initiative to Create Cleaner Air for Communities (EPA Document # 315F22001) (Depo Ex. 170) |
| 150 | [NONE] | 3/1/2023 | (Doc 131-17) Federal Facility Compliance Under EPA's National Enforcement and Compliance Initiative to Create Cleaner Air for Communities (Mar. 2023) |
| 151 | [NONE] | 3/24/2023 | (Doc 131-10) OMB Review of pre-publication proposed rule |
| 152 | [NONE] | 4/5/2023 | (Doc 73-19) Excerpts of Proposed Rule, 88 Fed. Reg. 25080 (April 25, 2023) |
| 153 | [NONE] | 4/11/2023 | Metadata Report (Depo Ex. 108) |

| Count | PROD_BEG | Trial Exhibit Date | Trial Exhibit Description |
|---|---|---|---|
| 154 | [NONE] | 4/13/2023 | (Doc 131-9) 88 Fed. Reg. 22,790 (April 13, 2023) |
| 155 | EPA_0054900 | 4/25/2023 | New Source Performance Standards for the Synthetic Organic Chemical Manufacturing Industry and National Emission Standards for Hazardous Air Pollutants for the Synthetic Organic Chemical Manufacturing Industry and Group I & II Polymers and Resins Industry (88 FR 25080) (Depo Ex. 4) |
| 156 | [NONE] | 4/25/2023 | Proposed Rule - New Source Performance Standards for the Synthetic Organic Chemical Manufacturing Industry and National Emission Standards for Hazardous Air Pollutants for the Synthetic Organic Chemical Manufacturing Industry and Group I & II Polymers and Resins Industry (Depo Ex. 140) |
| 157 | [NONE] | 4/25/2023 | (Doc 131-5) 88 Fed. Reg. 25,080 (April 25, 2023) ("Proposed Rule") |
| 158 | EPA_2284385 | 5/3/2023 | May 8, 2023 Meeting Appointment regarding Chloroprene IRIS Nomination (Depo Ex. 112) |
| 159 | [NONE] | 5/8/2023 | (Doc 73-35) EPA's Responses to DPE's RFA Nos. 3-4 |
| 160 | [NONE] | 5/8/2023 | (Doc 73-28) EPA's Response to DPE's RFA No. 17 |
| 161 | [NONE] | 5/8/2023 | (Doc 131-19) EPA's Responses to DPE's Requests for Admission |
| 162 | [NONE] | 5/15/2023 | United States' Responses to DPE's First Set of Interrogatories, Requests 1, 6, and 8 (Depo Ex. 173) |
| 163 | [NONE] | 5/15/2023 | (Doc 73-34) EPA's Response to DPE's Interrogatory No. 6 |
| 164 | [NONE] | 5/15/2023 | (Doc 131-13) EPA's Responses to DPE's First Set of Interrogatories, Requests 1, 6 and 8 |
| 165 | [NONE] | 5/31/2023 | USA's responses to DPE's first set of interrogatories (May 31, 2023) (Depo Ex. 204) |
| 166 | [NONE] | 5/31/2023 | United States' Responses to Defendant Denka Performance Elastomer, LLC's First Set of Interrogatories (Depo Ex. 144) |
| 167 | [NONE] | 5/31/2023 | (Doc 73-32) EPA's Response to DPE's Interrogatory No. 12 |
| 168 | [NONE] | 5/31/2023 | (Doc 73-11) EPA Response to DPE Interrogatory No. 3 |
| 169 | [NONE] | 5/31/2023 | (Doc 73-41) EPA Response to DPE's Interrogatory No. 4 |
| 170 | [NONE] | 5/31/2023 | (Doc 131-25) EPA's Responses to DPE's First Set of Interrogatories, Request 3 |

| Count | PROD_BEG | Trial Exhibit Date | Trial Exhibit Description |
|---|---|---|---|
| 171 | [NONE] | 6/16/2023 | Histogram –Active (Depo Ex. 6) |
| 172 | EPA_2284386 | 6/16/2023 | Invite for June 16, 2021, meeting re Closeout Briefing - FY2021 Call for Nomination of Chemicals for Developing or Updating IRIS Assessments (Depo Ex. 198). |
| 173 | [NONE] | 6/19/2023 | NIH Cancer Clusters Fact Sheet (Depo Ex. 41) |
| 174 | [NONE] | 6/19/2023 | NIH Surveillance, Epidemiology, and End Results Program (SEER) Website Materials (Depo Ex. 32) |
| 175 | [NONE] | 6/20/2023 | ADAF-adjusted Composite IURs for the NTP (1998) Bioassay Table (Depo Ex. 25) |
| 176 | EPA_2260472 | 6/20/2023 | Draft Section on PK/PBPK Evaluation with Redlines (Depo Ex. 23) |
| 177 | [NONE] | 6/20/2023 | Rodent Lung Tumor Dose-Response Table (Depo Ex. 24) |
| 178 | [NONE] | 6/20/2023 | Comparison of Lower to Upper IUR Table (Depo Ex. 16) |
| 179 | [NONE] | 6/23/2023 | NIH SEER Training Modules - Cancer Registry (Depo Ex. 33) |
| 180 | [NONE] | 6/23/2023 | Louisiana Tumor Registry Website Materials (Depo Ex. 34) |
| 181 | [NONE] | 6/23/2023 | (Doc 73-3) Declaration of Dr. Gary Marsh (Depo Ex. 99) |
| 182 | [NONE] | 7/7/2023 | (Doc 73-1) DPE July 7, 2023 Comments to EPA Proposed Rule (without exhibits) |
| 183 | [NONE] | 7/18/2023 | (Doc 73-40) Table Critiquing Feasibility of Proposed Measures in EPA's Proposed Rule |
| 184 | [NONE] | 7/18/2023 | (Doc 73-37) EPA's Response to DPE's RFA No. 16 |
| 185 | [NONE] | 8/17/2023 | Campbell, et. al., Frontiers in Pharmacology article titled, Using Available In Vitro Metabolite Identification (Depo Ex. 94) |
| 186 | [NONE] | 9/11/2023 | Denka's reported chloroprene production volumes for the years 2021 through the first 6 months of 2023 (Depo Ex. 62) |
| 187 | [NONE] | 9/11/2023 | Denka's reported neoprene production volumes for the years 2021 through the first 6 months of 2023 (Depo Ex. 61) |

| Count | PROD_BEG | Trial Exhibit Date | Trial Exhibit Description |
|---|---|---|---|
| 188 | [NONE] | 10/20/2023 | October 20, 2023 Letter from Steven D. Shermer to David Super re USA's Voluntary Initial Disclosures including EPA's Statement of Final Relief (Depo Ex. 118) |
| 189 | [NONE] | 10/20/2023 | (Doc 131-15) EPA's Statement of Final Relief |
| 190 | [NONE] | 11/15/2023 | (Doc 131-20) Ethylene Oxide Risk from Commercial Sterilizers |
| 191 | [NONE] | 11/20/2023 | United States' Response to Denka's Second Set of Interrogatories to Plaintiff (Depo Ex. 141) |
| 192 | [NONE] | 11/20/2023 | (Doc 131-8) EPA's Responses to DPE's Second Set of Interrogatories |
| 193 | EPA_0778263 | 11/22/2023 | Draft letter to Dr. Thayer (Depo Ex. 106) |
| 194 | [NONE] | 11/22/2023 | Metadata Best Practices & Internet Search Tips Factsheets (Depo Ex. 107) |
| 195 | [NONE] | 11/28/2023 | 42 USC 7603 - Emergency Powers (Depo Ex. 149) |
| 196 | [NONE] | 11/29/2023 | Dr. Black's Handwritten Note – Census Tract 2023-11-29 (Depo Ex. 142) |
| 197 | [NONE] | 11/29/2023 | Census – Quick fact St. John the Baptist Parish, Louisiana 135 (Depo Ex. 134) |
| 198 | EPA_0830315 | 12/7/2023 | PowerPoint Presentation of DPE and Chloroprene Levels in LaPlace, Louisiana (Depo Ex. 161) |
| 199 | [NONE] | 12/13/2023 | Jelena Oubre Job Experience (Depo Ex. 176) |
| 200 | EPA_0827740 | 12/29/2023 | (Doc 131-31) EPA chronology |
| 201 | [NONE] | 12/29/2023 | (Doc 131-21) 2019 AirToxScreen National Cancer Risk by Pollutant |
| 202 | EPA_2210785 | 9/6/2017 | Report of the Expert Panel on Chloroprene Exposure in Air in SJBP (Sep. 6, 2017) |
| 203 | EPA_2104525 | 2/27/2018 | Email between EPA employees, re DPE Meeting Request for Community |
| 204 | DPE_ISE_MUNDT00003166 | 4/13/2017 | Mundt, et al. Quantitative estimated exposure to vinyl chloride and risk of angiosarcoma of the liver (Apr. 13, 2017) |
| 205 | [NONE] | 8/1/2022 | Maniscalco, L. *et al.*, "Cancer Incidence in Louisiana by Census Tract 2010-2019," *LSU Health: New Orleans, Louisiana Tumor Registry* (March 2023) (R. Doc. 81-1) |
| 206 | EPA_1932780 | 1/20/2022 | CCSJ Complaint letter to Director Hoang and Deputy Neal (Jan. 20, 2022) |

| Count | PROD_BEG | Trial Exhibit Date | Trial Exhibit Description |
|---|---|---|---|
| 207 | EPA_2235644 | 7/1/2021 | Cancer Surveillance Study in St. John Parish (CRISP) Interim Progress Report by LDH |
| 208 | EPA_2548391 | 3/1/2022 | EPA email chain, re: LA MPG Grant (Mar. 1, 2022) |
| 209 | [NONE] | 12/4/2023 | US' Responses to DPE's Third Set of Interrogatories to Plaintiff |
| 210 | DPE_ISE_FARSTAD00000708 | 12/5/2023 | Federal Register Appendix A to Part 63, Title 40 |
| 211 | DPE_ISE_STERN00000055 | 7/15/2021 | Letter from Patrick A. Walsh to EPA submitting Request for Correction No. 126998 |
| 212 | [NONE] | 11/9/2023 | EPA, Basic Information about the Integrated Risk Information System (last updated Nov. 9, 2023), https://www.epa.gov/iris/basic-information-about-integrated-risk-information-system. EPA's IRIS Program follows a risk assessment approach based on the four-step process described by the National Research Council. |
| 213 | EPA_1883216 | 2018 | EPA's Response to Denka's Request for Correction (January 2018) |
| 214 | [NONE] | Oct. 2019 | EPA, Guidelines for Human Exposure Assessment (Oct. 2019). |
| 215 | DPE_ISE_LUMPKIN00001318 | 3/1/2005 | EPA Supplemental Guidance for Assessing Susceptibility from Early-Life Exposure to Carcinogens |
| 216 | EPA_1992075 | 10/5/2022 | Email from Deirdre Murphy, EPA, to Kelly Rimer, EPA, Bob Hetes, EPA, and Marisa Pfohl, EPA (Oct. 5, 2022) (EPA_1992075). |
| 217 | DPE_ISE_GENTRY00001069 | 8/1/2006 | EPA's Approaches for the Application of Physiologically Based Pharmacokinetic Models and Supporting Data in Risk Assessment (Aug. 2006) |
| 218 | DPE_ISE_GENTRY00001389 | 11/1/2011 | EPA's Toxicological Review of Dichloromethane: In Support of Summary Information on the Integrated Risk Information System (Nov. 2011) |
| 219 | DPE_ISE_GENTRY00001192 | 5/1/2000 | EPA's Toxicological Review of Vinyl Chloride: In Support of Summary Information on the Integrated Risk Information System (May 2000) |
| 220 | EPA_0052891 | 7/1/2020 | Background Description for Chloroprene PBPK Modeling (July 2020) |
| 221 | EPA_0048814 | 6/1/2020 | EPA's Supplement: Uncertainty Analysis of In Vitro Metabolic Parameters and of In Vitro to In Vivo Extrapolation Used in a Physiologically Based Pharmacokinetic Model for Chloroprene (June 2020) |

| Count | PROD_BEG | Trial Exhibit Date | Trial Exhibit Description |
|---|---|---|---|
| 222 | [NONE] | Mar-23 | EPA, Clean Air Act Section 112(d)(6) Technology Review for Fenceline Monitoring located in the SOCMI Source Category that are Associated with Processes Subject to HON and for Fenceline Monitoring that are Associated with Processes Subject to Group I Polymers and Resins NESHAP (Mar. 2023), at Table 4 ("EPA Monitoring Memorandum"). |
| 223 | EPA_2554658 | 7/19/2021 | July 19, 2021, EPA Emails, re: R6 ORD Memo |
| 224 | EPA_0498620 | 1/20/2022 | Concerned Citizens of St. John and Sierra Club's Title VI Complaint with attachments |
| 225 | | | United States Response to DPE Interrogatory No. 11 (R. Doc. 113-8) |
| 226 | EPA_0177222 | 4/6/2022 | April 6, 2022, letter from EPA External Civil Rights Office to Earth Justice, re: Acceptance of Administrative Complaint |
| 227 | EPA_0881899 | 6/6/2022 | June 6, 2022, letter from LA Dept. of Health to EPA, re: response to EPA Complaint No. 02R-22-R6 |
| 228 | [NONE] | 12/18/2023 | Expert Report of Dr. Loren Scott, Dec. 18, 2023 |
| 230 | [NONE] | 4/1/1999 | EPA, Transmittal of Guidance on Section 303 of the Clean Air Act (Apr. 1, 1999) (EPA_0903008) |
| 231 | DPE_ISE_FARSTAD00001454 | 3/1/2023 | Residual Risk Assessment for SOCMI Source Category in Support of 2023 Proposed Rule |
| 232 | [NONE] | 6/1/2014 | Kolmetz Handbook of Process Equipment Design |
| 233 | [NONE] | 3/21/2021 | LSU Health New Orleans Website Announcement, re: Publication of Fourt Report of Tumor Registry |
| 234 | EPA_2235720 | 2022 | Louisiana Department of Health Cancer Surveillance Study in St. John Parish (CRISP) Report (Jan. 2022) |
| 235 | EPA_2548391 | 3/1/2022 | EPA email chain, re: LA MPG Grant (Mar. 1, 2022) |
| 236 | [NONE] | 12/4/2023 | US' Responses to DPE's Third Set of Interrogatories to Plaintiff |
| 237 | DPE_ISE_STERN00000055 | 7/15/2021 | Letter from Patrick A. Walsh to EPA submitting Request for Correction No. 126998 |
| 238 | [NONE] | 2009 | International Institute of Synthetic Rubber Producers, Chloroprene: blood concentration toxicokinetics in female mice by single and repeated inhalation exposure, IISRP-12828-1388 (2009) (R. Doc. 73-5) |

| Count | PROD_BEG | Trial Exhibit Date | Trial Exhibit Description |
|---|---|---|---|
| 239 | [NONE] | 5/16/2024 | Final Rule, 89 Fed. Reg. 42932: New Source Performance Standards for the Synthetic Organic Chemical Manufacturing Industry and National Emission Standards for Hazardous Air Pollutants for the Synthetic Organic Chemical Manufacturing Industry and Group I & II Polymers and Resins Industry |
| 240 | [NONE] | 4/5/2024 | Final Rule, 89 Fed. Reg. 24090: National Emission Standards for Hazardous Air Pollutants: Ethylene Oxide Emissions Standards for Sterilization Facilities Residual Risk and Technology Review |
| 241 | [NONE] | Feb. 2024 | Attachment U (2.13.2025 ) D. Blye Second Supplemental Disclosure Declaration |
| 242 | [NONE] | Feb. 2024 | Attachment V (2.13.2025 ) D. Blye Second Supplemental Disclosure Declaration |
| 243 | [NONE] | Feb. 2024 | Attachment W (2.13.2025 ) D. Blye Second Supplemental Disclosure Declaration |
| 244 | [NONE] | Feb. 2024 | Attachment X (2.13.2025 ) D. Blye Second Supplemental Disclosure Declaration |
| 245 | [NONE] | Feb. 2024 | Attachment Y (2.13.2025 ) D. Blye Second Supplemental Disclosure Declaration |
| 246 | [NONE] | Feb. 2024 | Attachment Z (2.13.2025 ) D. Blye Second Supplemental Disclosure Declaration |
| 247 | [NONE] | Feb. 2024 | Attachment AA (2.13.2025 ) D. Blye Second Supplemental Disclosure Declaration |
| 248 | [NONE] | Feb. 2024 | Attachment BB (2.13.2025 ) D. Blye Second Supplemental Disclosure Declaration |
| 249 | [NONE] | Feb. 2024 | Attachment CC (2.13.2025 ) D. Blye Second Supplemental Disclosure Declaration |
| 250 | [NONE] | Feb. 2024 | Attachment DD (2.13.2025 ) D. Blye Second Supplemental Disclosure Declaration |
| 251 | [NONE] | Feb. 2024 | Attachment EE (2.13.2025 ) D. Blye Second Supplemental Disclosure Declaration |
| 252 | [NONE] | Feb. 2024 | Attachment FF (2.13.2025 ) D. Blye Second Supplemental Disclosure Declaration |
| 253 | [NONE] | Feb. 2024 | Attachment 1 (2.15.2025) E. Farstad Second Supplemental Disclosure Declaration |
| 254 | [NONE] | Feb. 2024 | Attachment 2 (2.15.2025) E. Farstad Second Supplemental Disclosure Declaration |

| Count | PROD_BEG | Trial Exhibit Date | Trial Exhibit Description |
|---|---|---|---|
| 257 | [NONE] | 10/18/2023 | DPE Rulemaking Comments PowerPoint Slide Deck presented to EPA on October 18, 2023 |
| 258 | [NONE] | 5/28/2024 | DPE DC Circuit Stay Motion (Doc. No. 2056561) (filed 5/28/2024), Table on pg. 16 titled, "EPA Maximum Individual Risk Estimates Greater Than 1-in-10,000 By Facility Since 2020" |
| 259 | [NONE] | 2019 | DPE DC Circuit Stay Motion (Doc. No. 2056561) (filed 5/28/2024), Exhibit Q, "Select 2019 AirToxScreen Assessment Results" |
| 260 | [NONE] | Mar. 2024 | Summary of Public Comments and Responses for New Source Performance Standards for the Synthetic Organic Chemical Manufacturing Industry and National Emission Standards for Hazardous Air Pollutants for the Synthetic Organic Chemical Manufacturing Industry and Group I & II Polymers and Resins Industry |
| 261 | [NONE] | Mar. 2024 | Residual Risk Assessment for the Synthetic Organic Chemical Manufacturing Industry (SOCMI) Source Category in Support of the 2024 Risk and Technology Review Final Rule |
| 262 | [NONE] | 1/21/2025 | President Donald Trump Executive Order, *Ending Illegal Discrimination and Restoring Merit-based Opportunity* (Jan. 21, 2025) |
| 263 | [NONE] | 4/19/2024 | DPE LDEQ Extension Request |
| 264 | [NONE] | 4/19/2024 | Declaration of Chris Meyers in Support of LDEQ Extension Request |
| 265 | [NONE] | 7/10/2024 | Declaration of Chris Meyers in Support of 5th Circuit Motion for Stay |
| 266 | [NONE] | 7/31/2024 | 5th Circuit Stay Order |
| 267 | [NONE] | 7/11/2024 | Request for Stay 5th Circuit |
| 268 | [NONE] | 6/27/2024 | LDEQ Letter Granting Extension Request |
| 269 | [NONE] | 6/28/2024 | Expedited Request for Position Regarding Validity of Extension of Time in June 27, 2024 Letter from LDEQ |
| 270 | [NONE] | 3/15/2024 | DPE Notice of Intent to Submit Extension Request to EPA |
| 271 | [NONE] | 7/26/2024 | DPE EPA Extension Request |
| 272 | [NONE] | 7/25/2024 | Declaration of Chris Meyers in Support of EPA Extension Request |
| 273 | [NONE] | 8/9/2024 | EPA Response to DPE Extension Request |

| Count | PROD_BEG | Trial Exhibit Date | Trial Exhibit Description |
|---|---|---|---|
| 274 | [NONE] | 4/30/2024 | EPA Letter Response to DPE Stay Request |
| 275 | [NONE] | 4/17/2024 | DPE Stay Request to EPA |