IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) CIVIL ACTION NO. 2:23-cv-735 |
| v. | ) SECTION J(5) |
| **DENKA PERFORMANCE ELASTOMER LLC and DUPONT SPECIALTY PRODUCTS USA, LLC,** | ) JUDGE BARBIER |
| | ) MAGISTRATE JUDGE NORTH |
| Defendants. | ) |

**DENKA PERFORMANCE ELASTOMERS LLC'S
SUPPLEMENTAL DISCLOSURES**

Pursuant to the Court's Order of February 19, 2025 (R. Doc. 201), Denka Performance Elastomers LLC ("DPE") provides the following disclosures regarding two witnesses that were identified on DPE's list of "witnesses DPE may call at trial" submitted on February 17, 2025 (R. Doc. 196): Aurelia S. Giacometto and Dr. Amanda Vincent, PhD, both officials of the Louisiana Department of Environmental Quality ("LDEQ").

Ms. Giacometto has been the Secretary of LDEQ since January 2024. Dr. Vincent has been the Assistant Secretary of LDEQ since April 2024. Both were in these roles at LDEQ at the time LDEQ granted approval of DPE's extension request on June 27, 2024. The extension approval was signed by Dr. Vincent.[1]

---

[1] These two witnesses were not included in DPE's witness disclosures submitted in January 2024 (R. Doc. 133), and are being included now, because the events and facts on which they will testify all post-date the United States' unilateral election to cancel the trial that was set to commence on March 11, 2024. Thus, the disclosures submitted on February 17, 2025, were DPE's first opportunity to disclose these witnesses and DPE is making a timely and reasonable addition to its prior witness list.

DPE submits that Ms. Giacometto and Dr. Vincent will be providing fact testimony, not expert opinion testimony. To the extent any of the topics below are deemed to constitute expert opinion testimony, DPE believes the disclosures below provide sufficient notice to EPA.

These witnesses may provide testimony on the following topics:

1. The facts underlying the processing of DPE's extension application to LDEQ and the standards for assessing that application.

2. The facts underlying, and the basis for, LDEQ's approval of the extension request.

3. The facts underlying, and the basis for, LDEQ's conclusion, as set forth in the extension, "that health of persons will be protected from imminent endangerment" throughout the duration of the approved extension period. *See* Letter from LDEQ to Jeffrey R. Holmstead (Jun. 27, 2024) (approving DPE's extension request dated April 19, 2024) (Trial Exhibit 268-A) as listed in R. Doc. 202-3.

4. The facts underlying, and the basis for, LDEQ's determination that no imminent and substantial endangerment exists. *Id.*

5. The facts regarding LDEQ's understanding and assessment of DPE's application to LDEQ for an extension. *See* Trial Exhibits 263-A (DPE LDEQ Extension Request) and 268-A (LDEQ Letter Granting Extension Request) as listed in R. Doc. 202-3.

6. The facts regarding LDEQ's role in defending the validity of its extension, including its filings in the Court of Appeals for the Fifth Circuit, No. 24-60351. Documents that may be addressed by their testimony are the *Opening Brief of Intervenors State of Louisiana and Louisiana Department of Environmental Quality* (Doc. No. 96, Case No. 24-60351); *Reply Brief of Intervenors State of Louisiana and Louisiana Department of Environmental Quality* (Doc. No. 123, Case No. 24-60351).

7.  The facts regarding any consultations between EPA and LDEQ concerning Section 303 of the Clean Air Act, which provides: "Prior to taking any action under [section 303], the Administrator shall consult with appropriate State and local authorities and attempt to confirm the accuracy of the information on which the action proposed to be taken is based."

Dated: February 21, 2025

JONES WALKER LLP

James C. Percy (La. Bar No. 10413)
445 N. Boulevard, Suite 800
Baton Rouge, LA 70802
Telephone: (225) 248-2130
Facsimile: (225) 248-3130
jpercy@joneswalker.com

Robert E. Holden (La. Bar No. 06935)
Brett S. Venn (La. Bar No. 32954)
201 St. Charles Ave., Suite 5100
New Orleans, LA 70170
Telephone: (504) 582-8000
Facsimile: (504) 582-8583
bholden@joneswalker.com
bvenn@joneswalker.com

Respectfully submitted,

 /s/ David A. Super
David A. Super (*pro hac vice*)
Jason B. Hutt (*pro hac vice*)
Jeffrey R. Holmstead (*pro hac vice*)
Britt Cass Steckman (*pro hac vice*)
Kevin M. Voelkel (*pro hac vice*)
BRACEWELL LLP
2001 M Street NW, Ste. 900
Washington, DC 20006
Telephone: (202) 828-5800
david.super@bracewell.com
jason.hutt@bracewell.com
jeff.holmstead@bracewell.com
britt.steckman@bracewell.com
kevin.voelkel@bracewell.com

**Counsel for Denka Performance Elastomer LLC**