MINUTE ENTRY
BARBIER, J.
March 5, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO: 23-735 |
| DENKA PERFORMANCE ELASTOMER LLC ET AL. | SECTION: "J"(5) |

The Court held a telephone status conference with the following parties in attendance: Jonah M. Seligman, Steven David Shermer, Davis Hoskins Forsythe, Hannah Lee Frazier, and Scott Cernich representing the United States of America; David A. Super, Robert E. Holden, Henry Steven Rauschenberger, Jason B. Hutt, Jeffery Holmstead, and Kevin Dow Collins representing Denka Performance Elastomer LLC ("Denka"); and Eric Earl Jarrell representing DuPont Specialty Products USA, LLC ("DuPont"). Aki Kusaka, a representative of Denka, was also in attendance. At the status conference, the Court discussed the status of the litigation with the parties and was informed that the parties intend to file a Rule 41(a)(1)(A)(ii) stipulation of dismissal signed by all parties.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

JS-10: 6 mins.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

1