# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>    v.<br><br>DENKA PERFORMANCE ELASTOMER, LLC, and DUPONT SPECIALTY PRODUCTS USA, LLC,<br><br>    *Defendants*. | Civ. No. 2:23-cv-735<br><br>Judge Barbier (Section: "J" (5))<br><br>Magistrate Judge North |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff, the United States of America, Defendant Denka Performance Elastomer, LLC, and Defendant DuPont Specialty Products USA, LLC (the "Parties") jointly submit this stipulation to dismiss the above-captioned case without the admission of any issue of fact or law. Plaintiff agrees and stipulates that it shall not seek reimbursement from either Defendant for its costs and fees in connection with this matter. Each Defendant agrees and stipulates that it shall not seek reimbursement from Plaintiff for its costs and fees in connection with this matter.

Dated: March 7, 2025

**FOR THE UNITED STATES OF AMERICA**

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

*[signature]*

Trial Attorney:  STEVEN D. SHERMER
District of Columbia Bar No. 486394
SCOTT M. CERNICH
Senior Attorneys
DAVIS H. FORSYTHE
DANIEL S. SMITH
Senior Counsel
HANNAH L. FRAZIER
JONAH M. SELIGMAN (LA Bar # 38890)
Trial Attorneys
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
(202) 514-1134
Steven.Shermer@usdoj.gov

2

                              **FOR DENKA PERFORMANCE ELASTOMER, LLC**

March 5, 2025
Date

                              */s/ Jason B. Hutt*
                              Jason B. Hutt
                              Counsel to Denka Performance Elastomer, LLC

FOR DUPONT SPECIALTY PRODUCTS USA, LLC

March 5, 2025
Date

_____
Eric E. Jarrell
Counsel to DuPont Specialty Products USA, LLC