UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL DOCKET |
| VERSUS | NO. 23-735 |
| DENKA PERFORMANCE ELASTOMER LLC ET AL. | SECTION: "J"(5) |

## ORDER

Considering the foregoing *Stipulation of Dismissal* **(Rec. Doc. 206)**,

**IT IS HEREBY ORDERED** that the above-numbered and entitled cause is **DISMISSED** without the admission of any issue of fact or law, with each party to bear its own costs.

**FURTHER**, **IT IS ORDERED** that the Clerk of Court terminate all pending motions.

New Orleans, Louisiana, this 10th day of March, 2025.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE